# EXHIBIT A

# EXHIBIT A

## HAROLD WALLS

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Freddie Jackson | Jam Tonight | Just Like The First Time | 81-370 |
| SONY BMG MUSIC ENTERTAINMENT | Tyrone Davis | In the Mood | In the Mood with Tyrone Davis | 8-557 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Love Is Stronger Than Pride | Stronger Than Pride | 93-822 |
| Arista Records LLC | Toni Braxton | Let It Flow | Secrets | 233-892 |
| UMG Recordings, Inc. | Sting | Brand New Day | Brand New Day | 271-015 |
| Elektra Entertainment Group Inc. | Missy Elliot | You Can't Resist | Da Real World | 179-190 |