# EXHIBIT B

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| PCHAPMAN@kaZaA | 10 - I Love You.mp3 | Dru Hill | 2,459KB | Audio |
| PCHAPMAN@kaZaA | Floetry - hey you.mp3 | Floetry | 7,126KB | Audio |
| PCHAPMAN@kaZaA | Chico Debarge - Heart, Mind, and Soul.mp3 | Chico Debarge | 5,435KB | Audio |
| PCHAPMAN@kaZaA | Johnny Taylor - Big Head Hundreds.mp3 | Johnnie Taylor | 5,329KB | Audio |
| PCHAPMAN@kaZaA | Gerald Levert - 02 Callin Me.mp3 | Gerald Levert | 6,592KB | Audio |
| PCHAPMAN@kaZaA | Nas Featuring Ginuwine - You Owe Me (1).mp3 | Nas Feat. Genuwine | 4,498KB | Audio |
| PCHAPMAN@kaZaA | 13-beyonce-beyonce_interlude-esc.mp3 | Beyonce | 384KB | Audio |
| PCHAPMAN@kaZaA | SLOW JAMS - SOS Band - Tell Me If You Still Care.mp3 | S.O.S. Band | 4,340KB | Audio |
| PCHAPMAN@kaZaA | Shortcut to Jaheem- could it be (ghetto love).lnk | Unknown | 0KB | Audio |
| PCHAPMAN@kaZaA | JS  Icecream.mp3 | JS | 4,788KB | Audio |
| PCHAPMAN@kaZaA | Lil Kim - Magic Stick (feat.MP3 | Lil Kim | 5,626KB | Audio |
| PCHAPMAN@kaZaA | tina marie - It Must Be Magic.mp3 | Teena Marie | 5,815KB | Audio |
| PCHAPMAN@kaZaA | rome - say yes.mp3 | Rome | 6,460KB | Audio |
| PCHAPMAN@kaZaA | anita baker - Mad About You.mp3 | Anita Baker | 3,379KB | Audio |
| PCHAPMAN@kaZaA | Twista - Overdose.mp3 | Twista | 3,993KB | Audio |
| PCHAPMAN@kaZaA | Icons Feat Ludacris - Get Fucked up.mp3 | Iconz ft. Ludacris | 3,055KB | Audio |
| PCHAPMAN@kaZaA | SOS Band - Weekend Girl.MP3 | S.O.S. Band | 6,290KB | Audio |
| PCHAPMAN@kaZaA | Cheatin On U.mp3 | Nivea | 3,555KB | Audio |
| PCHAPMAN@kaZaA | Shortcut to DIWALI RIDDIM - Sean Paul - Get Busy (1).lnk | Unknown | 0KB | Audio |
| PCHAPMAN@kaZaA | Floetry - Floetic84.mp3 | Floetry | 1,663KB | Audio |
| PCHAPMAN@kaZaA | 2 - Chico Debarge - Sexual.mp3 | Chico Debarge | 3,776KB | Audio |
| PCHAPMAN@kaZaA | Now You're Gone (More Than I Can Feel) [].wma | Floetry | 2,305KB | Audio |
| PCHAPMAN@kaZaA | bone_crusher-14-vainglorious_(interlude)-rage.mp3 | Bonecrusher | 1,233KB | Audio |
| PCHAPMAN@kaZaA | Floetry - hello.mp3 | Floetry | 9,852KB | Audio |
| PCHAPMAN@kaZaA | brand new heavies - never stop.mp3 | artist | 3,659KB | Audio |
| PCHAPMAN@kaZaA | B Twista _Timberland - Who Am I.mp3 | Twista | 8,024KB | Audio |
| PCHAPMAN@kaZaA | Was It Good.mp3 | Chico DeBarge | 1,854KB | Audio |
| PCHAPMAN@kaZaA | Ride (feat. Outlawz).mp3 | Do Or Die | 3,584KB | Audio |
| PCHAPMAN@kaZaA | sting - brand a new day.mp3 | Sting | 5,907KB | Audio |
| PCHAPMAN@kaZaA | Faeb pines  Yeu Cete Me Luce mn2 | Faeb Euene | 2 10520 | Audio |

Shortcut to Jaheem- co...
Mag...
Anita Baker
Shortcut to DIWALI RIDDIM - Sean...
16 Now You're Gone (More...

