Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | New search | Download | Web | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | B.B.mp3 | BB King | 3,810KB | Audio |
| PCHAPMAN@KaZaA | Tyrese - Signs of Love Making (1).mp3 | Tyrese | 3,876KB | Audio |
| PCHAPMAN@KaZaA | Track 7 - Unknown - Untitled - 19-07-01 - Unknown.mp3 | Jaheim | 4,109KB | Audio |
| PCHAPMAN@KaZaA | If I Could Only Have That Day Back.mp3 | HOWARD HEWITT | 4,672KB | Audio |
| PCHAPMAN@KaZaA | davis, tyrone - let me back in.mp3 | Tyrone Davis | 2,444KB | Audio |
| PCHAPMAN@KaZaA | Sir Charles Jones - I'm Gonna Miss You.mp3 | Sir Charles Jones | 4,751KB | Audio |
| PCHAPMAN@KaZaA | atl-the atl project-calling all girls-04.mp3 | atl | 2,104KB | Audio |
| PCHAPMAN@KaZaA | Nona Gaye-The Things That We All Do For Love.mp3 | Nona Gaye | 5,702KB | Audio |
| PCHAPMAN@KaZaA | Joe - Good Girls.mp3 | Joe | 3,482KB | Audio |
| PCHAPMAN@KaZaA | Marvin Sease - Candy Licker (2).mp3 | Marvin sease | 5,352KB | Audio |
| PCHAPMAN@KaZaA | T.K. Soul - One Woman Man.mp3 | TK'Soul | 4,600KB | Audio |
| PCHAPMAN@KaZaA | Bone Crusher ft. Bonhagen - Hey Fuck Boy.mp3 | 01-bone_crusher-hey_fu... | 3,064KB | Audio |
| PCHAPMAN@KaZaA | Sir Charles Jones - Dance For Me.mp3 | Sir Charles Jones | 3,112KB | Audio |
| PCHAPMAN@KaZaA | Bone_Crusher-AttenCHUN-back up (1).mp3 | Bone Crusher | 3,075KB | Audio |
| PCHAPMAN@KaZaA | Fabolous,Paul Cain,Joe Budden-Freestyle(grindin beat),W... | Clipse | 2,985KB | Audio |
| PCHAPMAN@KaZaA | bb king - guess who.mp3 | Various | 3,894KB | Audio |
| PCHAPMAN@KaZaA | Swizz Beats - Guilty.mp3 | Swiss Beats feat. Bounty ... | 3,652KB | Audio |
| PCHAPMAN@KaZaA | 115-r_kelly-showdown_(feat_ronald_isley)-0mni.mp3 | R. Kelly | 11,115KB | Audio |
| PCHAPMAN@KaZaA | Bone Crusher-AttenCHUN-ghetto song.mp3 | Bone Crusher | 4,742KB | Audio |
| PCHAPMAN@KaZaA | T. K. Soul - 03_Short Skirst Tight Jeans.mp3 | TK Soul | 3,816KB | Audio |
| PCHAPMAN@KaZaA | T. K. Soul - _All The Man You Need .mp3 | TK Soul | 4,964KB | Audio |
| PCHAPMAN@KaZaA | T. K. Soul - 01_She's Bad.mp3 | TK Soul | 5,002KB | Audio |
| PCHAPMAN@KaZaA | Jaheim - just in case.mp3 | Jaheim | 6,180KB | Audio |
| PCHAPMAN@KaZaA | 16 Gangstas Need Love.wma | Master P. | 1,960KB | Audio |
| PCHAPMAN@KaZaA | Chico Debarge-Ms. Wonderful.mp3 | Chico Debarge | 4,292KB | Audio |
| PCHAPMAN@KaZaA | chico_debarge-the_unloved-wcr.mp3 | chico debarge | 6,755KB | Audio |
| PCHAPMAN@KaZaA | Chico DeBarge - Talk To Me.mp3 | Chico DeBarge | 6,460KB | Audio |
| PCHAPMAN@KaZaA | chico_debarge-questions-wcr.mp3 | chico debarge | 5,449KB | Audio |
| PCHAPMAN@KaZaA | melvin riley - 1 nigga from the hood.mp3 | MELVIN RILEY | 4,020KB | Audio |

2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

Found 1433 files.

