## Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | HTown - LADIES EDITION - Die For You.mp3 | H-Town | 3,306KB | Audio |
| PCHAPMAN@KaZaA | I Sleep U I Wear U.mp3 | H-Town | 3,966KB | Audio |
| PCHAPMAN@KaZaA | H Town - Ways To Treat A Woman.mp3 | H-Town | 2,648KB | Audio |
| PCHAPMAN@KaZaA | E. I. (Tip Drill).mp3 | Nelly | 5,922KB | Audio |
| PCHAPMAN@KaZaA | Keith Sweat - How Deep Is Your Love.mp3 | Keith Sweat | 11,314KB | Audio |
| PCHAPMAN@KaZaA | Big Blue.kpl | Bone Crusher | 18KB | Audio |
| PCHAPMAN@KaZaA | Timbaland And Magoo-indian flute.wma | Timbaland And Magoo | 1,008KB | Audio |
| PCHAPMAN@KaZaA | drag-on-02-put_your_drinks_down(dirty)-whoa.wma | Drag-On | 2,681KB | Audio |
| PCHAPMAN@KaZaA | kanye west - my way (1).mp3 | kanye west | 4,752KB | Audio |
| PCHAPMAN@KaZaA | kanye_west-is_that_your_car-0mni.mp3 | Kanye West | 3,162KB | Audio |
| PCHAPMAN@KaZaA | R. Kelly Ft. Cassidy - Hotel CN Remix.mp3 | R. Kelly Ft. Cassidy | 6,408KB | Audio |
| PCHAPMAN@KaZaA | [Kayne West] - 2 Words.mp3 | Kanye West | 6,053KB | Audio |
| PCHAPMAN@KaZaA | Nappy Roots - Po' Folks - Watermelon, Chicken_Gritz.mp3 | Nappy Roots | 4,848KB | Audio |
| PCHAPMAN@KaZaA | DIWALI RIDDIM - Sean Paul - Get Busy.mp3 | Sean Paul | 3,357KB | Audio |
| PCHAPMAN@KaZaA | SOS Band - The Finest (Vinny the Waxman Remix).mp3 | SOS Band/Alexander O'N... | 4,454KB | Audio |
| PCHAPMAN@KaZaA | Gd Up.wma | El Produkto | 2,096KB | Audio |
| PCHAPMAN@KaZaA | 2pac - Hail Mary (clean).mp3 | 2pac | 4,920KB | Audio |
| PCHAPMAN@KaZaA | Mya feat. Sisqo - Its All About Me.mp3 | Mya_Sisqo | 4,126KB | Audio |
| PCHAPMAN@KaZaA | 17-david_banner-still_pimpin_(feat_marcus_and_kamikaze)... | David Banner | 10,120KB | Audio |
| PCHAPMAN@KaZaA | Too short_Lil kim- Booty_Call_-_Call_Me.mp3 | Too short_lil' Kim | 4,694KB | Audio |
| PCHAPMAN@KaZaA | Floetry - Mr Messed Up.MP3 | Floetry | 4,113KB | Audio |
| PCHAPMAN@KaZaA | 12-Save The Last Dance Soundtrack-112 (Featuring Notori... | 112 | 4,494KB | Audio |
| PCHAPMAN@KaZaA | Earth Wind and Fire - Would You Mind.MP3 | Earth Wind and Fire | 4,109KB | Audio |
| PCHAPMAN@KaZaA | teena marie - Square Biz (Full 12" Mix).mp3 | Teena Marie | 5,970KB | Audio |
| PCHAPMAN@KaZaA | Rick James and Teena Marie - Happy.mp3 | Rick James | 5,146KB | Audio |
| PCHAPMAN@KaZaA | Gap Band - Party Train.mp3 | Gap Band | 5,354KB | Audio |
| PCHAPMAN@KaZaA | Earth Wind and Fire - 06 - Sing A Song.mp3 | Earth Wind and Fire | 3,170KB | Audio |
| PCHAPMAN@KaZaA | Jill Scott - 07 - You Love Me.mp3 | JILL SCOTT | 3,404KB | Audio |
| PCHAPMAN@KaZaA | Juvenile - Back That Ass Up (Remix) (Fet. Dmx, Jayz, Ja Ru... | Juvenile feat. DMX, Jay-Z... | 4,456KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

