# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | [Search] | [  ] | [  ] | Tell A Friend
New search | Download | Traffic | Shop
Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | 08-camron-[diplomats]_1st-of-a-month_raxaudio2002.mp3 | Cam'ron featuring Diplom… | 3,251KB | Audio |
| PCHAPMAN@KaZaA | Eminem - Freestyle (Ludacris_Lil' Wayne Diss).mp3 | Eminem | 3,160KB | Audio |
| PCHAPMAN@KaZaA | Snoop Dogg Feat. Master P, Nate Dogg, Butch Cassidy_… | Master P | 3,593KB | Audio |
| PCHAPMAN@KaZaA | Bone Crusher, Cam'ron, Juelz Santana- Never Scared R… | Cam'ron, Juelz Santana,… | 6,564KB | Audio |
| PCHAPMAN@KaZaA | Bone Crusher feat.mp3 | Bone Crusher Ft Busta R… | 8,115KB | Audio |
| PCHAPMAN@KaZaA | nappy roots - where yo head at.mp3 | Nappy Roots | 2,931KB | Audio |
| PCHAPMAN@KaZaA | Fabolous-Keeping it Gansta.mp3 | Fabolous f/ Dj Clue | 3,518KB | Audio |
| PCHAPMAN@KaZaA | Fabolous ftLil Mo - Can't let you go.mp3 | Fabolous w/ Lil Mo | 3,243KB | Audio |
| PCHAPMAN@KaZaA | Fabolous - Holla back (young'n).mp3 | Fabolous | 3,231KB | Audio |
| PCHAPMAN@KaZaA | Eminem - Ludacris _Lil Wayne Diss.mp3 | Eminem | 2,616KB | Audio |
| PCHAPMAN@KaZaA | Amerie - why don't we fall in love (1) (1).mp3 | Amerie | 5,072KB | Audio |
| PCHAPMAN@KaZaA | Camron,Jimmy Jones, Juelz - Freestyle.mp3 | Diplomats | 2,622KB | Audio |
| PCHAPMAN@KaZaA | Patrice Rushen - Forget Me Nots.mp3 | Patrice Rushen | 3,820KB | Audio |
| PCHAPMAN@KaZaA | Diplomats_DMX - What's Really Good (1).mp3 | 04-diplomats_and_dmx-w… | 4,371KB | Audio |
| PCHAPMAN@KaZaA | Do Or Die - victory.mp3 | Do or Die | 2,880KB | Audio |
| PCHAPMAN@KaZaA | Ja Rule f. Nature, Xzibit, Reptile, Juvenile - 3 36 - 25 To L… | Xzibit, Juvenile_Ja Rule | 4,758KB | Audio |
| PCHAPMAN@KaZaA | Donnell Jones - Shorty's Got Her Eyes - .mp3 | DONNELL JONES | 3,006KB | Audio |
| PCHAPMAN@KaZaA | jaheem- could it be (ghetto love).mp3 | JAHEIM | 3,536KB | Audio |
| PCHAPMAN@KaZaA | Mariah Carey, Nas, Joe - Make it Last Forever.mp3 | Mariah Carey | 7,206KB | Audio |
| PCHAPMAN@KaZaA | Floetry - I Get A Headache.mp3 | Floetry | 3,550KB | Audio |
| PCHAPMAN@KaZaA | The Brothers Soundtrack - 04 - Jahiem (Feat Castro) - Let I… | Jahiem(Feat Castro) | 3,892KB | Audio |
| PCHAPMAN@KaZaA | Killer Mike-MOMSTER-hard nard-(Pre-Release).mp3 | Killer Mike | 3,955KB | Audio |
| PCHAPMAN@KaZaA | 50 Cent Ft. 702 - In Da Club (CN REMIX).mp3 | 50 Cent Ft. 702 | 6,480KB | Audio |
| PCHAPMAN@KaZaA | Jaheim feat. Taquane - Still Ghetto.mp3 | Jaheim | 5,847KB | Audio |
| PCHAPMAN@KaZaA | R, Kelly - Ignition[remix].mp3 | R, Kelly | 1,607KB | Audio |
| PCHAPMAN@KaZaA | jaheim-04-lets_talk_about_it-Omni.mp3 | Jaheim | 5,689KB | Audio |
| PCHAPMAN@KaZaA | Nivea - Laundromat (f.mp3 | Nivea | 3,052KB | Audio |
| PCHAPMAN@KaZaA | Jaheim feat. Jhe Rayne - Fabolous.wma | Jaheim f. The Rayne | 3,560KB | Audio |
| PCHAPMAN@KaZaA | Jaheim - Finder's keeper.mp3 | Jaheim | 3,110KB | Audio |

