**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | TI-I Ain't Never Scared.mp3 | TI feat. Bone Crusher | 3,129KB | Audio |
| PCHAPMAN@KaZaA | Do or Die - Secret Indictment.mp3 | Do or Die | 4,884KB | Audio |
| PCHAPMAN@KaZaA | Nelly - 11 - Splurge - simplemp3s.mp3 | Nelly | 6,045KB | Audio |
| PCHAPMAN@KaZaA | T.I.-Dope Boy Fresh.mp3 | T.I. | 4,728KB | Audio |
| PCHAPMAN@KaZaA | GROWING PAINS REMIX - dtp - golden grain.mp3 | Disturbing Tha Peace | 4,312KB | Audio |
| PCHAPMAN@KaZaA | Chaka Kahn - My Funny Valentine.mp3 | Vesta Williams | 1,676KB | Audio |
| PCHAPMAN@KaZaA | Disturbing The Peace - Growing Pains (Do It Again Remix)... | LuDaCriS_dTp | 6,911KB | Audio |
| PCHAPMAN@KaZaA | Swisha House - 90% Grind 10% Sleep - 08 - Pimp Juice(1)... | DJ Michael Watts | 4,570KB | Audio |
| PCHAPMAN@KaZaA | Nelly - Air forse Ones.mp3 | nelly | 2,970KB | Audio |
| PCHAPMAN@KaZaA | 50 Cent_Sean Paul - Get Deaded.mp3 | 50 Cent Feat. Sean Paul | 3,343KB | Audio |
| PCHAPMAN@KaZaA | Outkast - Throw Your Hands In The Air.mp3 | outcast | 4,492KB | Audio |
| PCHAPMAN@KaZaA | Ludacris -DTP Pimp Council.mp3 | Disturbing Tha Peace | 4,265KB | Audio |
| PCHAPMAN@KaZaA | Gerald Levert The G Spot.mp3 | Gerald Levert | 7,269KB | Audio |
| PCHAPMAN@KaZaA | 50cents feat busta, flipmode - wanksta remix.mp3 | 50 cent ft. busta, flipmode | 1,776KB | Audio |
| PCHAPMAN@KaZaA | Jagged Egde - He Can't Love U.mp3 | Jagged Egde | 2,886KB | Audio |
| PCHAPMAN@KaZaA | Jagged Egde - Where Da Party At.mp3 | Jagged Edge feat. Nelly | 2,752KB | Audio |
| PCHAPMAN@KaZaA | Gerald Levert - Funny.mp3 | Gerald Levert | 4,153KB | Audio |
| PCHAPMAN@KaZaA | SLOWJAMS--Jagged Egde - Promise.mp3 | Jagged Edge | 2,897KB | Audio |
| PCHAPMAN@KaZaA | Stephanie Mills - Something in the way you make me feel.m... | Stephanie Mills | 5,142KB | Audio |
| PCHAPMAN@KaZaA | nivea - Don't Mess With My Man ft Jagged Edge.mp3 | Nivea Fet Jagged Egde | 2,526KB | Audio |
| PCHAPMAN@KaZaA | Dru Hill - I Should Be (1).mp3 | Dru Hill | 2,418KB | Audio |
| PCHAPMAN@KaZaA | Dru Hill - How Deep Is Your Love.mp3 | Dru Hill | 3,906KB | Audio |
| PCHAPMAN@KaZaA | lattimores - Loveable (From Your Head to Your Toes).mp3 | Chante Moore; Kenny Latt... | 4,987KB | Audio |
| PCHAPMAN@KaZaA | All Ghetto Girl.mp3 | Tyrese | 5,709KB | Audio |
| PCHAPMAN@KaZaA | slow Melisa Morgan- Do Me Baby..mp3 | melisa morgan | 4,944KB | Audio |
| PCHAPMAN@KaZaA | Champaine-How 'Bout Us (1).mp3 | kashif | 4,314KB | Audio |