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New search  |  Download  |  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | sting - brand a new day.mp3 | Sting | 5,907KB | Audio |
| PCHAPMAN@KaZaA | faith evans - You Gets No Love.mp3 | Faith Evans | 3,496KB | Audio |
| PCHAPMAN@KaZaA | Chico Debarge - Long Time No See.mp3 | Chico Debarge | 3,919KB | Audio |
| PCHAPMAN@KaZaA | Queen Pen Featuring Chico Debarge - True.mp3 | Chico Debarge | 4,330KB | Audio |
| PCHAPMAN@KaZaA | CHAKAKHAN_HOLLYWOOD.mp3 | CHAKA KAHN | 3,686KB | Audio |
| PCHAPMAN@KaZaA | Silk - I Wonder.mp3 | Silk | 3,171KB | Audio |
| PCHAPMAN@KaZaA | 17-Die Without You.mp3 | Brandy | 2,768KB | Audio |
| PCHAPMAN@KaZaA | Atlantic Starr - Circles.mp3 | Atlantic Starr | 4,596KB | Audio |
| PCHAPMAN@KaZaA | Erica Badu - Danger.mp3 | Erica Badu | 4,196KB | Audio |
| PCHAPMAN@KaZaA | Donnell Jones - This Luv.mp3 | Donnell Jones | 2,926KB | Audio |
| PCHAPMAN@KaZaA | Amerie - Show Me.mp3 | Amerie | 5,961KB | Audio |
| PCHAPMAN@KaZaA | Carl Thomas_LL Cool J-I Wish(Remix).mp3 | Carl Thomas _LL Cool J | 6,830KB | Audio |
| PCHAPMAN@KaZaA | Floetry - possibilities (1).mp3 | Floetry | 6,976KB | Audio |
| PCHAPMAN@KaZaA | Chante Moore - Love's Taken Over (1).mp3 | Chante Moore | 5,853KB | Audio |
| PCHAPMAN@KaZaA | Johnny Taylor - 04 - LADY SOUL.mp3 | Johnny Taylor | 4,600KB | Audio |
| PCHAPMAN@KaZaA | Angela Winbush - Treat U Rite.mp3 | Angela Winbush | 5,806KB | Audio |
| PCHAPMAN@KaZaA | Johnnie Taylor - Wall to Wall.mp3 | Johnny Taylor | 3,776KB | Audio |
| PCHAPMAN@KaZaA | T. K. Soul - Straight No Chaser.mp3 | T. K. Soul | 6,748KB | Audio |
| PCHAPMAN@KaZaA | Bone Crusher-ATTENCHUN-back up.mp3 | Bone Crusher | 5,274KB | Audio |
| PCHAPMAN@KaZaA | Bone Crusher-ATTENCHUN-skit three.mp3 | Bone Crusher | 3,212KB | Audio |
| PCHAPMAN@KaZaA | Bone Crusher-AttenCHUN-for the streets.mp3 | Bone Crusher | 4,273KB | Audio |
| PCHAPMAN@KaZaA | Gap Band- Let' The Music Play.mp3 | The Dazz Band | 4,860KB | Audio |
| PCHAPMAN@KaZaA | 04 new choppa style (1).wma | Choppa | 1,769KB | Audio |
| PCHAPMAN@KaZaA | Isley Brothers - Busted.mp3 | Isley Brothers | 5,580KB | Audio |
| PCHAPMAN@KaZaA | Do or Die - Slide into My Car(1).mp3 | do or die | 2,472KB | Audio |
| PCHAPMAN@KaZaA | Chante Moore -'I'm What You Need.mp3 | Chante Moore | 4,704KB | Audio |
| PCHAPMAN@KaZaA | 07 - Chante Moore - Exposed - Train Of Thought.mp3 | Chante Moore | 3,632KB | Audio |
| PCHAPMAN@KaZaA | Do or Die - Diamenz (remix)_F- Johnny P...mp3 | Do or Die | 3,978KB | Audio |
| PCHAPMAN@KaZaA | an to pm-Christina Milian.mp3 | Christina Milian | 2,331KB | Audio |
| PCHAPMAN@KaZaA | do or die, just holla (1).mp3 | Do Or Die | 5,720KB | Audio |

Found 1433 files        2,119,198 users online, sharing 720,127,891 files (9,384,192 GB)    |    Not sharing any files