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | My Kazaa | Download | New search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | | Filename | Artist | Size | Media Type |
|---|---|---|---|---|---|
| | PCHAPMAN@KaZaA | melvin riley - 1 nigga fron the hood.mp3 | MELVIN RILEY | 4,020KB | Audio |
| | PCHAPMAN@KaZaA | MELVIN RILEY - What Makes A Man.mp3 | MELVIN RILEY | 5,086KB | Audio |
| | PCHAPMAN@KaZaA | prizefighter remix - i wish (carl thomas).mp3 | PrizeFighter Remix | 2,323KB | Audio |
| | PCHAPMAN@KaZaA | George Benson - Take five.mp3 | George Benson | 1,610KB | Audio |
| | PCHAPMAN@KaZaA | Devin tha Dude - Write or Wrong.mp3 | Devin Tha Dude | 2,184KB | Audio |
| | PCHAPMAN@KaZaA | Melvin Riley - Knees up.mp3 | Melvin Riley | 3,864KB | Audio |
| | PCHAPMAN@KaZaA | Carl Thomas - Woke up in the Morning.mp3 | Carl Thomas | 3,954KB | Audio |
| | PCHAPMAN@KaZaA | Beyonce_Eric Bennet - Her.mp3 | Beyonce_Eric Benet | 3,240KB | Audio |
| | PCHAPMAN@KaZaA | READY FOR THE WORLD Melvin Riley- I'm all in (1).mp3 | MELVIN RILEY | 4,219KB | Audio |
| | PCHAPMAN@KaZaA | melvin riley - goin' thru a thang.mp3 | Melvin Riley | 4,522KB | Audio |
| | PCHAPMAN@KaZaA | 07-50_cent-cocaine_dreams_feat.mp3 | 50 Cent | 1,144KB | Audio |
| | PCHAPMAN@KaZaA | Jim Crow - That's fucked up.mp3 | Jim Crow | 4,640KB | Audio |
| | PCHAPMAN@KaZaA | Melvin Riley - Bedroom Stories - 11 - Baby get yours (1).m... | Melvin Riley | 3,935KB | Audio |
| | PCHAPMAN@KaZaA | 9 - Hello.mp3 | Floetry | 5,882KB | Audio |
| | PCHAPMAN@KaZaA | Floetry - getting late.mp3 | Floetry | 9,630KB | Audio |
| | PCHAPMAN@KaZaA | Chico Debarge - 05 - Everybody Knew But Me.mp3 | Chico Debarge | 5,558KB | Audio |
| | PCHAPMAN@KaZaA | Floetry - Floetic - 11 - Hey You.mp3 | Floetry | 4,752KB | Audio |
| | PCHAPMAN@KaZaA | 06-50_cent-high_all_the_time-rns.mp3 | 50 Cent | 6,314KB | Audio |
| | PCHAPMAN@KaZaA | Melvin Riley - Servin' it.mp3 | Melvin Riley | 4,083KB | Audio |
| | PCHAPMAN@KaZaA | 50 Cent - Back Down.mp3 | 50 Cent | 3,799KB | Audio |
| | PCHAPMAN@KaZaA | 07-50_cent-heat-rns.mp3 | 50 Cent | 5,975KB | Audio |
| | PCHAPMAN@KaZaA | Jim Crow - Block Burner.mp3 | Jim Crow | 4,438KB | Audio |
| | PCHAPMAN@KaZaA | Common Feat Mary J. Blige - Come To Me.mp3 | Common f/ Mary J. Blige | 3,850KB | Audio |
| | PCHAPMAN@KaZaA | Cherelle feat. Alexander O' Neal - Saturday Love ( Extend... | Alexander Oneal | 8,158KB | Audio |
| | PCHAPMAN@KaZaA | Luther Vandross - If Only For One Night-Creepin'.mp3 | Luther Vandross | 5,864KB | Audio |
| | PCHAPMAN@KaZaA | 08_Don't Waste Your Time.mp3 | Mary J. Blige | 3,971KB | Audio |