14

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New search | Search | Shop | Traffic | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Juvenile - Back That Ass Up (Remix) (fet. Dmx, JayZ, Ja Ru... | Juvenile Feat. DMX, Jay-Z, ... | 4,456KB | Audio |
| PCHAPMAN@KaZaA | Carl Thomas_Faith Evans- So Emotional.mp3 | Carl Thomas_Faith Evans | 3,016KB | Audio |
| PCHAPMAN@KaZaA | Jill Scott - A Long Walk.mp3 | Jill Scott | 4,392KB | Audio |
| PCHAPMAN@KaZaA | Peaches_Herb - Reunited.mp3 | Peaches and Herb | 3,750KB | Audio |
| PCHAPMAN@KaZaA | Vivian Green - Emotional Rollercoaster.mp3 | Vivian Green | 3,056KB | Audio |
| PCHAPMAN@KaZaA | 09-david_banner_and_lil_flip-like_a_pimp-wcr.mp3 | David Banner _Lil Flip | 7,800KB | Audio |
| PCHAPMAN@KaZaA | Amy Grant - Lucky One.mp3 | Amy Grant | 3,901KB | Audio |
| PCHAPMAN@KaZaA | Maria Carry - Butterfly.mp3 | Mariah Carey | 3,113KB | Audio |
| PCHAPMAN@KaZaA | Angela Winbush - Your Smile .mp3 | Rene_Angela | 4,708KB | Audio |
| PCHAPMAN@KaZaA | Luther Vandross - Never Too Much.mp3 | Luther Vandross | 3,578KB | Audio |
| PCHAPMAN@KaZaA | Angela Winbush - Angel.mp3 | Angela Winbush | 5,033KB | Audio |
| PCHAPMAN@KaZaA | SOS Band - Take Your Time (Do It Right).mp3 | SOS Band | 4,331KB | Audio |
| PCHAPMAN@KaZaA | oldies-Renee and Angela - You Don't Have to Cry.mp3 | Angela Winbush | 5,248KB | Audio |
| 2 Users | Amerie_talking_to_me.mp3 | Amarie | 3,122KB | Audio |
| PCHAPMAN@KaZaA | More Blues Than I Can Use.wma | Hard Bargain | 1,131KB | Audio |
| PCHAPMAN@KaZaA | Indie Arie - Brown Skin.mp3 | Indie Arie | 5,239KB | Audio |
| PCHAPMAN@KaZaA | If Tomorrow Never Comes.wma | Tasha Taylor | 2,107KB | Audio |
| PCHAPMAN@KaZaA | T.I. - Bone Crusher w- Killa Mike, T.I.P. - Never Scared.mp3 | Bone Crusher | 4,976KB | Audio |
| PCHAPMAN@KaZaA | Beenie Man feat. Mya - Girl Dem Sugar.mp3 | Beenie Man ft. Mya | 3,020KB | Audio |
| PCHAPMAN@KaZaA | Maze_The Whispers - It Just Gets Better With Time.mp3 | Maze _The Whispers | 4,230KB | Audio |
| PCHAPMAN@KaZaA | Michael Jackson Feat. Eve - Butterfly (Remix).mp3 | Micheal Jackson f/Eve | 3,499KB | Audio |
| PCHAPMAN@KaZaA | 08-702-certified-rns.mp3 | 702 | 6,415KB | Audio |
| PCHAPMAN@KaZaA | Wayne Wonder - No holding back.mp3 | Wayne Wonder | 3,363KB | Audio |
| PCHAPMAN@KaZaA | maxwell - Get to Know Ya.mp3 | Maxwell | 3,345KB | Audio |
| PCHAPMAN@KaZaA | Chante Moorre - Moore, Chante - Bitter.mp3 | Chante Moore | 3,032KB | Audio |
| PCHAPMAN@KaZaA | Chante Moore_Keith Washington - Candlelight And You... | Chante Moore | 5,021KB | Audio |
| PCHAPMAN@KaZaA | Murder Inc - Who Is 50 Cent.wma | David Banner ft Lil Flip | 1,866KB | Audio |
| PCHAPMAN@KaZaA | Tony Terry - Everlasting Love .mp3 | Tony Terry | 4,994KB | Audio |
| PCHAPMAN@KaZaA | Maxwell - Sumthin' Sumthin'.mp3 | Maxwell | 4,030KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