2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

Found 1433 files

21

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend
New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Jaheim - Finder's keeper.mp3 | Jaheim | 3,110KB | Audio |
| PCHAPMAN@KaZaA | Jaheim - Track 16.mp3 | Jaheim | 4,540KB | Audio |
| PCHAPMAN@KaZaA | 02-david_banner-what_it_do_(feat_smoke_d)-rns.mp3 | David Banner | 7,352KB | Audio |
| PCHAPMAN@KaZaA | Notorious BIG_R. Kelly - I'm Fuckin' U 2nite.mp3 | R. Kelly | 5,392KB | Audio |
| PCHAPMAN@KaZaA | 01-lil_mo_feat_fabolous-forever-0mni.mp3 | Lil Mo Feat. Fabolous | 6,482KB | Audio |
| PCHAPMAN@KaZaA | FabolousP. DiddyJagged Edge-Trade It All (Part 2).mp3 | FabolousP, DiddyJagg… | 4,462KB | Audio |
| PCHAPMAN@KaZaA | 702-feelings-rns.mp3 | 702 | 5,205KB | Audio |
| PCHAPMAN@KaZaA | Isley Brothers - Let Me Down Easy.mp3 | Isley Brothers | 6,075KB | Audio |
| PCHAPMAN@KaZaA | ginuwine - I'm sorry.mp3 | Ginuwine | 3,970KB | Audio |
| PCHAPMAN@KaZaA | Jaheim - 02 - Diamond in Da Ruff - simplemp3s.mp3 | Jaheim | 4,730KB | Audio |
| PCHAPMAN@KaZaA | fabolous - into.you.(feat.mp3 | Fabolous | 3,588KB | Audio |
| PCHAPMAN@KaZaA | 01-50_cent_ft.mp3 | 50 Cent Feat. Monica | 6,523KB | Audio |
| PCHAPMAN@KaZaA | Fabolous- I Cant Deny It .mp3 | Fabolous ft. Nate Dog | 3,764KB | Audio |
| PCHAPMAN@KaZaA | Amerie feat. Nas, Foxy Brown, Baby - Too Much For Me (r… | Amerie feat Nas, Foxy, B… | 5,899KB | Audio |
| PCHAPMAN@KaZaA | Swisha House Ft. R. Kelly - Seems Like You're Ready (scre… | Dj Screw | 4,007KB | Audio |
| PCHAPMAN@KaZaA | Genuine - So Anxious.mp3 | Ginuwine | 4,310KB | Audio |
| PCHAPMAN@KaZaA | Stingy   - Ginuwine.MP3 | Ginuwine | 4,028KB | Audio |
| PCHAPMAN@KaZaA | Choppa Style, good.mp3 | Choppa f. Master P | 2,685KB | Audio |
| PCHAPMAN@KaZaA | 702-im_wit_it-rns.mp3 | 702 | 6,084KB | Audio |
| PCHAPMAN@KaZaA | Adina Howard  - T-Shirt And My Panties On (W Jamie Foxx)… | Adina Howard Feat Jamie… | 4,531KB | Audio |
| PCHAPMAN@KaZaA | artist - Track 16 (1).mp3 | Choppa | 3,182KB | Audio |
| PCHAPMAN@KaZaA | India Arie - Butterfly.mp3 | india.arie | 3,866KB | Audio |
| PCHAPMAN@KaZaA | Keith Sweat - Make It Last Forever.mp3 | Keith Sweat | 5,440KB | Audio |
| PCHAPMAN@KaZaA | Adina Howard - My Up And Down.mp3 | Adina Howard | 1,729KB | Audio |
| PCHAPMAN@KaZaA | 09 - Maybe.MP3 | Stereophonics | 4,290KB | Audio |
| PCHAPMAN@KaZaA | Choppa - Shake It Like That.mp3 | Choppa | 5,933KB | Audio |
| PCHAPMAN@KaZaA | do or die_twista - Po Pimp (Remix).mp3 | Do or Die f, Twista | 3,764KB | Audio |
| PCHAPMAN@KaZaA | Fast and Furious Soundtrack 02Tah Murdah - Pov City Ant… | Cadillac Tah | 4,011KB | Audio |
| PCHAPMAN@KaZaA | The Fast And Furious Soundtrack - 10 - Fat Joe feat Arma… | Terror Squad | 3,098KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