| PCHAPMAN@KaZaA | Tank - Maybe I Deserve.mp3 | Tank | 3,519KB | Audio |
| PCHAPMAN@KaZaA | kenny lattimore_chante_moore-you_dont_have_to_cry-... | Kenny Lattimore And Cha... | 6,682KB | Audio |
| PCHAPMAN@KaZaA | Tank - Slowly.mp3 | Tank | 5,744KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

28

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Tank - Slowly.mp3 | Tank | 5,744KB | Audio |
| PCHAPMAN@KaZaA | Chante Moore - Straight Up.mp3 | Chante Moore | 3,514KB | Audio |
| PCHAPMAN@KaZaA | Tank - One Man (1).mp3 | Tank | 3,733KB | Audio |
| PCHAPMAN@KaZaA | Chante Moore - Love's Taken Over (Quiet Storm Mix).mp3 | Chante Moore | 6,236KB | Audio |
| PCHAPMAN@KaZaA | 50 cent f too short_ugk - as the world turns.mp3 | 50 Cent | 6,080KB | Audio |
| PCHAPMAN@KaZaA | Hell Yeah (Remix).mp3 | Ginuwine ft. R. Kelly, Clip... | 5,813KB | Audio |
| PCHAPMAN@KaZaA | Lil Kim-TheJumpOff FeaturingMr.Cheeks.mp3 | Lil' Kim | 2,796KB | Audio |
| PCHAPMAN@KaZaA | Teena Marie - Cassanova Brown.mp3 | Teena Marie | 7,272KB | Audio |
| PCHAPMAN@KaZaA | Lil'.Kim.-.Magic.Stick(La.Bella.Mafia.12).mp3 | Lil' Kim ft. 50 Cent | 7,026KB | Audio |
| PCHAPMAN@KaZaA | Ginuwine - Ty Real Stingy Remix 2 (1).mp3 | Ty Real | 2,363KB | Audio |
| PCHAPMAN@KaZaA | Slow Jams 80's Anita Baker - Giving the best that I got.mp3 | Anita Baker | 4,042KB | Audio |
| PCHAPMAN@KaZaA | 01-ginuwine_feat_baby-hell_yeah_(main_version)-gsm.mp3 | Ginuwine Feat Baby | 6,136KB | Audio |
| PCHAPMAN@KaZaA | Lil Kim - Get In Touch Wit Us.mp3 | Lil Kim Ft Styles P | 5,805KB | Audio |
| PCHAPMAN@KaZaA | Tyrese - 09 - Kinna Right - music-madness.mp3 | Tyrese | 6,255KB | Audio |
| PCHAPMAN@KaZaA | iconz-19-get_fucked_up_(bonus_track_f_lil_kim)-rns.mp3 | Iconz ft. Lil Kim | 4,070KB | Audio |
| PCHAPMAN@KaZaA | Feild Mob - Sick_of_being_lonely_(remix).mp3 | Field Mobb ft Trina | 1,776KB | Audio |
| PCHAPMAN@KaZaA | Goodie Mob_Outkast - Get Rich To This (1).mp3 | Goodie Mob | 3,646KB | Audio |
| PCHAPMAN@KaZaA | Field Mob-cut me loose.mp3 | Field Mob | 6,999KB | Audio |
| PCHAPMAN@KaZaA | FEILD MOBB- Project Dreams.mp3 | Field Mob | 4,032KB | Audio |
| PCHAPMAN@KaZaA | Goodie Mob - Soul Food - 12 - Goodie Bag (1).mp3 | Goodie Mob | 4,142KB | Audio |
| PCHAPMAN@KaZaA | feat. Goodie Mob-Yall Scared.mp3 | Outkast | 4,524KB | Audio |
| PCHAPMAN@KaZaA | Goodie Mobb ft Outkast - Sky High.mp3 | Goodie Mob | 3,417KB | Audio |
| PCHAPMAN@KaZaA | Tyrese - 07 - somebody special - simplemp3s.mp3 | Tyrese | 5,169KB | Audio |