Diamenz

2

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@kaZaA | am to pm-Christina Milian.mp3 | Christina Milian | 2,331KB | Audio |
| PCHAPMAN@kaZaA | do or die - just ballin (1).mp3 | Do Or Die | 5,724KB | Audio |
| PCHAPMAN@kaZaA | Swisha House - LIL FLIP FREESTYLE (2).mp3 | Lil Flip | 4,245KB | Audio |
| PCHAPMAN@kaZaA | 13 - I_can_do_that_remix.mp3 | Lil Flip | 4,495KB | Audio |
| PCHAPMAN@kaZaA | Floetry - sunshine (1).mp3 | Floetry | 4,002KB | Audio |
| PCHAPMAN@kaZaA | Kilo ali - Track 09 - organized bass.mp3 | Kilo | 5,868KB | Audio |
| PCHAPMAN@kaZaA | Bone Crusher-AttenCHUN-grippin the grain.mp3 | Bone Crusher | 5,124KB | Audio |
| PCHAPMAN@kaZaA | Twista - Emotions.mp3 | Twista | 4,256KB | Audio |
| PCHAPMAN@kaZaA | Do Or Die Feat. Johnny P - Menage a Trois..mp3 | Do Or Die | 4,488KB | Audio |
| PCHAPMAN@kaZaA | 04 Chante Moore - Go Ahead With All That (1).mp3 | Chante Moore | 3,562KB | Audio |
| PCHAPMAN@kaZaA | kilo - NEW ORLEANS BOUNCE.mp3 | Kilo | 4,880KB | Audio |
| PCHAPMAN@kaZaA | OLDIES-Johnny Taylor Too Many Memories.mp3 | Johnnie Taylor | 5,644KB | Audio |
| PCHAPMAN@kaZaA | PO PIMP- Lil Sum Sum.mp3 | Do Or Die | 3,148KB | Audio |
| PCHAPMAN@kaZaA | Do or Die feat Beyond Content - Can I.mp3 | Do Or Die | 4,235KB | Audio |
| PCHAPMAN@kaZaA | Chante Moore - Am I Losing You.mp3 | Chante Moore | 5,640KB | Audio |
| PCHAPMAN@kaZaA | 08 Chante Moore- Better Than Making Love.mp3 | Chante Moore | 4,752KB | Audio |
| PCHAPMAN@kaZaA | 05_Avant_Ecstasy_Sorry.mp3 | Avant | 4,213KB | Audio |
| PCHAPMAN@kaZaA | 10-1 Want That.mp3 | Isley Brothers | 4,323KB | Audio |
| PCHAPMAN@kaZaA | Anita Baker - Talk To Me.mp3 | Anita Baker | 4,754KB | Audio |
| PCHAPMAN@kaZaA | Young Bleed - Uh Huh.mp3 | David Banner | 3,200KB | Audio |
| PCHAPMAN@kaZaA | maxwell - ascension (don't ever wonder).mp3 | Maxwell | 4,721KB | Audio |
| PCHAPMAN@kaZaA | Nelly Pimp Juice (PRE RELEASE).mp3 | Nelly | 701KB | Audio |
| PCHAPMAN@kaZaA | Do or Die - Picture This - 6 Million.mp3 | Do or die | 4,394KB | Audio |
| PCHAPMAN@kaZaA | addictive - Truth Hurts feat. Rakim (Dirty Version).wma | a | 3,565KB | Audio |
| PCHAPMAN@kaZaA | GOODIE_MOB__OUTKAST___COOL.MP3 | Goodie MoB  Outkast ... | 3,630KB | Audio |
| PCHAPMAN@kaZaA | do or die (feat. Snypaz).mp3 | Do or Die | 3,372KB | Audio |
| PCHAPMAN@kaZaA | goodie mob - Benz Or Beamer (Outkast).mp3 | Goodie MoB | 2,006KB | Audio |
| PCHAPMAN@kaZaA | Do or Die - Nobody's Home.mp3 | Do or Die | 4,772KB | Audio |
| PCHAPMAN@kaZaA | Too Shoot - Invasion of the Flat Booty Bitches.mp3 | Too Shoot | 4,158KB | Audio |
| PCHAPMAN@kaZaA | Anita Baker - Rahsy mp3 | Anita Baker | 4,164KB | Audio |