| | PCHAPMAN@KaZaA | mad cobra - flex.mp3 | Mad Cobra | 2,830KB | Audio |
| | PCHAPMAN@KaZaA | Wayne Wonder - Love You Too Much.mp3 | Wayne Wonder | 3,491KB | Audio |
| | PCHAPMAN@KaZaA | Freddy Jackson - Rock Me Tonight.mp3 | Freddy Jackson | 3,819KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

8

# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Freddy Jackson - Rock Me Tonight.mp3 | Freddy Jackson | 3,819KB | Audio |
| PCHAPMAN@KaZaA | Patra - Sexual Feeling.mp3 | Patra | 3,012KB | Audio |
| PCHAPMAN@KaZaA | J5 - Ice Cream (Remix) (Feat. The Pied Piper).MP3 | J5 | 5,572KB | Audio |
| PCHAPMAN@KaZaA | George Benson (Patti Austin) - Moody's Mood.MP3 | George Benson | 3,273KB | Audio |
| PCHAPMAN@KaZaA | D'Angelo - Sex Machine.mp3 | D'Angelo | 2,432KB | Audio |
| PCHAPMAN@KaZaA | jim crow_too short- baby mama drama.mp3 | Jim Crow | 5,461KB | Audio |
| PCHAPMAN@KaZaA | dmx_JA Rule - Nigga's Dont Want It (Unreleased).mp3 | DMX | 4,012KB | Audio |
| PCHAPMAN@KaZaA | Jim Crow - My Own Eyes.mp3 | Jim Crow | 2,640KB | Audio |
| PCHAPMAN@KaZaA | blueprint - jayz girlsgirlsgirls remix.mp3 | Jay-Z | 2,976KB | Audio |
| PCHAPMAN@KaZaA | Al Jareau - So Good.mp3 | Al Jarreau | 3,950KB | Audio |
| PCHAPMAN@KaZaA | d'angelo - Greatdayndamornin'-Booty.mp3 | D'Angelo | 7,110KB | Audio |
| PCHAPMAN@KaZaA | BB King - Merry Christmas Baby.mp3 | B.B. King | 3,693KB | Audio |
| PCHAPMAN@KaZaA | DMX - One More Road to Cross.mp3 | DMX | 6,084KB | Audio |
| PCHAPMAN@KaZaA | d'angelo_erykah badu - your precious love.mp3 | D'Angelo | 3,918KB | Audio |
| PCHAPMAN@KaZaA | Dangelo - Me and Those Dreamy Eyes of Mine.mp3 | D'Angelo | 4,488KB | Audio |
| PCHAPMAN@KaZaA | Chante Moore - When I close my eyes.mp3 | Chante Moore | 3,969KB | Audio |
| PCHAPMAN@KaZaA | george benson - Aint That Peculiar.mp3 | George Benson-feat lonni... | 2,034KB | Audio |
| PCHAPMAN@KaZaA | vesta williams - 4 U.mp3 | Vesta Williams | 4,925KB | Audio |
| PCHAPMAN@KaZaA | Fourplay - Yes please - save-(feat chante moore_nathan... | Chante Moore | 1,265KB | Audio |
| PCHAPMAN@KaZaA | Pastor Troy - Dirty South Affilliates (1).mp3 | Dirty Boys | 2,477KB | Audio |
| PCHAPMAN@KaZaA | Al Jerreau - Ain't No Sunshine.mp3 | Al Jarreau_Lou Rawls | 1,938KB | Audio |
| PCHAPMAN@KaZaA | Sean Paul_BeenieMan_Lady Shaw - Reggae Mix (1).mp3 | Wayne Wonder_Sean Paul | 1,512KB | Audio |
| PCHAPMAN@KaZaA | Coko - Sunshine.mp3 | Coko | 2,904KB | Audio |
| PCHAPMAN@KaZaA | Glen Lewis - Too Much.mp3 | Glen Lewis | 4,212KB | Audio |
| PCHAPMAN@KaZaA | 11-missy_elliot-aint_that_funny.mp3 | Missy Elliott | 2,688KB | Audio |
| PCHAPMAN@KaZaA | 08-missy_elliott-slide-rns.mp3 | Missy Elliot | 5,297KB | Audio |