15

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend

New search | Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Maxwell - Sumthin' Sumthin'.mp3 | Maxwell | 4,030KB | Audio |
| PCHAPMAN@KaZaA | Soca-Reggae - Diana King - Shy Guy(Dancehall Mix).mp3 | Diana King | 4,721KB | Audio |
| PCHAPMAN@KaZaA | Isley Brothers - Between The Sheets (1).mp3 | Isley Brothers | 3,412KB | Audio |
| PCHAPMAN@KaZaA | isley brothers - footsteps in the dark.mp3 | Isley Brothers | 4,821KB | Audio |
| PCHAPMAN@KaZaA | Diana King - Shy Guy (Bad Boys Soundtrack).mp3 | Diana King | 3,495KB | Audio |
| PCHAPMAN@KaZaA | Mya feat Beanie Man - Angel.mp3 | Mya feat Beanie Man | 4,026KB | Audio |
| PCHAPMAN@KaZaA | RAP - So Emotional Remix ft.mp3 | Carl Thomas F. Faith Evan... | 4,726KB | Audio |
| PCHAPMAN@KaZaA | avant - Seperated Remix Ft. Kelly Rowland.mp3 | 3 | 3,610KB | Audio |
| PCHAPMAN@KaZaA | Christopher Williams (New Jack City soundtrack) - I'm Drea... | Christopher Williams | 4,389KB | Audio |
| PCHAPMAN@KaZaA | Teena Marie - Lover Girl (1).mp3 | Teena Marie | 4,606KB | Audio |
| PCHAPMAN@KaZaA | Earth Wind_Fire - Let's groove tonight.mp3 | Gap Band | 5,272KB | Audio |
| PCHAPMAN@KaZaA | Maxwell - Fortunate.mp3 | Maxwell | 4,671KB | Audio |
| PCHAPMAN@KaZaA | 702_ft_clipse-star.mp3 | 702 (featuring Clipse) | 3,908KB | Audio |
| PCHAPMAN@KaZaA | Tina Marie - Ooh La La La.mp3 | Teena Marie | 5,876KB | Audio |
| PCHAPMAN@KaZaA | Herb Albert Feat. Janet Jackson - Making Love In The Rain... | Janet Jackson | 5,562KB | Audio |
| PCHAPMAN@KaZaA | Lisa Lisa and The Cult Jam - I Wonder If I Take You Home (... | Lisa Lisa and The Cult Jam | 6,298KB | Audio |
| PCHAPMAN@KaZaA | 08-roots-seed_2.0_the_(featuring_cody_chestnutt)-esc.... | Roots | 6,281KB | Audio |
| PCHAPMAN@KaZaA | Seal - Kiss From A Rose.mp3 | Seal | 3,380KB | Audio |
| PCHAPMAN@KaZaA | Ruff Ryders - Ryde or Die Vol. 2 - 11 - Twisted Heat - Feat... | Twista and Drag-On | 3,072KB | Audio |
| PCHAPMAN@KaZaA | Christina Aguilera - Beautiful.mp3 | Christina Aguilera | 3,730KB | Audio |
| PCHAPMAN@KaZaA | Jadakiss ft. Debra Cox-Up and DOwn.mp3 | Deborah Cox Ft Jadakiss | 1,917KB | Audio |
| PCHAPMAN@KaZaA | 50 Cents - Thug Love Remix (ft. Eminem and Destineys Chi... | 50 Cents f Eminem Beyon... | 3,760KB | Audio |
| PCHAPMAN@KaZaA | Debra Cox - How Did You Get Here.mp3 | Debra Cox | 4,105KB | Audio |
| PCHAPMAN@KaZaA | St Germain - 10 - Les Nubians - Autour De Minuit (1).mp3 | Les Nubians | 2,936KB | Audio |
| PCHAPMAN@KaZaA | lil john and the eastside boys - yall dont feel me yet (1).mp3 | LIL JON EAST SIDE BOYZ | 1,976KB | Audio |
| PCHAPMAN@KaZaA | Lil' John and the Eastside Boys - Let My Nuts Go.mp3 | Lil Jon _The East Side Bo... | 4,500KB | Audio |
| PCHAPMAN@KaZaA | Me'shell Ndegeocello - Dreadlocks.mp3 | Meshell Ndegeocello | 3,822KB | Audio |
| PCHAPMAN@KaZaA | Johnny Taylor - Greatest hits - SOUL HEAVEN.mp3 | Johnnie Taylor | 3,430KB | Audio |
| PCHAPMAN@KaZaA | pastor_troy-10-in_a_raise_me_a_soldier-rage.mp3 | Pastor Troy | 6,896kB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