22

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | The Fast And Furious Soundtrack - 10 - Fat Joe feat Arma... | Terror Squad | 3,098KB | Audio |
| PCHAPMAN@KaZaA | bone_crusher_01_lock_and_load_darc.mp3 | BoneCrusher | 3,705KB | Audio |
| PCHAPMAN@KaZaA | do or die ft.mp3 | Do Or Die | 4,058KB | Audio |
| PCHAPMAN@KaZaA | Industry Rule.wma | Jonah Smith | 2,125KB | Audio |
| PCHAPMAN@KaZaA | jay-z vol.3 - ANYTHING.mp3 | Jay-Z | 4,459KB | Audio |
| PCHAPMAN@KaZaA | Johnnie Taylor - We're getting careless with our love.mp3 | Johnny Taylor | 3,804KB | Audio |
| PCHAPMAN@KaZaA | Toni Braxton - Hit The Freeway (feat. Loon_Pharrell).mp3 | Toni Braxton | 3,554KB | Audio |
| PCHAPMAN@KaZaA | Donnell Jones feat. Pharoah Monch, Cuban Link, Xzibit_F... | Donell Jones and various | 4,613KB | Audio |
| PCHAPMAN@KaZaA | Choppa Master P-ChoppaStyle.mp3 | Choppa | 6,296KB | Audio |
| PCHAPMAN@KaZaA | Carl Thomas - Emotional - 15 - Summer Rain.mp3 | Carl Thomas | 3,531KB | Audio |
| PCHAPMAN@KaZaA | Love Language (f Les Nubians).mp3 | Les Nubians | 4,724KB | Audio |
| PCHAPMAN@KaZaA | Les Nubians Feat The Roots - Sweetest Taboo.mp3 | Talib Kweli_HiTek | 3,864KB | Audio |
| PCHAPMAN@KaZaA | Journalist f. Floetry - The Way It Use To Be.mp3 | Journalist F. Floetry | 3,573KB | Audio |
| PCHAPMAN@KaZaA | Floetry - Butterflies.mp3 | Floetry | 3,806KB | Audio |
| PCHAPMAN@KaZaA | Floetry - now you're gone.mp3 | Floetry | 4,563KB | Audio |
| PCHAPMAN@KaZaA | Kilo Ali - Love In Ya Mouth (1).mp3 | Kilo Ali_Big Boi | 3,854KB | Audio |
| PCHAPMAN@KaZaA | Mary J. Blige - Love No Limit.mp3 | Mary J. Blige | 4,707KB | Audio |
| PCHAPMAN@KaZaA | carl thomas - what's a man to do.mp3 | Carl Thomas | 4,248KB | Audio |
| PCHAPMAN@KaZaA | Mary J Blidge - Give me you.mp3 | Mary J. Blige | 4,527KB | Audio |
| PCHAPMAN@KaZaA | Chico Debarge - No Guarantee.mp3 | Chico DeBarge | 4,794KB | Audio |
| PCHAPMAN@KaZaA | 10-david_banner-ride_dem_caddies(feat.mp3 | David Banner | 6,200KB | Audio |
| PCHAPMAN@KaZaA | Micheal McDonald - Minute By Minute.mp3 | Michael McDonald | 3,252KB | Audio |
| PCHAPMAN@KaZaA | ROOTS - 12-Complexity (Feat. Jill Scott).mp3 | Roots | 4,867KB | Audio |
| PCHAPMAN@KaZaA | Fast and the Ferious Soundtrack - scarface ft l.g.-suicide-r... | The Fast And The Furious... | 3,650KB | Audio |
| PCHAPMAN@KaZaA | Common ft. Erykah Badu_The Roots - All Night Long.mp3 | Common Feat. Erykah Ba... | 5,654KB | Audio |
| PCHAPMAN@KaZaA | Soundtrack- 10 Things I Hate About You - I Love You Baby,... | Lauryn Hill | 3,538KB | Audio |
| PCHAPMAN@KaZaA | 01-lil_flip-bout_our_money_ft._david_banner-sut.mp3 | Lil Flip/David Banner | 3,832KB | Audio |
| PCHAPMAN@KaZaA | Lauren Hill_D'Angelo - Nothing Even Matters.mp3 | Lauryn feat D'Angelo | 5,464KB | Audio |
| PCHAPMAN@KaZaA | Camron Feat. Cash Money_Diplomats - Oh Girl.MP3 | Camron Feat. Cash Mone... | 4,208KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