| PCHAPMAN@KaZaA | Hip Hop RnB Remix 2001.mp3 | Master P, Ja Rule, Iconz... | 3,592KB | Audio |
| PCHAPMAN@KaZaA | Iconz feat. Trick Daddy - We Thuggin'.mp3 | Iconz Trickdaddy | 2,774KB | Audio |
| PCHAPMAN@KaZaA | Marques Houston (Roger Evans) - In My Life (Sister Sister)... | Marques Houston | 950KB | Audio |
| PCHAPMAN@KaZaA | Too Short - Life Is Too Short.mp3 | Too Short | 4,169KB | Audio |
| PCHAPMAN@KaZaA | Anita Baker - Sweet Love.mp3 | Anita Baker | 4,171KB | Audio |
| PCHAPMAN@KaZaA | iconz-04-nigga_what_(f_piccalo_polo_dynasty)-rns.mp3 | Iconz | 3,706KB | Audio |

2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

Found 1433 Files

29

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | iconz-06-nigga_what_(f_piccalo_polo_dynasty)-rns.mp3 | Iconz | 3,706KB | Audio |
| 2 Users | New Artist - T.I.mp3 | TI | 4,788KB | Audio |
| PCHAPMAN@KaZaA | Lil John_The Eastside Boys Feat.mp3 | lil john,ludacris,too short | 4,746KB | Audio |
| PCHAPMAN@KaZaA | Too short - Yo neck, yo back, my dick and my sack.mp3 | Too Short | 3,220KB | Audio |
| PCHAPMAN@KaZaA | gang starr - skillz.mp3 | gangstarr | 3,020KB | Audio |
| PCHAPMAN@KaZaA | Too $hort - I Luv (2).mp3 | Too Short (Feat. Trick Da... | 5,176KB | Audio |
| PCHAPMAN@KaZaA | biggie feat 50 cent.mp3 | 50 Cents F/ Biggie Smalls | 3,394KB | Audio |
| PCHAPMAN@KaZaA | E40_Too Short f. K-Ci - Player's Ball.mp3 | E40_Too Short Feat. K-Ci | 5,113KB | Audio |
| PCHAPMAN@KaZaA | Snoop Dogg (Paid Da Cost To Be Boss) - Can't Control The... | Snoop Dogg, Ginuwine | 5,899KB | Audio |
| PCHAPMAN@KaZaA | rap TrickDaddy-weed song.mp3 | Trick Daddy | 3,433KB | Audio |
| PCHAPMAN@KaZaA | Trick Daddy_mystical..tryin to stop smokin.mp3 | Trick Daddy_Mystical | 3,458KB | Audio |
| PCHAPMAN@KaZaA | Snoop Dogg - Beautiful (feat. Pharrell, Uncle Charlie Wilson... | Snoop Dogg | 4,663KB | Audio |
| PCHAPMAN@KaZaA | 17-b2k_feat._r_kelly-girlfriend_(remix)-wcr.mp3 | B2K Feat. R Kelly | 4,100KB | Audio |
| PCHAPMAN@KaZaA | 05 - Ginuwine - In those jeans -21stcentury.mp3 | Ginuwine | 5,708KB | Audio |
| PCHAPMAN@KaZaA | R, Kelly - Down Low (remix).mp3 | R, Kelly | 4,134KB | Audio |
| PCHAPMAN@KaZaA | R, Kelly - Down Low [Explicit Remix].mp3 | R, kelly | 4,220KB | Audio |
| PCHAPMAN@KaZaA | Luniz, Too Short, Richie Rich_E40 - I Got 5 On It (remix)... | Luniz, Too Short, Richie R... | 3,502KB | Audio |
| PCHAPMAN@KaZaA | 21_twista_ignition_rmx_darc.mp3 | R.Kelly ft. Twista | 7,427KB | Audio |
| PCHAPMAN@KaZaA | Slow Jams - IMX- Beautiful.mp3 | Imx | 4,960KB | Audio |