Found 1433 Files

2,119,198 users online, sharing 720,127,891 files (9,304,192 GB) | Not sharing any files

3

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| PCHAPMAN@KaZaA | Too Short - Invasion of the Flat Booty Bitches.mp3 | Too Short | 4,158KB | Audio |
| PCHAPMAN@KaZaA | Anita Baker - Baby.mp3 | Anita Baker | 4,164KB | Audio |
| PCHAPMAN@KaZaA | IMX - Stay.mp3 | IMX. | 4,983KB | Audio |
| PCHAPMAN@KaZaA | Too Short - Get In Where You Fit In.mp3 | Too Short | 3,586KB | Audio |
| PCHAPMAN@KaZaA | anita baker - in the morning.mp3 | Anita Baker | 5,412KB | Audio |
| PCHAPMAN@KaZaA | anita baker - u belong to me.mp3 | Anita Baker | 5,509KB | Audio |
| PCHAPMAN@KaZaA | Gerald LeVert - Callin' Me.mp3 | Gerald LeVert | 5,279KB | Audio |
| PCHAPMAN@KaZaA | anita baker - Lovely.mp3 | Anita Baker | 5,290KB | Audio |
| PCHAPMAN@KaZaA | Rap City Freestyles - Bg, Lil Wayne, Young Turk, Juv.mp3 | Rap City Freestyles | 2,400KB | Audio |
| PCHAPMAN@KaZaA | anita baker - AnitaBaker Priceless.mp3 | Anita Baker | 3,518KB | Audio |
| PCHAPMAN@KaZaA | Jerzee Monet - Most High (feat. DMX).mp3 | artist | 4,811KB | Audio |
| PCHAPMAN@KaZaA | Midnight Star - Wet My Whistle .mp3 | Whispers | 3,594KB | Audio |
| PCHAPMAN@KaZaA | anita baker - Lead Me to the Love.mp3 | artist | 5,626KB | Audio |
| PCHAPMAN@KaZaA | Anita Baker - No One In This World.mp3 | Anita Baker | 3,904KB | Audio |
| PCHAPMAN@KaZaA | Dru Hill - Angel (1).mp3 | Dru Hill | 1,800KB | Audio |
| PCHAPMAN@KaZaA | 01-ludacris-act_a_fool_(clean)-osc_(1).mp3 | Ludacris | 6,581KB | Audio |
| PCHAPMAN@KaZaA | Shortcut to R. Kelly - Ignition[remix].lnk | Unknown | 0KB | |
| PCHAPMAN@KaZaA | Micheal Mc Donald - Keep Forgetten.mp3 | Michael McDonald | 3,447KB | Audio |
| PCHAPMAN@KaZaA | Mary J. Blige - Be Happy.mp3 | Mary J. Blige | 5,444KB | Audio |
| PCHAPMAN@KaZaA | Patrice Rushen - Settle For My Love.mp3 | Patrice Rushen | 5,317KB | Audio |
| PCHAPMAN@KaZaA | SUNSHINE ANDERSON-YOUR WOMAN-14-BEING AWAY.M... | SUNSHINE ANDERSON | 3,955KB | Audio |
| PCHAPMAN@KaZaA | 70's-Kool And The Gang- Too Hot.mp3 | Kool and the Gang | 3,572KB | Audio |
| PCHAPMAN@KaZaA | Dru Hill - Never Make A Promise.mp3 | Dru Hill | 4,900KB | Audio |
| PCHAPMAN@KaZaA | Johnny Taylor - Everything's out in the open.mp3.mp3 | Tyrone Davis | 3,614KB | Audio |
| PCHAPMAN@KaZaA | 06-Chico Debarge - Style.mp3 | chico debarge | 9,273KB | Audio |
| PCHAPMAN@KaZaA | Blaque - Like I Do (808 Remix).mp3 | Blaque | 3,602KB | Audio |
| PCHAPMAN@KaZaA | 07-chico_debarge-home_alone-wcr.mp3 | chico debarge | 5,506KB | Audio |
| PCHAPMAN@KaZaA | Tyrone Davis - Homewreckers.mp3 | Tyrone Davis | 2,868KB | Audio |
| PCHAPMAN@KaZaA | Bone Crusher-AlterinCHUN-puttin in work-.mp3 | Bone Crusher | 5,823KB | Audio |
| PCHAPMAN@KaZaA | anika runhan  whan i faund un mn2 | Patrice Rushen | 5 nivo | Audio |