| PCHAPMAN@KaZaA | The Canton Spirituals - Break Bread.mp3 | The Canton Spirituals | 2,696KB | Audio |
| PCHAPMAN@KaZaA | Tela_Eightball_MJG - I'm So Tired Of Ballin.mp3 | Tela_Eightball_Mjg | 2,536KB | Audio |
| PCHAPMAN@KaZaA | Mary J. Blige_Greg Nice - You Remind Me (Remix).mp3 | Mary J. Blige | 2,480KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

9

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Mary j. Blige_Greg Nice - You Remind Me (Remix).mp3 | Mary J. Blige | 2,480KB | Audio |
| PCHAPMAN@KaZaA | INOJ_Lathun - Freak it (Ext: LP Clean ver.).mp3 | Lathun,/f INOJ | 5,428KB | Audio |
| PCHAPMAN@KaZaA | Corina - Summer Time.mp3 | So So Def Bass Allstars | 3,519KB | Audio |
| PCHAPMAN@KaZaA | MELVIN RILEY_TABS ON YA.mp3 | MELVIN RILEY | 5,136KB | Audio |
| PCHAPMAN@KaZaA | vesta williams - Best I Ever Had.mp3 | Vesta Williams | 3,848KB | Audio |
| PCHAPMAN@KaZaA | 18 - Howlin' Wolf - Howling Far My Darlin'.mp3 | Howlin' Wolf | 4,125KB | Audio |
| PCHAPMAN@KaZaA | Howlin' Wolf - Somkestack Lightin'.mp3 | Howling Wolf | 2,878KB | Audio |
| PCHAPMAN@KaZaA | nelly - Hot In Here (DJ Lo Remix).mp3 | Nelly | 10,152KB | Audio |
| PCHAPMAN@KaZaA | Freddie King - Have You Ever Loved a Woman.mp3 | Freddie King | 2,908KB | Audio |
| PCHAPMAN@KaZaA | Muddy Waters - Blow Wind Blow.mp3 | Muddy Waters_Howling... | 3,520KB | Audio |
| PCHAPMAN@KaZaA | tyreese - Have I Told You I Love You.mp3 | Tyrese | 3,600KB | Audio |
| PCHAPMAN@KaZaA | Howling Wolf - Back Door Man.mp3 | Howling Wolf | 3,549KB | Audio |
| PCHAPMAN@KaZaA | Nelly - Thicky Thick Girl.mp3 | Nelly | 6,422KB | Audio |
| PCHAPMAN@KaZaA | Howling Wolf - Wang Dang Doodle (1).MP3 | Howlin' Wolf | 2,268KB | Audio |
| PCHAPMAN@KaZaA | MELVIN RILEY - BEDROOM STORIES - 13 - MUST HAVE BE... | Melvin Riley | 4,166KB | Audio |
| PCHAPMAN@KaZaA | Freddie King - Woke Up This Morning.mp3 | Freddie King | 2,991KB | Audio |
| PCHAPMAN@KaZaA | Chante Moore - It's Alright.mp3 | Rodriguez | 2,700KB | Audio |
| PCHAPMAN@KaZaA | Kenny Latimore - If I Lose My Woman.mp3 | Kenny Lattimore | 5,084KB | Audio |
| PCHAPMAN@KaZaA | Vesta Williams - Special.mp3 | Vesta | 4,906KB | Audio |
| PCHAPMAN@KaZaA | Aaries - Even Though.mp3 | Aaries | 3,228KB | Audio |
| PCHAPMAN@KaZaA | get low- lil jon.wma | Ying Yang Twins | 1,833KB | Audio |
| PCHAPMAN@KaZaA | The Dip.mp3 | Goodie MoB | 3,942KB | Audio |
| PCHAPMAN@KaZaA | Beyonce Knowles - Me - Myself and I.mp3 | Beyonce Knowles | 7,059KB | Audio |
| PCHAPMAN@KaZaA | G-Unit - Stunt 101.asf | G-UNIT | 8,660KB | Video |
| PCHAPMAN@KaZaA | Jerzee Monet - Tonight is the Night.mp3 | Jerzee Monet | 3,121KB | Audio |