16

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | pastor_troy-10-im_a_raise_me_a_soldier-rage.mp3 | Pastor Troy | 6,896KB | Audio |
| PCHAPMAN@KaZaA | Lil Jon and Eastside Boyz - Track02 (3) (2).mp3 | Lil John_The East Side B... | 5,830KB | Audio |
| PCHAPMAN@KaZaA | 02 - Full Moon (1).mp3 | Brandy | 2,452KB | Audio |
| PCHAPMAN@KaZaA | Lil John and the Eastside Boys - get low.mp3 | Lil Jon_the East Side Bo... | 7,830KB | Audio |
| PCHAPMAN@KaZaA | Complete Beloved ft Les Nubians - Black-Eyed Peas.mp3 | Black Eyed Peas | 4,060KB | Audio |
| PCHAPMAN@KaZaA | Craig David-Fill Me In.mp3 | Craig David | 2,730KB | Audio |
| PCHAPMAN@KaZaA | the new,Beenie Man, Sean Paul, Buju Banton, Devonte I... | Reggae | 13,335KB | Audio |
| PCHAPMAN@KaZaA | 02-les_nubians-temperature_rising_(feat._john_banzai)-ju... | Les Nubians | 5,700KB | Audio |
| PCHAPMAN@KaZaA | lil'_john,_east_side_boys-bia_bia(remix).mp3 | lil Jon And The Eastside... | 3,539KB | Audio |
| PCHAPMAN@KaZaA | Shawty.MP3 | lil jon and the eastside bo... | 1,785KB | Audio |
| PCHAPMAN@KaZaA | Montel Jordan - Get it on Tonight.mp3 | Montell Jordan | 4,513KB | Audio |
| PCHAPMAN@KaZaA | stevie wonder - i just called to say i love you.mp3 | Stevie Wonder | 4,096KB | Audio |
| PCHAPMAN@KaZaA | Tyrone Davis - Cheating in the Next Room.mp3 | TYRONE DAVIS | 2,532KB | Audio |
| PCHAPMAN@KaZaA | Lil Jon and The East Side Boyz - Who U wit.mp3 | Lil' John_Eastside Boys | 4,279KB | Audio |
| PCHAPMAN@KaZaA | Nelly Furtado - Turn Off the Light.mp3 | Nelly Furtado- | 4,276KB | Audio |
| PCHAPMAN@KaZaA | Brandy - Full Moon - 02 - Full Moon(1)(1).mp3 | Brandy | 5,882KB | Audio |
| PCHAPMAN@KaZaA | Tamia - Stranger In House.mp3 | Tamia | 6,736KB | Audio |
| PCHAPMAN@KaZaA | Glen Jones - ( We've Only Just Begun ).mp3 | Glenn Jones | 3,252KB | Audio |
| PCHAPMAN@KaZaA | Denice Williams - Black Butterfly .mp3 | Deniece Williams | 4,153KB | Audio |
| PCHAPMAN@KaZaA | Maze_The Whispers - Never Let You Down.mp3 | Maze_The Whispers | 3,826KB | Audio |
| PCHAPMAN@KaZaA | Heather Headley - He Is(1)(1).mp3 | Heather Headley | 5,318KB | Audio |
| PCHAPMAN@KaZaA | Lil Jon_The East Side Boys - Go Shawty go (2).mp3 | LIL JON and the EASTSID... | 3,724KB | Audio |
| PCHAPMAN@KaZaA | keith washington - kissing you.mp3 | Keith Washington | 6,600KB | Audio |
| PCHAPMAN@KaZaA | Twista, Darkside Ballaz - Piece of Mind.mp3 | Twista | 3,669KB | Audio |
| PCHAPMAN@KaZaA | The Whispers - Rock Steady.Mp3 | The Whispers | 4,870KB | Audio |
| PCHAPMAN@KaZaA | RB-Rap Mix (DJ DRU) - Mystikal, JayZ, Joe, Nelly, Mya, L... | Club Mixes | 2,904KB | Audio |
| PCHAPMAN@KaZaA | Three Six Mofia - Hit A Motha Fucka.mp3 | 36 Mafia and Pastor Troy | 3,714KB | Audio |
| PCHAPMAN@KaZaA | 03-r_kelly_-_Ingnition_remix-bvr.mp3 | R Kelly | 1,209KB | Audio |
| PCHAPMAN@KaZaA | Jaheem - Could If Bee.mp3 | Jaheem | 2,492KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