23

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend
New search | Download | Search | Traffic | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Camron Feat. Cash Money_Diplomats - Oh Girl.MP3 | Camron Feat. Cash Mone... | 4,208KB | Audio |
| PCHAPMAN@KaZaA | Bob Marly ft. Lauryn Hill - Good Loven .mp3 | Bob Marley ft Lauren Hill | 3,788KB | Audio |
| PCHAPMAN@KaZaA | Tyrone Davis - Sugar Daddy.mp3 | TYRONE DAVIS | 3,854KB | Audio |
| PCHAPMAN@KaZaA | bone_crusher-12-sound_the_horn_(ft_bizar)-rage.mp3 | Bone Crusher | 4,905KB | Audio |
| PCHAPMAN@KaZaA | Mariah Carey, Baby Face_Kenny G - Everytime I Close My... | Baby Face | 4,629KB | Audio |
| PCHAPMAN@KaZaA | R. Kelly - Ignition..mp3 | R. Kelly | 3,476KB | Audio |
| PCHAPMAN@KaZaA | Carl Thomas - Summer Rain.mp3 | Carl Thomas | 4,587KB | Audio |
| PCHAPMAN@KaZaA | Johnny Taylor - Jody's got .mp3 | Johnnie Taylor | 2,138KB | Audio |
| PCHAPMAN@KaZaA | glen lewis remix dj clue gta.mp3 | Glenn Lewis Feat. Paul Ca.. | 4,086KB | Audio |
| PCHAPMAN@KaZaA | Glen Lewis - Don't You Forget It.mp3 | Glen Lewis | 3,852KB | Audio |
| PCHAPMAN@KaZaA | Glen Lewis - Sweetest.mp3 | Glenn Lewis | 3,386KB | Audio |
| PCHAPMAN@KaZaA | The Roots - Break U Off (F. Musiq).mp3 | The Roots | 5,108KB | Audio |
| PCHAPMAN@KaZaA | 02-bone_crusher_ft_busta_rhymes_camron_jadakiss-neve.. | bone_crusher_ft_busta_r... | 10,876KB | Audio |
| PCHAPMAN@KaZaA | Justine Timberlake - Rock Your Body.mp3 | Justin Timberlake | 6,312KB | Audio |
| PCHAPMAN@KaZaA | Justine Timberlake - Like I Love You.mp3 | justin timberlake feat clip... | 3,859KB | Audio |
| PCHAPMAN@KaZaA | Girlfriend remix with nelly.mp3 | Nsync | 4,438KB | Audio |
| PCHAPMAN@KaZaA | LOVE AND BASKETBALL - CHAKA KHAN - SWEET THANG.m... | Chaka Kan | 3,066KB | Audio |
| PCHAPMAN@KaZaA | 702 feat missy elliot - gotta leave (remix).mp3 | 702 Feat Missy Elliot | 7,419KB | Audio |
| PCHAPMAN@KaZaA | Freddy Jackson - Have You Ever Loved Somebody -..mp3 | Freddie Jackson | 4,334KB | Audio |
| PCHAPMAN@KaZaA | Freddy Jackson - Love is Just A Touch Away.mp3 | Freddie Jackson | 4,983KB | Audio |
| PCHAPMAN@KaZaA | Ying Yang Twins - Tongue Bath.mp3 | Ying Yang Twins | 4,450KB | Audio |
| PCHAPMAN@KaZaA | Prizefighter - Ying Yang Twins, Outkast, Ice Cube_DMX -... | 3 | 2,267KB | Audio |
| PCHAPMAN@KaZaA | 702 Feat. Pharrell Williams - I Still Love You.mp3 | 702 | 3,804KB | Audio |
| PCHAPMAN@KaZaA | Ying Yang Twins - Hunchin'.mp3 | Ying Yang Twins | 4,236KB | Audio |
| PCHAPMAN@KaZaA | 18 - Back Again (1).mp3 | fabolous | 3,009KB | Audio |
| PCHAPMAN@KaZaA | Ying Yang Twins - Twurkulator.mp3 | Ying Yang Twins | 3,952KB | Audio |
| PCHAPMAN@KaZaA | RB-Chico DeBarge feat. Joe - No Guarantees (Remix).mp3 | Chico El DeBarge | 3,881KB | Audio |
| PCHAPMAN@KaZaA | field mob- sick of being lonely_full.MP3 | Field MoB | 4,289KB | Audio |
| PCHAPMAN@KaZaA | Chico DeBarge - Give U What You Want.mp3 | Chico Debarge | 4,252KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