| PCHAPMAN@KaZaA | aaliyah - one in a million (remix feat ginuwine).mp3 | Aaliyah f/ Ginuwine | 4,850KB | Audio |
| PCHAPMAN@KaZaA | Diane Krall - Body and Soul.mp3 | Anita Baker | 4,880KB | Audio |
| PCHAPMAN@KaZaA | Ginuwine - 14 - Big Plans (Feat. Method Man) - simplemp3s... | Ginuwine | 4,856KB | Audio |
| PCHAPMAN@KaZaA | 02-ginuwine-get_ready_(feat_snoop_dogg_and_the_rook)... | Ginuwine | 6,468KB | Audio |
| PCHAPMAN@KaZaA | Fabolous - (Street Dreams) - Act Like You Know Me feat Sh... | Shade Sheist | 7,126KB | Audio |
| PCHAPMAN@KaZaA | Gangstarr - Mass Appeal.mp3 | Gangstar | 3,445KB | Audio |
| PCHAPMAN@KaZaA | R, Kelly feat. Ronald Isley - Down Low (remix).mp3 | R, Kelly Feat. The Isley Br... | 3,952KB | Audio |
| PCHAPMAN@KaZaA | Marques Houston - That Girl (hip hop remix).mp3 | Marques Houston | 5,271KB | Audio |
| PCHAPMAN@KaZaA | Silk - Lose Control.mp3 | Silk | 4,931KB | Audio |
| PCHAPMAN@KaZaA | R Kelly - I Cant Sleep (Remix) (1).mp3 | RKelly-Isley Brother-Rona... | 3,802KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | R Kelly - I Cant Sleep (Remix) (1).mp3 | RKelly-Isley Brother-Rona.. | 3,802KB | Audio |
| PCHAPMAN@KaZaA | Tyrese - On Top of Me.mp3 | Tyrese | 7,134KB | Audio |
| PCHAPMAN@KaZaA | Silk - Ebony Eyes.mp3 | Silk | 5,658KB | Audio |
| PCHAPMAN@KaZaA | Ronald Isley Ft R.Kelly-What Would You Do.mp3 | Isley Brothers ft. Ron Isl… | 5,440KB | Audio |
| PCHAPMAN@KaZaA | Silk - Love Session.mp3 | Silk | 4,939KB | Audio |
| PCHAPMAN@KaZaA | Silk - Let's Make Love.mp3 | Silk | 4,402KB | Audio |
| PCHAPMAN@KaZaA | Silk - Nursery Rhymes.mp3 | Silk | 4,839KB | Audio |
| PCHAPMAN@KaZaA | Montel Jordan - Once Upon Time.mp3 | Montell Jordan | 3,242KB | Audio |
| PCHAPMAN@KaZaA | Brian Mcnight- Home.mp3 | Brian McKnight | 4,099KB | Audio |
| PCHAPMAN@KaZaA | Brian McKnight - Let Me Love You.mp3 | Brian McKnight | 2,688KB | Audio |
| PCHAPMAN@KaZaA | Montell Jordan - I Can Do That.mp3 | Montell Jordan | 4,447KB | Audio |
| PCHAPMAN@KaZaA | Brian McKnight-Still In Love.mp3 | TI | 3,706KB | Audio |
| PCHAPMAN@KaZaA | Brian McKnight - U Turn - 09 - For The Rest Of My Life.mp3 | Brian McKnight | 5,030KB | Audio |
| PCHAPMAN@KaZaA | Brian McKnight - The Only One For Me.mp3 | Brian McKnight | 3,666KB | Audio |
| PCHAPMAN@KaZaA | Montell Jordan f. Monifah_Flesh-If I Die Tonight.mp3 | Montell Jordan f. Monifah | 5,339KB | Audio |
| PCHAPMAN@KaZaA | Copy of Shirley Ceaser - I Feel Like Praising Him.mp3 | Shirley Caesar | 2,664KB | Audio |