2,119,198 users online, sharing 720,127,891 files (9,384,192 GB)     Not sharing any files

Found 1433 files

4

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Traffic  Shop  Tell A Friend

New search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Bone Crusher-AttenCHUN-puttin in work.mp3 | Bone Crusher | 5,822KB | Audio |
| PCHAPMAN@KaZaA | patrice rushen - when i found you.mp3 | Patrice Rushen | 5,010KB | Audio |
| PCHAPMAN@KaZaA | Tyrone Davis - Leavin' Me.mp3 | Tyrone Davis | 2,980KB | Audio |
| PCHAPMAN@KaZaA | Blaque_Nsync - Bring it all to me.mp3 | Blaque Feat. N Sync | 2,549KB | Audio |
| PCHAPMAN@KaZaA | H-Town - Emotions (1).mp3 | H-Town | 2,327KB | Audio |
| PCHAPMAN@KaZaA | Avant...Making Good Love.mp3 | avant-makin_good_love_... | 4,178KB | Audio |
| PCHAPMAN@KaZaA | patrice rushen - Softly.mp3 | Patrice Rushen | 7,246KB | Audio |
| PCHAPMAN@KaZaA | too short - fuck my car.mp3 | Too Short | 4,478KB | Audio |
| PCHAPMAN@KaZaA | 2pac - unreleased 2 pac_too short.mp3 | Tupac | 4,608KB | Audio |
| PCHAPMAN@KaZaA | Patrice Rushen - Keepin' Faith In Love.mp3 | 3 | 3,848KB | Audio |
| PCHAPMAN@KaZaA | Lawn Boys - We Be Ridin' (Dirty).MP3 | Lawn Boys | 3,734KB | Audio |
| PCHAPMAN@KaZaA | Marques Houston - Never Say.mp3 | Marques Houston | 1,839KB | Audio |
| PCHAPMAN@KaZaA | Three Six Mafia - 02 - 44 Killers.mp3 | Three Six Mafia | 2,001KB | Audio |
| PCHAPMAN@KaZaA | Three Six Mafia - 04 - Weak Azz Bitch.mp3 | Three Six Mafia | 3,267KB | Audio |
| PCHAPMAN@KaZaA | Three Six Mafia - 06 - Im So Hi.mp3 | Three Six Mafia | 4,621KB | Audio |
| PCHAPMAN@KaZaA | Iconz-Your A Trick.mp3 | Iconz | 4,133KB | Audio |
| PCHAPMAN@KaZaA | Three Six Mafia - Sippin On Some Syrup.mp3 | Three-Six Mafia | 4,458KB | Audio |
| PCHAPMAN@KaZaA | INOJ - Falling.mp3 | INOJ | 3,881KB | Audio |
| PCHAPMAN@KaZaA | Patrice Rushen - Where There Is Love.mp3 | Patrice Rushen | 3,000KB | Audio |
| PCHAPMAN@KaZaA | Inoj - Precious Love.mp3 | Inoj | 2,899KB | Audio |
| PCHAPMAN@KaZaA | johnnie taylor- sending you a kiss.mp3 | Johnny Taylor | 5,226KB | Audio |
| PCHAPMAN@KaZaA | patrice rushen - hurry up this way again.mp3 | Patrice Rushen | 7,086KB | Audio |
| PCHAPMAN@KaZaA | shalamar - You Can Count On Me.mp3 | Shalamar | 3,672KB | Audio |
| PCHAPMAN@KaZaA | Love And A Bullet - Chyna Whyte - THUG FA LIFE.wma | Chyna White | 3,780KB | Audio |
| PCHAPMAN@KaZaA | Johnny Taylor - I Believe In You(You Believe In Me).mp3 | Johnny Taylor | 4,830KB | Audio |
| PCHAPMAN@KaZaA | B.mp3 | BB King_Rolling Stones | 3,368KB | Audio |
| PCHAPMAN@KaZaA | BB King - IF That Ain't It I Quit.mp3 | BB King | 3,136KB | Audio |
| PCHAPMAN@KaZaA | Howard Hewitt - Im For Real.wma | Howard Hewitt | 1,894KB | Audio |
| PCHAPMAN@KaZaA | Three Six Mafia- Who Run It.mp3 | Three Six Mafia | 6,058KB | Audio |
| PCHAPMAN@KaZaA | BB King - Lucille.mp3 | BB King | | Audio |