| PCHAPMAN@KaZaA | Right Thurr [In Da Club Remix].mp3 | 50 Cent | 2,722KB | Audio |
| PCHAPMAN@KaZaA | ja rule-crown-blood in my eye.mp3 | ja rule | 4,664KB | Audio |
| PCHAPMAN@KaZaA | 08-r_kelly-showdown_(feat_ronald_isley) (1).mp3 | 08-r_kelly-showdown_(fe... | 5,570KB | Audio |
| PCHAPMAN@KaZaA | ja rule-clap back-blood in my eye.mp3 | ja rule | 2,699KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

10

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Theater | Download | Search | Shop | Traffic | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | ja rule-clap back-blood in my eye.mp3 | ja rule | 2,699KB | Audio |
| PCHAPMAN@KaZaA | ludacris-chicken_beer-03-stand up.mp3 | ludacris | 1,163KB | Audio |
| 2 Users | Ying Yang Twins - Naggin' Part II.mp3 | Ying Yang Twins | 4,144KB | Audio |
| PCHAPMAN@KaZaA | Avant - Read Your Mind (1)(2).mp3 | Avant | 2,321KB | Audio |
| PCHAPMAN@KaZaA | ludacris chicken_beer-we got.mp3 | ludacris | 1,621KB | Audio |
| PCHAPMAN@KaZaA | hot_wet-na na na feat super cat-112.mp3 | 112 | 1,284KB | Audio |
| PCHAPMAN@KaZaA | 112-man's world-hot_wet-09.mp3 | 112 | 1,899KB | Audio |
| PCHAPMAN@KaZaA | 112-slip away-hot_wet.mp3 | 112 | 3,069KB | Audio |
| PCHAPMAN@KaZaA | 112-everyday-hot_wet.mp3 | 112 | 1,983KB | Audio |
| PCHAPMAN@KaZaA | Ginuwine - 01 - Mike Tyson - simplemp3s.mp3 | Ginuwine | 587KB | Audio |
| PCHAPMAN@KaZaA | Jamie Foxx_Tommy Davidson - Lately (Making Fun of Jod... | Jamie Foxx | 1,476KB | Audio |
| PCHAPMAN@KaZaA | say yes-hot_wet_112.mp3 | 112 | 7,312KB | Audio |
| PCHAPMAN@KaZaA | hot_wet-knock u down-112.mp3 | 112 | 3,738KB | Audio |
| PCHAPMAN@KaZaA | obie trice-cheers-got some teeth.mp3 | obie trice | 2,405KB | Audio |
| PCHAPMAN@KaZaA | obie trice-cheers-12-hoodrats.mp3 | obie trice | 2,007KB | Audio |
| PCHAPMAN@KaZaA | Ludacris-Freaky THings.mp3 | Ludacris feat. Twista and... | 2,088KB | Audio |
| PCHAPMAN@KaZaA | 11-ginuwine-sex_(feat_sole)-0mni.mp3 | Ginuwine | 5,402KB | Audio |
| PCHAPMAN@KaZaA | 12 - Ginuwine - Bedda man -21stcentury.mp3 | Ginuwine | 5,292KB | Audio |
| PCHAPMAN@KaZaA | Ginuwine - Locked Down.mp3 | Ginuwine | 7,125KB | Audio |
| PCHAPMAN@KaZaA | 07-ginuwine-love_you_more-0mni.mp3 | Ginuwine | 5,659KB | Audio |
| PCHAPMAN@KaZaA | Ying Yang Twins - Shawty Thick.mp3 | Ying Yang Twins | 1,424KB | Audio |
| PCHAPMAN@KaZaA | g - unit-beg for mercy-salute you.mp3 | g - unit | 3,361KB | Audio |
| PCHAPMAN@KaZaA | g - unit-i'm so hood-beg for mercy.mp3 | g - unit | 5,927KB | Audio |
| PCHAPMAN@KaZaA | 18-g-unit-i_small_pussy-rns.mp3 | G-Unit | 5,585KB | Audio |
| PCHAPMAN@KaZaA | Sparkle feat R Kelly.mp3 | Sparkle ft. R. Kelly | 5,740KB | Audio |