17

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Jaheem - Could IF Bee.mp3 | Jaheem | 2,492KB | Audio |
| PCHAPMAN@KaZaA | 13-david_banner-my_shawty_(feat_fiend)-rns.mp3 | David Banner | 5,505KB | Audio |
| PCHAPMAN@KaZaA | Tevin Campbell - I'm Ready.mp3 | Tevin Campbell | 4,416KB | Audio |
| PCHAPMAN@KaZaA | (17) Busta Rhymes ft. Mariah Carey - Give it to Me.wma | Busta Rhymes ft. Mariah … | 2,556KB | Audio |
| PCHAPMAN@KaZaA | Michael McDonald with Donald Fagen- Minute by Minute (Li… | Micheal Mcdonald | 3,032KB | Audio |
| PCHAPMAN@KaZaA | Evelyn Champagne King - Love Come Down.mp3 | Patrice Rushen | 3,571KB | Audio |
| PCHAPMAN@KaZaA | Sean Paul_ Get Busy (Diwali Riddim).mp3 | Sean Paul | 3,358KB | Audio |
| PCHAPMAN@KaZaA | sexyLady.mp3 | shaggy Ft sean a paul | 3,550KB | Audio |
| PCHAPMAN@KaZaA | Tevin Campbell- SHHH.MP3 | Tevin Campbell | 3,885KB | Audio |
| PCHAPMAN@KaZaA | Micheal Mcdonald - Real love.mp3 | Michael Mcdonald | 4,080KB | Audio |
| PCHAPMAN@KaZaA | 19-sean_paul-shake_that_thing-jah.mp3 | Sean_Paul | 5,489KB | Audio |
| PCHAPMAN@KaZaA | Tyrese - Girl i cant help it.mp3 | Tyrese | 4,020KB | Audio |
| PCHAPMAN@KaZaA | Simply Red - Holding Back The Years.mp3 | Simply Red | 4,221KB | Audio |
| PCHAPMAN@KaZaA | George_Benson_-_The_Best_of_George_Benson_-_10_-_…  | Benson, George | 3,850KB | Audio |
| PCHAPMAN@KaZaA | Choppa - chopper Style.mp3 | Choppa | 4,292KB | Audio |
| PCHAPMAN@KaZaA | Me'Shell Ndegeocello f. Herbie Hancock - Nocturnal Sunshin… | Me'shell Ndegeocello | 5,762KB | Audio |
| PCHAPMAN@KaZaA | Shabba Ranks - Muder She Wrote.mp3 | Save the last dance | 3,492KB | Audio |
| PCHAPMAN@KaZaA | SOS Band - Just Be Good To Me.mp3 | SOS Band | 8,463KB | Audio |
| PCHAPMAN@KaZaA | Messed Around- Intoxicated feat. Pastor Troy, Naudi Sha… | Oomp Camp | 2,612KB | Audio |
| PCHAPMAN@KaZaA | Me'shell Ndegeocello - Ecclesiastes- Free My Heart.mp3 | Me'shell Ndegeocello | 5,023KB | Audio |
| PCHAPMAN@KaZaA | Barry White - It's Ecstasy When You Lay Down Next To Me… | Barry White | 3,210KB | Audio |
| PCHAPMAN@KaZaA | 06-cadillac_on_22s-cms.mp3 | David Banner | 6,147KB | Audio |
| PCHAPMAN@KaZaA | Layla Hathaway - Baby, Baby Don't Cry.mp3 | Lalah Hathaway | 3,840KB | Audio |
| PCHAPMAN@KaZaA | Amy Grant - That's what Love Is For.mp3 | Amy Grant | 3,962KB | Audio |
| PCHAPMAN@KaZaA | 04-ll_cool_j-paradise_ft_amerie.mp3 | LL KOOL J ft Amerie | 4,299KB | Audio |
| PCHAPMAN@KaZaA | vivian_green-07-final_hour-wcr.mp3 | Vivian Green | 3,736KB | Audio |
| PCHAPMAN@KaZaA | Floetry - Say Yes (2).mp3 | Floetry | 4,223KB | Audio |
| PCHAPMAN@KaZaA | Pastor Troy-Georgia Its On(unreleased).mp3 | Pastor Troy | 2,572KB | Audio |
| PCHAPMAN@KaZaA | Dionne Farris - Hopeless (Lowe Jones Soundtrack).mp3 | Dionne Farris | 3,677KB | Audio |

Found 1433 files  |  2,119,198 users online, sharing 720,127,891 files (9,384,192 GB)  |  Not sharing any files