29

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Chico Debarge - Give U What You Want.mp3 | Chico Debarge | 4,252KB | Audio |
| PCHAPMAN@KaZaA | Chico Debarge feat. Brian Mcknight - When will i see u aga... | Chico Debarge | 4,570KB | Audio |
| PCHAPMAN@KaZaA | chico debarge - Listen To Your Man (feat. Joe).mp3 | Chico DeBarge | 7,762KB | Audio |
| PCHAPMAN@KaZaA | chico debarge - any other night.mp3 | Chico DeBarge | 3,116KB | Audio |
| PCHAPMAN@KaZaA | Chico Debarge - Superman.mp3 | chico debarge | 3,926KB | Audio |
| PCHAPMAN@KaZaA | Jray J - wait a mintue.mp3 | Ray J. Feat. Lil' Kim | 3,200KB | Audio |
| PCHAPMAN@KaZaA | Chico Debarge - Playa Hater.mp3 | Chico Debarge | 2,511KB | Audio |
| PCHAPMAN@KaZaA | George Benson - Give Me The Night - 07 - Love Dance.mp3 | George Benson | 4,646KB | Audio |
| PCHAPMAN@KaZaA | Chico Debarge - Iggin' Me.mp3 | Chico Debarge | 4,745KB | Audio |
| PCHAPMAN@KaZaA | RNB - Donell Jones - Shorty (Rex Rideout Remix) .mp3 | Donell Jones | 3,407KB | Audio |
| PCHAPMAN@KaZaA | Do or Die - Headz or Tailz - 09 - Choppin Up That Paper fea... | Do or Die | 3,871KB | Audio |
| PCHAPMAN@KaZaA | Excape - Work Me Slow.mp3 | XSCAPE | 2,914KB | Audio |
| PCHAPMAN@KaZaA | Fabolous-10 Get Smart.mp3 | Fabolous | 1,762KB | Audio |
| PCHAPMAN@KaZaA | So Plush Feat Ja Rule- Damn.mp3 | So Plush_Ja Rule | 4,475KB | Audio |
| PCHAPMAN@KaZaA | Christina Milian - 06 - A Girl Like Me (1) (1).mp3 | *Christina*Millian* | 3,207KB | Audio |
| PCHAPMAN@KaZaA | Nate Dogg + Fabolous + Kurupt – I Got Love Remix(1).mp3 | Nate Dogg ft Fabolous | 5,586KB | Audio |
| PCHAPMAN@KaZaA | Fabolous - Its My Party (1).mp3 | Fabolous | 3,838KB | Audio |
| PCHAPMAN@KaZaA | Shade Shiest ft. Fabolous_Knocturnal - Act Like You Know... | Shade Sheist | 7,232KB | Audio |
| PCHAPMAN@KaZaA | 2pac - Thugz Mansion (Real).mp3 | 2pac | 3,854KB | Audio |
| PCHAPMAN@KaZaA | Fabolous - Who Dat.mp3 | Fabolous | 839KB | Audio |
| PCHAPMAN@KaZaA | fabolous-this_is_my_party (1).mp3 | Fabolous | 3,231KB | Audio |
| PCHAPMAN@KaZaA | Genuwine - Simply Irresistable.mp3 | Ginuwine | 3,759KB | Audio |
| PCHAPMAN@KaZaA | Fabolous Jadakiss and Danny Sa – We be like This.mp3 | Fabolous_Jadakiss and Da... | 5,431KB | Audio |
| PCHAPMAN@KaZaA | hm - bks finest.(dj envy snickers).mp3 | Fabolous | 5,842KB | Audio |
| PCHAPMAN@KaZaA | Tone Of Your Voice.wma | A+ | 2,028KB | Audio |
| PCHAPMAN@KaZaA | Stay.wma | Tasha Taylor | 1,920KB | Audio |
| PCHAPMAN@KaZaA | Pastor Troy and Oomp Camp - Messed Around (Remix).mp3 | Pastor Troy | 5,137KB | Audio |
| PCHAPMAN@KaZaA | po pimp-Do or Die - Still Po Pimpin' (ft. Johnny P_Twista)... | Do Or Die | 4,286KB | Audio |
| PCHAPMAN@KaZaA | Hair Down.wma | Tasha Taylor | 1,682kB | Audio |

Found 1433 files   2,119,198 users online, sharing 720,127,891 files (9,364,192 GB)   Not sharing any files