| PCHAPMAN@KaZaA | killer mike - adidas.mp3 | Outkast | 4,916KB | Audio |
| PCHAPMAN@KaZaA | Silk - I Didn't Mean To.mp3 | Silk | 6,556KB | Audio |
| PCHAPMAN@KaZaA | Shirley Ceaser - No Charge.mp3 | Shirley Ceaser | 3,462KB | Audio |
| PCHAPMAN@KaZaA | Silk - Don't Go .mp3 | Silk | 6,507KB | Audio |
| PCHAPMAN@KaZaA | IF YOU (2000 WATTS REMIXx).mp3 | SILK | 4,040KB | Audio |
| PCHAPMAN@KaZaA | Bebe_Cece Winans - Lost Without You.mp3 | Bebe_Cece Winans | 3,985KB | Audio |
| PCHAPMAN@KaZaA | 05-tyrese_and_ludacris_feat_r_kelly-pick_up_the_phone-r… | Tyrese_Ludacris Feat. R… | 6,886KB | Audio |
| PCHAPMAN@KaZaA | Brian McKnight - 10 - Still.mp3 | Brian McKnight | 4,050KB | Audio |
| PCHAPMAN@KaZaA | Gangstarr - You Know My Steez.mp3 | Gang Starr | 3,509KB | Audio |
| PCHAPMAN@KaZaA | Killer Mike-MONSTER-u know i love u-(Pre-Release).mp3 | Killer Mike | 4,257KB | Audio |
| PCHAPMAN@KaZaA | Always On Time (ft Ashant).MP3 | Ja Rule | 1,681KB | Audio |
| PCHAPMAN@KaZaA | Lil Jon- Liberty City.mp3 | lil john,ludacris,too short | 2,840KB | Audio |
| PCHAPMAN@KaZaA | Missy Elliot - Dont Fail Me Now.mp3 | Missy Elliott | 4,256KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

31

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search   Download   Search Field

| User | Filename | Size | Media Type | Artist |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Missy Elliot - Dont Fail Me Now.mp3 | 4,258KB | Audio | Missy Elliott |
| PCHAPMAN@KaZaA | 06 - Ja rule - Murder reigns-21stcentury.mp3 | 5,692KB | Audio | Ja Rule |
| PCHAPMAN@KaZaA | too short-born to mack-06 - Dope Fiend Beat.mp3 | 6,124KB | Audio | Too Short |
| PCHAPMAN@KaZaA | Too Short  and Little Kim - All night Long.mp3 | 3,544KB | Audio | Too Short  and Little Kim - |
| PCHAPMAN@KaZaA | Al Green - Love and Happiness.mp3 | 4,804KB | Audio | Al Green |
| PCHAPMAN@KaZaA | Too Short ft Twista_Lil Jon - Quit Hatin.mp3 | 3,801KB | Audio | Too Short Ft Twista _Lil J... |
| PCHAPMAN@KaZaA | Lil Jon_the Eastside Boyz- I Like Dem girls(dirty).mp3 | 4,479KB | Audio | lil john,ludacris,too short |
| PCHAPMAN@KaZaA | Melvin Riley feat jamie fox - scream.mp3 | 3,768KB | Audio | jamie foxx |
| PCHAPMAN@KaZaA | Nivea - 25 Reasons.mp3 | 3,879KB | Audio | Nivea |
| PCHAPMAN@KaZaA | Ready For the world Melvin Riley- Whose is it.mp3 | 4,652KB | Audio | Melvin Riley |
| PCHAPMAN@KaZaA | nivea - never had a girl like me.mp3 | 3,191KB | Audio | Nivea |
| PCHAPMAN@KaZaA | 10 nivea - just in case.mp3 | 5,510KB | Audio | Nivea |