Found 1433 files     2,119,198 users online, sharing 720,127,891 files (9,384,192 GB)     Not sharing any files

6

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   |   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Three Six Mafia - Who Run It.mp3 | Three Six Mafia | 6,658KB | Audio |
| PCHAPMAN@KaZaA | BB King - Lucille.mp3 | BB King | 9,548KB | Audio |
| PCHAPMAN@KaZaA | BB King - Why I Sing The Blues.mp3 | BB King | 13,329KB | Audio |
| PCHAPMAN@KaZaA | Chante Moore - Chante's Got A Man.mp3 | Chante Moore | 4,163KB | Audio |
| PCHAPMAN@KaZaA | Glen jones - Show Me.mp3 | Glen Jones | 3,776KB | Audio |
| PCHAPMAN@KaZaA | Brian McKnight - One Last Cry.mp3 | Brian Mcknight | 5,692KB | Audio |
| PCHAPMAN@KaZaA | 06 Straight, No Chaser.wma | A | 15,062KB | Audio |
| PCHAPMAN@KaZaA | Howard Hewitt - A Love Of Your Own.mp3 | Howard Hewitt | 4,706KB | Audio |
| PCHAPMAN@KaZaA | Choppa feat PNC - p poppa club hoppa - djsg (1).mp3 | Choppa | 3,567KB | Audio |
| PCHAPMAN@KaZaA | Get along with you-kellis-(soul insideradio mix)1100pm-a~1... | RA | 5,593KB | Audio |
| PCHAPMAN@KaZaA | Iconz - Represent.mp3 | Iconz | 3,011KB | Audio |
| PCHAPMAN@KaZaA | RB-Howard Hewitt - Show Me.mp3 | Howard Hewitt | 4,346KB | Audio |
| PCHAPMAN@KaZaA | Red hot chili peppers - under the bridge.mp3 | Red hot chili peppers | 3,635KB | Audio |
| PCHAPMAN@KaZaA | Al B Sure - Nite And Day.mp3 | Al B. Sure | 4,165KB | Audio |
| PCHAPMAN@KaZaA | (1) Jay-Z - Song Cry.mp3 | Rap Instrumentals | 5,909KB | Audio |
| PCHAPMAN@KaZaA | Master P-We Ready .mp3 | Master P | 3,127KB | Audio |
| PCHAPMAN@KaZaA | Master P - I Miss My Homies.mp3 | Master P | 5,091KB | Audio |
| PCHAPMAN@KaZaA | master p -Mr. Ice Cream Man.mp3 | Master P | 3,614KB | Audio |
| PCHAPMAN@KaZaA | Tyrone Davis - Love Line.mp3 | Tyrone Davis | 4,400KB | Audio |
| PCHAPMAN@KaZaA | tyrone davis - start all over again.mp3 | TI | 2,658KB | Audio |
| PCHAPMAN@KaZaA | 09-beyonce-speechless.mp3 | Beyonce | 8,449KB | Audio |
| PCHAPMAN@KaZaA | Tyrone Davis-In The Mood.mp3 | MC Mastercuts Anthem | 3,924KB | Audio |
| PCHAPMAN@KaZaA | BB King - Sweet Sixteen.mp3 | B.B. King | 6,606KB | Audio |
| 2 Users | Sure Wasnt Me.mp3 | Tyrone Davis | 6,414KB | Audio |
| PCHAPMAN@KaZaA | Finder's Keepers (Featuring Lil' Mo).mp3 | Jaheim | 3,110KB | Audio |
| PCHAPMAN@KaZaA | Ja Rule-THE LAST TEMPTATION-connected.mp3 | Ja Rule | 7,632KB | Audio |
| PCHAPMAN@KaZaA | Lil' Mo -.mp3 | Lil' Mo | 5,658KB | Audio |
| PCHAPMAN@KaZaA | Thumbs.db | Unknown | 12KB |  |
| PCHAPMAN@KaZaA | B.B.mp3 | BB King | 3,810KB | Audio |
| PCHAPMAN@KaZaA | Tyrone - Sing of Love Melinn (1) mp3 | Tyrone | 2,075KB | Audio |

Found 1433 Files     2,119,198 users online, sharing 720,127,891 files (9,384,192 GB)     Not sharing any files