| PCHAPMAN@KaZaA | (02) Ludacris - Blow It Out.wma | Ludacris | 2,421KB | Audio |
| PCHAPMAN@KaZaA | jay-z-the black album-allure.mp3 | jay-z | 1,435KB | Audio |
| PCHAPMAN@KaZaA | jay-z-my 1st song-the black album.mp3 | jay-z | 2,390KB | Audio |
| PCHAPMAN@KaZaA | 07-the black album-threat-the black album.mp3 | jay-z | 2,947KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | My Kazaa | Shop | Traffic | Search | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | 07-the black album-threat-the black album.mp3 | jay-z | 2,947KB | Audio |
| PCHAPMAN@KaZaA | 112-hot_wet-right here for u.mp3 | 112 | 7,465KB | Audio |
| PCHAPMAN@KaZaA | Jay-Z - Track 14.mp3 | Jay-Z | 1,590KB | Audio |
| PCHAPMAN@KaZaA | r kelly-forever-the chocolate factory.mp3 | r kelly | 4,685KB | Audio |
| PCHAPMAN@KaZaA | Glenn Lewis - Back For More Feat. Kardinal Offishal.mp3 | Glen Lewis | 5,441KB | Audio |
| PCHAPMAN@KaZaA | R. Kelly - U Remind Me Of My Jeep.mp3 | R Kelly | 3,925KB | Audio |
| PCHAPMAN@KaZaA | R. Kelly - I Mean (I Don't Mean It).mp3 | R. Kelly | 3,212KB | Audio |
| PCHAPMAN@KaZaA | R. Kelly - Your Body's Callin'.mp3 | R. Kelly | 4,332KB | Audio |
| PCHAPMAN@KaZaA | Be Careful--Sparkle_RKelly.mp3 | Sparkle feat. R. Kelly | 4,958KB | Audio |
| PCHAPMAN@KaZaA | World Beat.kpl | Unknown | 9KB | |
| PCHAPMAN@KaZaA | jay-z-change clothes-the black album (1).mp3 | jay-z | 2,666KB | Audio |
| PCHAPMAN@KaZaA | 02-jayz-hova-rns (1).mp3 | Jay-Z | 2,708KB | Audio |
| PCHAPMAN@KaZaA | december 4th-the black album_jay-z.mp3 | jay-z | 5,750KB | Audio |
| PCHAPMAN@KaZaA | Nelly_St. Lunatics - Midwest swing (Dirty Version).mp3 | Nelly | 4,950KB | Audio |
| PCHAPMAN@KaZaA | jay-z-the black album-encore-.mp3 | jay-z | 7,598KB | Audio |
| PCHAPMAN@KaZaA | Jim Crow - Its Like That (feat Trick Daddy).mp3 | Jim Crow | 3,644KB | Audio |
| PCHAPMAN@KaZaA | jim crow - Sittin' On Vouges.mp3 | Jim Crow | 3,807KB | Audio |
| PCHAPMAN@KaZaA | Jodeci - Diary Of A Mad Band - 04 - What About Us.mp3 | Jodeci | 4,596KB | Audio |
| PCHAPMAN@KaZaA | the black album-99 problems-jay-z.mp3 | jay-z | 7,416KB | Audio |
| PCHAPMAN@KaZaA | get busy.kpl | Unknown | 1KB | |
| PCHAPMAN@KaZaA | alicia - you dont know my name.mp3 | ALICIA KEYS | 2,937KB | Audio |
| PCHAPMAN@KaZaA | im still in love with you.kpl | Sean Paul Ft Sasha | 0KB | |
| PCHAPMAN@KaZaA | stunt 101-beg for mercy_g - unit.mp3 | g - unit | 1,448KB | Audio |
| PCHAPMAN@KaZaA | alicia keys you dont know my name.mp3 | Alicia Keys | 3,667KB | Audio |
| PCHAPMAN@KaZaA | Rhymes.kpl | Iconz | 5KB | |
| PCHAPMAN@KaZaA | dmx-grand champ-bring the noize.mp3 | dmx | 5,886KB | Audio |