18

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Dionne Farris - Hopeless (Love Jones Soundtrack).mp3 | Dionne Farris | 3,677KB | Audio |
| PCHAPMAN@KaZaA | Twista - Blaze It Up.mp3 | Twista | 5,294KB | Audio |
| PCHAPMAN@KaZaA | 09_isley_brothers-take_a_ride-osc.mp3 | Isley Brothers ft. Ron Isl... | 5,981KB | Audio |
| PCHAPMAN@KaZaA | R. Kelly - Chocolate Factory - 16 - Snake (feat. Big Tigger)... | R. Kelly | 6,844KB | Audio |
| PCHAPMAN@KaZaA | Twista - Crook County.mp3 | Twista | 3,564KB | Audio |
| PCHAPMAN@KaZaA | johnny taylor - who's making love to your ole lady.mp3 | Johnny Taylor | 1,987KB | Audio |
| PCHAPMAN@KaZaA | lil john and eastside boys feuture too $hort -Couldnt be a ... | Lil' Jon_The East Side B... | 5,712KB | Audio |
| PCHAPMAN@KaZaA | Lil Jon_eastside boys - 10 - Uhh Ohhh.mp3 | Lil John and Eastside Boys | 4,847KB | Audio |
| PCHAPMAN@KaZaA | Lil John_The Eastside Boys - Where_Dem_Girlz_At.mp3 | Lil Jon and The East Side ... | 3,752KB | Audio |
| PCHAPMAN@KaZaA | Lil Jon and The Eastside Boys Feat. ying yang twins - Get L... | Lil John_The East Side B... | 5,222KB | Audio |
| PCHAPMAN@KaZaA | Stevie Wonder - Part Time Lover.mp3 | Stevie Wonder | 3,495KB | Audio |
| PCHAPMAN@KaZaA | Stevie Wonder - Superstition.mp3 | Stevie Wonder | 3,737KB | Audio |
| PCHAPMAN@KaZaA | Stevie Wonder - My Cherie Amour.mp3 | Stevie Wonder | 2,685KB | Audio |
| PCHAPMAN@KaZaA | Isley brothers - keep it flowin.mp3 | Isley Brothers | 4,437KB | Audio |
| PCHAPMAN@KaZaA | Dru Hill - Somebody's Sleeping In My Bed.mp3 | Dru Hill | 4,486KB | Audio |
| PCHAPMAN@KaZaA | Stevie Wonder - You Are The Sunshine Of My Life.mp3 | Stevie Wonder | 2,704KB | Audio |
| PCHAPMAN@KaZaA | DRU~ll be (1).mp3 | Dru Hill | 4,168KB | Audio |
| PCHAPMAN@KaZaA | Stevie Wonder - For Once In My Life.mp3 | Stevie Wonder | 2,663KB | Audio |
| PCHAPMAN@KaZaA | fuck them niggas.mp3 | Pastor Troy, David Banne... | 6,616KB | Audio |
| PCHAPMAN@KaZaA | Dru Hill - All Alone.mp3 | Dru Hill | 3,375KB | Audio |
| PCHAPMAN@KaZaA | Dru Hill - Beauty.mp3 | Dru Hill | 4,258KB | Audio |
| PCHAPMAN@KaZaA | druhill - Stays On My Mind.mp3 | Dru Hill | 5,250KB | Audio |
| PCHAPMAN@KaZaA | Jennifer Lopez_LL Kool J - All I Have.mp3 | Jennifer Lopez_LL Cool J | 5,965KB | Audio |
| PCHAPMAN@KaZaA | Steve Winwood - Higher Love (1).mp3 | Steve Winwood | 5,427KB | Audio |
| PCHAPMAN@KaZaA | Patrice Rushen - Feels So Real (Won't Let Go).mp3 | Patrice Rushen | 6,432KB | Audio |
| PCHAPMAN@KaZaA | Ja-Rule Feat. Ashanti mezmerize.mp3 | Ja Rule and Ashanti | 4,355KB | Audio |
| PCHAPMAN@KaZaA | MethodMan_RedMan - Blackout! - 05 - 4 Seasons (featuri... | Ja Rule | 3,058KB | Audio |
| PCHAPMAN@KaZaA | Ja Rule - Reign.mp3 | Ja Rule | 3,796KB | Audio |
| PCHAPMAN@KaZaA | 11 - Jay Z with the Roots - Song Cry.mp3 | Jay z with the roots | 6,621KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