25

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | | | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Hair Down.wma | Tasha Taylor | 1,682KB | Audio |
| PCHAPMAN@KaZaA | Honey.wma | Tasha Taylor | 1,685KB | Audio |
| PCHAPMAN@KaZaA | BB King - House of the Rising Sun.mp3 | B.B. King and Mary Trave... | 3,643KB | Audio |
| PCHAPMAN@KaZaA | Tina Marie - Out on a limb (2).mp3 | Tina Marie | 3,901KB | Audio |
| PCHAPMAN@KaZaA | Killer Mike-MONSTER-l.i.v.e.-(Pre-Release).mp3 | Killer Mike | 2,868KB | Audio |
| PCHAPMAN@KaZaA | Ohh Girl.mp3 | Choppa | 3,396KB | Audio |
| PCHAPMAN@KaZaA | Do Or Die - 3 am .mp3 | Do Or Die | 4,654KB | Audio |
| PCHAPMAN@KaZaA | 15-fabolous-damn-wcr.mp3 | fabolous | 4,790KB | Audio |
| PCHAPMAN@KaZaA | yin yang twins-shake it like a salt shaker.WMA | yin yang twins | 3,996KB | Audio |
| PCHAPMAN@KaZaA | swisha house lil flip - ballin is a habit.mp3 | Lil Flip | 3,183KB | Audio |
| PCHAPMAN@KaZaA | 01-ludacris_presents_dtp-break_sumthin_(dirty)-tas.mp3 | Ludacris Presents DTP | 4,322KB | Audio |
| PCHAPMAN@KaZaA | FaBuLoUs Ft LIL mO-cAnT LeT u Go (2).mp3 | Fabolous feat. Lil Mo | 3,553KB | Audio |
| PCHAPMAN@KaZaA | Mary J Blidge - My Life.mp3 | Mary J. Blige | 4,024KB | Audio |
| PCHAPMAN@KaZaA | 50 Cent, Fabolous, Joe Buddens - In Da Club (Remix).mp3 | 50 Cents, Fabolous, Joe ... | 4,934KB | Audio |
| PCHAPMAN@KaZaA | Teena (or Tina) Marie - Dear Lover.mp3 | Teena Marie | 7,007KB | Audio |
| PCHAPMAN@KaZaA | nu shooz - point of no return.mp3 | Nu Shooz | 4,117KB | Audio |