| PCHAPMAN@KaZaA | Khia - Lick It Good (UnCensored).mp3 | 1,535KB | Audio | Khia |
| PCHAPMAN@KaZaA | Too Short - Freaky Tales.mp3 | 8,995KB | Audio | Too Short |
| PCHAPMAN@KaZaA | jim crow - holla at a playa.mp3 | 3,277KB | Audio | Jim Crow |
| PCHAPMAN@KaZaA | Jim Crow ft. Too Short - holla at a playa trackmasters.mp3 | 2,453KB | Audio | Jim Crow ft. Too $hort |
| PCHAPMAN@KaZaA | Melvin Riley - If you dont tell I wont tell.mp3 | 3,874KB | Audio | Melvin Riley |
| PCHAPMAN@KaZaA | DMX-CRADLE TO THE GRAVE SOUNDTRACK-I'm Serious_ Cl... | 1,972KB | Audio | DMX |
| PCHAPMAN@KaZaA | Melvin Riley - You Complete Me.mp3 | 4,777KB | Audio | Melvin Riley |
| PCHAPMAN@KaZaA | Jim Crow - One Of These Days.mp3 | 4,423KB | Audio | Jim Crow |
| PCHAPMAN@KaZaA | Got Somebody- Elephant Man, Bounty Killah, Wayne Wond... | 3,371KB | Audio | wayne wonder feat boun... |
| PCHAPMAN@KaZaA | wayne wonder - saddest day.mp3 | 3,456KB | Audio | Wayne Wonder |
| PCHAPMAN@KaZaA | Al Green - Tired Of Being Alone.mp3 | 2,614KB | Audio | al green |
| PCHAPMAN@KaZaA | Wayne Wonder - Keep Them Coming (Bug Riddim).mp3 | 3,589KB | Audio | Wayne Wonder |
| PCHAPMAN@KaZaA | 80's Slow Jams - The System - Dont Disturb This Groove_M... | 3,426KB | Audio | The System |
| PCHAPMAN@KaZaA | D'Angelo - Untitled (How Does It Feel).mp3 | 4,349KB | Audio | D'Angelo |
| PCHAPMAN@KaZaA | Layla hathaway..heaven knows.mp3 | 4,968KB | Audio | Lalah Hathaway |
| PCHAPMAN@KaZaA | dangelo - lady.mp3 | 4,285KB | Audio | D'Angelo |
| PCHAPMAN@KaZaA | Aaliyah - Rock The Boat.mp3 | 4,289KB | Audio | Aaliyah |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

32

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend
New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Aaliyah - Rock The Boat.mp3 | Aaliyah | 4,289KB | Audio |
| PCHAPMAN@KaZaA | Anita Baker - 365 Days.mp3 | Anita Baker | 3,833KB | Audio |
| PCHAPMAN@KaZaA | kenny lattimore - never too busy.mp3 | Kenny Lattimore | 5,203KB | Audio |
| PCHAPMAN@KaZaA | kenny lattimore - Best Man Soundtrack.mp3 | Kenny Lattimore | 3,816KB | Audio |
| PCHAPMAN@KaZaA | (Neo Soul)Amel Larrieux - Even If.mp3 | Amel Larrieux | 6,548KB | Audio |
| PCHAPMAN@KaZaA | Deangelo - Devil's Pie.mp3 | Deangelo | 5,014KB | Audio |
| PCHAPMAN@KaZaA | Aaries-Strangers To Lovers (1).mp3 | Aaries | 5,369KB | Audio |
| PCHAPMAN@KaZaA | 01 Things That Lovers Do.mp3 | Chante Moore; Kenny Latt.. | 4,292KB | Audio |
| PCHAPMAN@KaZaA | 12-kenny_lattimore_and_chante_moore-still-wcr.mp3 | Kenny Lattimore And Cha... | 6,305KB | Audio |