| PCHAPMAN@KaZaA | Electronica.kpl | Unknown | 1KB | |
| PCHAPMAN@KaZaA | Rap Instrumentals - Three Six Mafia - Who Run.mp3 | Instrumentals | 3,697KB | Audio |
| PCHAPMAN@KaZaA | (13) Obie Trice - Hands On You ft. Eminem.wma | Obie Trice | 3,083KB | Audio |

Found 1433 files.  |  2,119,198 users online, sharing 720,127,891 files (9,384,192 GB)  |  Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | (13) Obie Trice - Hands On You ft. Eminem.wma | Obie Trice | 3,083KB | Audio |
| PCHAPMAN@KaZaA | Track 4.wma | Chris and Neef | 1,168KB | Audio |
| PCHAPMAN@KaZaA | SLOW JAMS_Next - Butter Love.mp3 | RL | 3,706KB | Audio |
| PCHAPMAN@KaZaA | 11-jay_z-justify_my_thug-dta.mp3 | Jay Z | 5,721KB | Audio |
| PCHAPMAN@KaZaA | 09-jay_z-99_problems-dta.mp3 | Jay Z | 5,500KB | Audio |
| PCHAPMAN@KaZaA | jay-z-my 1st song-the black album-14.mp3 | jay-z | 6,438KB | Audio |
| PCHAPMAN@KaZaA | 12-nelly-iz_u-whoa.mp3 | Nelly | 7,376KB | Audio |
| PCHAPMAN@KaZaA | 04 - Visions.mp3 | Jagged Edge | 3,070KB | Audio |
| PCHAPMAN@KaZaA | 05 - da band - how u like me now.mp3 | Da Band | 6,290KB | Audio |
| PCHAPMAN@KaZaA | Drinking music.kpl | Twista ft. Kanye West | 0KB | Trying |
| PCHAPMAN@KaZaA | 08 - Trying To Find The Words.mp3 | Jagged Edge | 2,836KB | Audio |
| PCHAPMAN@KaZaA | 06-jay_z-the_threat-dta.mp3 | Jay Z | 5,747KB | Audio |
| PCHAPMAN@KaZaA | nelly - Ride Wit Me (Dirty Version).mp3 | Nelly | 4,595KB | Audio | Must Be The Mo |
| PCHAPMAN@KaZaA | jay-z the black album-lucifer.mp3 | jay-z | 6,309KB | Audio |
| PCHAPMAN@KaZaA | H-Town - Women's Anthem.mp3 | H-Town | 3,264KB | Audio |
| PCHAPMAN@KaZaA | RB - Jon B. - Sex Is On My Mind.mp3 | H-Town | 2,504KB | Audio |
| PCHAPMAN@KaZaA | 07 Shot Down.wma | DMX Feat. 50 Cent | 3,499KB | Audio |
| PCHAPMAN@KaZaA | Reggae.kpl | Unknown | 3KB | |
| PCHAPMAN@KaZaA | badunkadunk-kamikaze_twista.mp3 | twista | 5,593KB | Audio |
| PCHAPMAN@KaZaA | twista-kamikaze-get that doe.mp3 | twista | 6,967KB | Audio |
| PCHAPMAN@KaZaA | 101.kpl | Melvin Riley | 1KB | |
| PCHAPMAN@KaZaA | twista-kamikaze-10-show's over.mp3 | twista | 7,212KB | Audio |
| PCHAPMAN@KaZaA | Shoulda Woulda Coulda.mp3 | Brian McKnight | 1,719KB | Audio |
| PCHAPMAN@KaZaA | my music.kpl | Chingy | 0KB | |
| PCHAPMAN@KaZaA | RB.kpl | Unknown | 58KB | |
| PCHAPMAN@KaZaA | H-Town - Visions In My Mind.mp3 | H-Town | 3,774KB | Audio |
| PCHAPMAN@KaZaA | R Kelly - 12 Play.mp3 | R Kelly | 5,537KB | Audio | Pump It |
| PCHAPMAN@KaZaA | Instrumentals - Joe Budden - Pump It Up.mp3 | Instrumental | 5,513KB | Audio |
| PCHAPMAN@KaZaA | HTown - LADIES' EDITION - Die For You.mp3 | H-Town | 3,306KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

13