19

# Kazaa - [Search]

File | View | Player | Tools | Actions | Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | 11 - Jay Z with the Roots - Song Cry.mp3 | jay z with the roots, | 6,621KB | Audio |
| PCHAPMAN@KaZaA | Stevie Wonder - Ribbon In The Sky.mp3 | Stevie Wonder | 5,285KB | Audio |
| PCHAPMAN@KaZaA | Tevin Campbell - Browned eyed girl.mp3 | Tevin Campbell | 3,765KB | Audio |
| PCHAPMAN@KaZaA | Juvenile, 2Pac_Notorious BIG - Ha (Rare Red Alert Remix... | Juvenile TuPac Biggie | 3,509KB | Audio |
| PCHAPMAN@KaZaA | Dru Hill - 5 Steps.mp3 | Dru Hill | 5,363KB | Audio |
| PCHAPMAN@KaZaA | Master P_The No Limit Allstars - Light It Up (1).mp3 | Master P | 3,291KB | Audio |
| PCHAPMAN@KaZaA | Master P. - Gameface 13 Rock It.mp3 | Master P. | 3,623KB | Audio |
| PCHAPMAN@KaZaA | Master P - Ooohhwee.mp3 | Master P. | 3,990KB | Audio |
| PCHAPMAN@KaZaA | Twista-Blood n blood out.mp3 | Twista | 2,810KB | Audio |
| 2 Users | Genuwine feat. R Kelly Baby Clipse - Hell Yeah (Remix).mp3 | Ginuwine f., R. Kelly, Clips... | 5,813KB | Audio |
| PCHAPMAN@KaZaA | 2pac, Ja Rule, Snoop Dog, DMX, Jay-z- You Thought I Was... | Tupac | 4,258KB | Audio (2pac, Ja Rule, Snoop Dog, DMX...) |
| PCHAPMAN@KaZaA | Isley brothers - 2 Lucky Charm.mp3 | Isley Brothers | 6,368KB | Audio |
| PCHAPMAN@KaZaA | Master P - Pass Me Da Green.mp3 | Master P | 2,894KB | Audio |
| PCHAPMAN@KaZaA | R, Kelly - We Ride.mp3 | R, Kelly f., Camron, Norea... | 4,534KB | Audio |
| PCHAPMAN@KaZaA | Lunch Or Dinner.mp3 | Sunshine Anderson | 5,757KB | Audio |