| PCHAPMAN@KaZaA | Tupac Shakur - Me Against the World.mp3 | Tu Pac | 4,357KB | Audio |
| PCHAPMAN@KaZaA | Nelly - 12 - Work It Ft Justin Timberlake - simplemp3s.mp3 | Nelly Ft. Justin Timberlake | 5,130KB | Audio |
| PCHAPMAN@KaZaA | 513_Nu_Shooz_-_I_cant_wait.mp3 | Nu Shooz | 4,328KB | Audio |
| PCHAPMAN@KaZaA | Give Me The Light - Sean Paul.mp3 | Sean paul | 3,433KB | Audio |
| PCHAPMAN@KaZaA | Busta Rhymes ft. Sean Paul_Spliff Star - Make It Clap (R... | Busta Rhymes ft. Sean P... | 3,852KB | Audio |
| PCHAPMAN@KaZaA | 50 Cent feat. Snoop Dogg - P.I.M.P. (remix).mp3 | 50 Cent feat. Snoop Dogg | 4,489KB | Audio |
| PCHAPMAN@KaZaA | disturbing_tha_peace_03_posted_darc.mp3 | disturbing_tha_peace_03... | 4,031KB | Audio |
| PCHAPMAN@KaZaA | Do or Die - I Got A Problem F- Yung Buk .mp3 | Do or Die | 4,269KB | Audio |
| PCHAPMAN@KaZaA | 08-Ludacris-RPM.mp3 | Disturbing Tha Peace Fea... | 4,314KB | Audio |
| PCHAPMAN@KaZaA | 01-freeway_ft_jay-z_and_beanie_sigel-what_we_do_(dirt... | 01-freeway_ft_jay-z_an... | 3,596KB | Audio |
| PCHAPMAN@KaZaA | 07-jay-z-8_miles_and_running-lb.mp3 | Jay-Z and Freeway | 5,818KB | Audio |
| PCHAPMAN@KaZaA | sean_paul_ft Busta Rhymes-Gimme The Light Remix.mp3 | 50 Cent G-Unit Emin... | 3,127KB | Audio |
| PCHAPMAN@KaZaA | Sean Paul - Dutty Rock - 08- I'm Still In Love With You.mp3 | Sean Paul Ft Sasha | 5,166KB | Audio |

Found 1433 Files    2,119,198 users online, sharing 720,127,891 Files (9,384,192 GB)    Not sharing any files

2(a.