| PCHAPMAN@KaZaA | Chante Moore_Kenny Lattimore - Close The Door.mp3 | Chante Moore_Kenny | 5,898KB | Audio |
| PCHAPMAN@KaZaA | too short - gettin' it.mp3 | Too Short | 5,318KB | Audio |
| PCHAPMAN@KaZaA | Beyonce-In Da Club Remix-RNB.mp3 | beyonce and 50 cent | 3,063KB | Audio |
| PCHAPMAN@KaZaA | DMX-It's Dark and Hell Is Hot-06- Get At Me Dogg (f. Sheek.. | DMX | 2,944KB | Audio |
| PCHAPMAN@KaZaA | DMX_Ja Rule - Ain't No Sunshine (Remix).mp3 | DMX | 2,148KB | Audio |
| PCHAPMAN@KaZaA | 16-b2k_ft_50_cent-bump_bump_remix-esc.mp3 | B2K Ft. 50 Cent | 5,846KB | Audio |
| PCHAPMAN@KaZaA | Murder Inc. - Get Ugly - 50 Cent diss.mp3 | Murder Inc. | 3,434KB | Audio |
| PCHAPMAN@KaZaA | Ludacris ft. Twista_Jagged Edge - Freaky Thangs.mp3 | Ludacris | 7,785KB | Audio |
| PCHAPMAN@KaZaA | Eminem, 50 Cent, Busta Rhymes - Hail Mary (Ja Rule diss)... | Eminem / 50 Cent / Busta.. | 7,453KB | Audio |
| PCHAPMAN@KaZaA | 50 Cent - I Smell Pussy (Ja Rule, Irv, Chuck B, Ashanti Diss.. | 50 Cent | 6,506KB | Audio |
| PCHAPMAN@KaZaA | Kelis - Young Fresh And New.mp3 | Kellis | 3,445KB | Audio |
| PCHAPMAN@KaZaA | Anita Baker - I Apologize.mp3 | Anita Baker | 5,518KB | Audio |
| PCHAPMAN@KaZaA | Sherrif.wma | The Game | 944KB | Audio |
| PCHAPMAN@KaZaA | lil jon ft. mystikal_krazie-i don't give a fuck_.MP3 | Lil John and Eastside Boys | 1,658KB | Audio |
| PCHAPMAN@KaZaA | busta rhymes_Kellis - what it is.mp3 | Busta Rhymes | 3,421KB | Audio |
| PCHAPMAN@KaZaA | Keep It Together.wma | Stucky | 1,911KB | Audio |
| PCHAPMAN@KaZaA | Lil Jon and the Eastside Boys- Shawty Freak A Lil Sumtin' (2.. | Lil Jon and the Eastside B.. | 2,676KB | Audio |
| PCHAPMAN@KaZaA | Jim Crow - Holla At A Playa (Instrumental).mp3 | Jim Crow | 4,863KB | Audio |
| PCHAPMAN@KaZaA | The Clipse ft Pharrel - Grindin Reggae Remix.mp3 | Sean Paul | 3,648KB | Audio |
| PCHAPMAN@KaZaA | Lil Jon_The Eastside Boyz - Kings of Crunk - 20 - T.I.P. m... | Lil John and the Eastside ... | 556KB | Audio |

Found 1433 files    2,119,198 users online, sharing 720,127,891 files (9,384,192 GB)    Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend
New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Lil' Jon_The Eastside Boyz - Kings of Crunk - 20 - T.I.P..m... | Lil' John and the Eastside ... | 556KB | Audio |
| PCHAPMAN@KaZaA | 06-Nivea feat. Nick Cannon - You Don't Even Know.mp3 | Nivea feat. Nick Cannon | 3,754KB | Audio |
| PCHAPMAN@KaZaA | Lil Jon- Put your hood up.mp3 | Lil Jon and Eastside Boys | 4,828KB | Audio |