| PCHAPMAN@KaZaA | Master P - Make Crack Like This.mp3 | Master P | 4,299KB | Audio |
| PCHAPMAN@KaZaA | MASTER P-GAMEFACE-03-ooohhhwee-rns.mp3 | Master P | 2,985KB | Audio |
| PCHAPMAN@KaZaA | Scarface f, Tupac, Master P-Homies And Thugs.mp3 | Scarface/Tupac/Master P | 5,293KB | Audio |
| PCHAPMAN@KaZaA | 01-master_p_ft_camron-bout_it_bout_it-lsp.mp3 | Diplomats feat. Master P | 5,011KB | Audio |
| PCHAPMAN@KaZaA | MasterP - Burbans_Cadillacs.mp3 | Master P | 2,945KB | Audio |
| PCHAPMAN@KaZaA | Tyrese - Fallin In Love With You.mp3 | Tyrese | 4,366KB | Audio |
| PCHAPMAN@KaZaA | Rappin 4-Tay, Master P - Playas For Life.mp3 | Rappin 4-Tay F/ Master P | 3,962KB | Audio |
| PCHAPMAN@KaZaA | Dmx,Master P,Methodman,Redman - Ruff Ryders Anthem ... | Dmx + Master P + Metho... | 3,146KB | Audio (Ruff F) |
| PCHAPMAN@KaZaA | 04-diplomats_feat._camron__juelz-gangsta_music-wcr.mp3 | Diplomats Feat. Camron_... | 5,671KB | Audio |
| PCHAPMAN@KaZaA | Track 011.mp3 | Diplomats | 902KB | Audio |
| PCHAPMAN@KaZaA | Do Or Die - Paperchase ft. Tung Twista.mp3 | Do or Die | 3,672KB | Audio (Paperchase fe...) |
| PCHAPMAN@KaZaA | 07 - Royce da 59 - Mr. baller (feat clipse pharrell)-21st.mp3 | Royce Da 5'9" | 6,186KB | Audio (Mr. Balle...) |
| PCHAPMAN@KaZaA | Cam'ron featuring The Diplomats - Freestyle.mp3 | Camron | 3,775KB | Audio |
| PCHAPMAN@KaZaA | 08-camron-[diplomats]_1st-of-a-month_raxaudio2002.mp3 | Cam'ron Featuring Diplom... | 3,251KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

20