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend
New search | Download | Search | Traffic | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Sean Paul - Dutty Rock - 08- Im Still In Love With You.mp3 | Sean Paul Ft Sasha | 5,166KB | Audio |
| PCHAPMAN@KaZaA | Freeway feat. Jay Z_Beanie Sigel - What We Do.mp3 | Freeway Feat. Jay Z _Si… | 5,397KB | Audio |
| PCHAPMAN@KaZaA | Tupac - Against All Odds.mp3 | 2Pac Makaveli | 4,326KB | Audio |
| 2 Users | Field Mob - All I Know.mp3 | Field Mobb (Goodie Mobb) | 5,120KB | Audio |
| PCHAPMAN@KaZaA | r.o.c - Freeway ft 50 cent, nore - wishin on a star .mp3 | 10-freeway_ft_50_cent_… | 3,132KB | Audio |
| PCHAPMAN@KaZaA | Nelly - Pimp Juice.mp3 | Nelly | 3,978KB | Audio |
| PCHAPMAN@KaZaA | 10-dru_hill-i_love_you-rns.mp3 | Dru Hill | 7,350KB | Audio |
| PCHAPMAN@KaZaA | 70_51 - Tyrone Davis - Turn Back The Hands Of Time.mp3 | Tyrone Davis | 3,500KB | Audio |
| PCHAPMAN@KaZaA | 13-freeway-alright_feat_allen_anthony-rns.mp3 | Freeway | 7,592KB | Audio |
| PCHAPMAN@KaZaA | Petey Pablo, Juvenile _Coke - Yes Sir.mp3 | Petey Pablo, Juvenile _C… | 4,550KB | Audio |
| PCHAPMAN@KaZaA | Petey Pablo - Blow Your Whistle (Dirty).wma | Petey Pablo | 6,483KB | Audio |
| PCHAPMAN@KaZaA | 50 Cent Feat. DMX_Ice Cube - In Da Club (remix).mp3 | 50 Cent, DMX_Ice Cube | 4,415KB | Audio |
| PCHAPMAN@KaZaA | Baby feat. Petey Pablo- rims keep spinning.mp3 | Petey Pablo | 4,052KB | Audio |
| PCHAPMAN@KaZaA | Twista - Mobster Anthem.mp3 | Twista | 4,803KB | Audio |
| PCHAPMAN@KaZaA | DMX- X is Gonna.mp3 | DMX | 3,573KB | Audio |
| PCHAPMAN@KaZaA | DMX - Fuck All Day And Night.mp3 | DMX | 3,018KB | Audio |
| PCHAPMAN@KaZaA | Pety Pablo - Raise Up North Carolina.mp3 | Petey Pablo | 6,437KB | Audio |
| PCHAPMAN@KaZaA | Whistle While You Twirp.mp3 | DMX and ying yang twins | 2,497KB | Audio |
| PCHAPMAN@KaZaA | Nas - Oochie Wallie.mp3 | Nas f/JayZ-DMX-Mobb de… | 4,332KB | Audio |
| PCHAPMAN@KaZaA | Mystikal, Dr.Dre, Outkast, Eminem, Nelly -Mix.mp3 | Nelly, Dr.Dre, Eminem, O… | 3,266KB | Audio |
| PCHAPMAN@KaZaA | Do or Die - We Are Here.mp3 | Do Or Die | 4,990KB | Audio |
| PCHAPMAN@KaZaA | Goodie Mob _Outkast - Dirty South.MP3 | Outkast | 3,342KB | Audio |
| PCHAPMAN@KaZaA | Outcast - Back of the Bus.mp3 | Outcast | 4,136KB | Audio |
| PCHAPMAN@KaZaA | Outcast - The Whole World.mp3 | Outcast | 4,655KB | Audio |
| PCHAPMAN@KaZaA | Outkast And Goodie Mob - Sky High.mp3 | Goodie Mob And Outkast | 3,772KB | Audio |
| PCHAPMAN@KaZaA | Gwen Guthrie - Aint Nothing Going on But the rent.mp3 | Gwen Guthrie | 3,353KB | Audio |
| PCHAPMAN@KaZaA | Goodie Mob - Beautiful Skin.mp3 | Goodie Mob | 5,778KB | Audio |
| PCHAPMAN@KaZaA | Goodie Mob ft. Outkast - Sole Sunday.mp3 | Goodie Mob featuring Ou… | 3,737KB | Audio |
| PCHAPMAN@KaZaA | TI Ain't Never Scared.mp3 | TI feat. Bone Crusher | 3,129KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

27