| PCHAPMAN@KaZaA | 50 Cent feat. Juvenile - NO to NY.mp3 | 50 Cent feat. Juvenile | 3,518KB | Audio |
| PCHAPMAN@KaZaA | Selena Johnson - Tonight I'm gonna let go.mp3 | Busta Rhymes ft. Selena ... | 3,772KB | Audio |
| PCHAPMAN@KaZaA | Project Pat - Ridin clean.mp3 | Jim Crow | 3,924KB | Audio |
| PCHAPMAN@KaZaA | Patrice Rushen - Remind Me.mp3 | Patrice Rushen | 4,990kB | Audio |
| PCHAPMAN@KaZaA | Missy Elliot - Steelo.mp3 | 702 | 4,032KB | Audio |
| PCHAPMAN@KaZaA | Monica - So GoNE (1).mp3 | Monica | 5,543KB | Audio |
| PCHAPMAN@KaZaA | Do Or Die feat. Twista_Johnny P - Still Po Pimpin.mp3 | Do Or Die | 3,880KB | Audio |
| PCHAPMAN@KaZaA | Sade - Love Is Stronger Than Pride (1).mp3 | Sade | 4,041KB | Audio |
| PCHAPMAN@KaZaA | Lil Jon_East Side-15-lil_jon_and_the_eastside_boyz-ooh_... | Lil John and Eastside Boys | 6,796KB | Audio |
| PCHAPMAN@KaZaA | Sade - The Sweetest Taboo.mp3 | Sade | 4,340KB | Audio |
| PCHAPMAN@KaZaA | Kool and the Gang - Get Down On It.mp3 | Kool and the Gang | 4,550KB | Audio |
| PCHAPMAN@KaZaA | Cool and the Gang - Fresh (1).mp3 | Kool And The Gang | 4,186KB | Audio |
| PCHAPMAN@KaZaA | 50 Cent - In Da Club (beyonce remix) (1).mp3 | BEYOUNCE | 3,063KB | Audio |
| PCHAPMAN@KaZaA | 01-50_cent_in_the_club_dirty-cms.mp3 | 50 Cent | 5,664KB | Audio |
| PCHAPMAN@KaZaA | Tyreese - Lately.mp3 | Tyreese | 4,156KB | Audio |
| PCHAPMAN@KaZaA | Tyreese - How U Gonna Act Like That.mp3 | Tyreese | 6,951KB | Audio |
| PCHAPMAN@KaZaA | LIL JON_THE EASTDIDE BOYZ - WE STILL CRUNK!! - 04 - ... | Lil Jon and The Eastside B... | 3,959KB | Audio |
| PCHAPMAN@KaZaA | lil jon and the eastside boys - nothings Free.mp3 | lil john and the east side ... | 3,922KB | Audio |
| PCHAPMAN@KaZaA | Lil Jon_The East Side Boyz -[1]... Mystikal and Krayzie Bo... | Lil John and Eastside Boys | 3,915KB | Audio |
| PCHAPMAN@KaZaA | Pastor Troy feat. Baby D- Back Up.mp3 | Baby D | 4,747KB | Audio |
| PCHAPMAN@KaZaA | Ralph Tresvant - Sensitivity.mp3 | Ralph Tresvant | 4,395KB | Audio |
| PCHAPMAN@KaZaA | Jagged Edge - 07 - I got it.mp3 | Jagged Edge | 2,874KB | Audio |
| PCHAPMAN@KaZaA | 02-beyonce_feat_sean_paul-baby_boy-jah.mp3 | Beyonce Feat Sean Paul | 5,362KB | Audio |
| PCHAPMAN@KaZaA | 80's Slow Jams - Chaka Kahn - Through The Fire.MP3 | Chaka Khan | 4,510KB | Audio |
| PCHAPMAN@KaZaA | DMX - Slippin'.mp3 | DMX | 4,766KB | Audio |
| PCHAPMAN@KaZaA | Stevie Winwood - Higher Love.mp3 | Stevie Winwood | 4,094KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

34