Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend

New search | Download | Search | Traffic | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Steve Winwood - Higher Love.mp3 | Steve Winwood | 4,094KB | Audio |
| PCHAPMAN@KaZaA | imx-FirstTime.mp3 | IMX | 1,666KB | Audio |
| PCHAPMAN@KaZaA | Nappy_Roots-Hustla_(Dirty_Version)_out... | Bubba Sparxx | 3,606KB | Audio |
| PCHAPMAN@KaZaA | Joker the Bailbondsman feat Bizzy Bone - Uh Huh.mp3 | Joker the Bailbondsman | 4,675KB | Audio |
| PCHAPMAN@KaZaA | Justin Timberlake - Cry Me A River (Remix) Feat. 50 Cent.... | 50 Cent | 2,458KB | Audio |
| PCHAPMAN@KaZaA | 01-b2k_feat_fabolous-girlfriend_(remix)-cms.mp3 | B2K Feat. Fabolous | 5,158KB | Audio |
| PCHAPMAN@KaZaA | 06-lil jon and the eastside boys - Who U Wit (Bama Mix) - Lil... | Lil Jon_The Eastside Boys | 4,352KB | Audio |
| PCHAPMAN@KaZaA | Trina featuring Tweet - No Panties.mp3 | Trina Featuring Tweet | 2,599KB | Audio |
| PCHAPMAN@KaZaA | project_pat-03-i_choose_u-rage.mp3 | Project Pat | 4,651KB | Audio |
| PCHAPMAN@KaZaA | Lil John and the East Side Boys- Just Like A Bitch.mp3 | lil Jon_The Eastside Boys | 3,303KB | Audio |
| PCHAPMAN@KaZaA | 04-50_Cent_feat._Young_Buck-G_Unit_Right_Thurr-WCR... | 50 Cent Feat. Young Buck | 3,221KB | Audio |
| PCHAPMAN@KaZaA | IMX - You Are The One .mp3 | Usher feat. IMX | 3,757KB | Audio |
| PCHAPMAN@KaZaA | Johnnie Taylor- When She Stops Askin'.mp3 | Johnny Taylor | 4,096KB | Audio |
| PCHAPMAN@KaZaA | Marvin Gaye - Got To Give It Up (Part I).mp3 | Marvin Gaye | 3,968KB | Audio |
| PCHAPMAN@KaZaA | DMX-CRADLE TO THE GRAVE SOUNDTRACK-slangin' dem t... | DMX | 5,021KB | Audio |
| PCHAPMAN@KaZaA | Shalamar - This Ring.mp3 | Shalamar | 4,741KB | Audio |
| PCHAPMAN@KaZaA | Mystikal - Here I Go.mp3 | Mystikal | 5,471KB | Audio |
| PCHAPMAN@KaZaA | Ludacris Ft.mp3 | Ludacris | 3,258KB | Audio |
| PCHAPMAN@KaZaA | Lil Jon ft. Jadakiss Styles - Knockin Heads Off.mp3 | Trina, Shawna, and Foxy... | 4,947KB | Audio |
| PCHAPMAN@KaZaA | Project Pat Feat. Three Six Mafia - Chicken Head.mp3 | Lil Jon and The Eastside B... | 6,396KB | Audio |
| PCHAPMAN@KaZaA | Nivea ft. Mystikal - Don't Mess With My Man (Remix).mp3 | Project Pat | 5,376KB | Audio |
| PCHAPMAN@KaZaA | +Twista - Get It Wet 1+.mp3 | Nivea ft. Mystical | 3,786KB | Audio |
| PCHAPMAN@KaZaA | Ludacris, Foxy Brown, Shrwnna, Trina - What's Your Fanta... | Twista | 4,342KB | Audio |
| PCHAPMAN@KaZaA | darnell jones - think about it (don't call my crib).mp3 | Ludacris | 3,962KB | Audio |
| PCHAPMAN@KaZaA | Joker ft. Bizzy Bone - Uh Huh.mp3 | Donell Jones | 4,676KB | Audio |
| PCHAPMAN@KaZaA | Various - Like Glue - Sean Paul.mp3 | Joker the Bailbondsman | 3,656KB | Audio |
| PCHAPMAN@KaZaA | Johnny Taylor - Groove Me.mp3 | Sean Paul | 4,439KB | Audio |
| PCHAPMAN@KaZaA | Shalamar - A Night To Remember.mp3 | Johnny Taylor | 4,828KB | Audio |
| PCHAPMAN@KaZaA | Johnny Taylor - Somebody's Sleeping In My Bed.mp3 | Shalamar | 2,624KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Johnny Taylor - Somebody's Sleeping In My Bed.mp3 | Johnnie Taylor | 2,624KB | Audio |
| PCHAPMAN@KaZaA | Johnny Taylor-Last Two Dollars.mp3 | Johnny Taylor | 4,990KB | Audio |
| PCHAPMAN@KaZaA | Johnny Taylor - Just Because.mp3 | Johnnie Taylor | 4,120KB | Audio |
| PCHAPMAN@KaZaA | Donnell Jones - 15 minutes.mp3 | Darnell Jones | 3,401KB | Audio |
| PCHAPMAN@KaZaA | tyrone davis - i wish it was me.mp3 | Tyrone Davis | 3,260KB | Audio |
| PCHAPMAN@KaZaA | tyrone davis - Kiss You Where I Miss You.mp3 | Tyrone Davis | 3,490KB | Audio |
| PCHAPMAN@KaZaA | Mystical, E-40, B-Legit, Master P - Here We Go.mp3 | Mystikal, E-40, B-Legit, P | 3,908KB | Audio |
| PCHAPMAN@KaZaA | Ludacris, LL Cool J_Keith Murry - Fatty Girl.mp3 | Ludacris,LLCool J, K.Murry | 3,638KB | Audio |
| PCHAPMAN@KaZaA | Ludacris feat Mystikal-Move Bitch.mp3 | Ludacris/Mystical | 4,288KB | Audio |
| PCHAPMAN@KaZaA | LL Cool J - Loungin'.mp3 | LL Cool J ft Total | 3,091KB | Audio |
| PCHAPMAN@KaZaA | Pastor Troy - Everlasting Yay.mp3 | Pastor Troy Presents MGD | 5,112KB | Audio |
| PCHAPMAN@KaZaA | goodie m.o.b.mp3 | Goodie Mobb feat. Mystic... | 4,239KB | Audio |
| PCHAPMAN@KaZaA | EminEm - Mystical Diss Freestyle @.mp3 | Eminem | 1,302KB | Audio |
| PCHAPMAN@KaZaA | Mr Cheeks..mp3 | Mr Cheeks | 2,846KB | Audio |
| PCHAPMAN@KaZaA | kenny lattimore - days like this.mp3 | kenny lattimore | 4,959KB | Audio |
| PCHAPMAN@KaZaA | kenny lattimore - i love you more than you'll ev.mp3 | Kenny Latimore | 6,097KB | Audio |
| PCHAPMAN@KaZaA | JOHNNY TAYLOR- You Can't Strike Gold In A Silver Mine.m... | Johnny Taylor | 3,264KB | Audio |
| PCHAPMAN@KaZaA | Kenny Lattimore - 07 - Don't deserve.mp3 | Kenny Latimore | 3,613KB | Audio |
| PCHAPMAN@KaZaA | Mr Cheeks - Mama say.mp3 | Mr Cheeks | 4,784KB | Audio |
| PCHAPMAN@KaZaA | Mr. Cheeks Feat Diddy and Missy - Lights, Camera, Action ... | Mr. Cheeks Feat Diddy A... | 3,494KB | Audio |
| PCHAPMAN@KaZaA | Tyrone Davis - Can I Change My Mind.mp3 | Tyrone Davis | 2,619KB | Audio |
| PCHAPMAN@KaZaA | shalamar - do it right.mp3 | Shalamar | 7,128KB | Audio |
| PCHAPMAN@KaZaA | Toni Braxton - Let It Flow.mp3 | Toni Braxton | 4,174KB | Audio |
| PCHAPMAN@KaZaA | Luther Vandross - Killing Me Softly.mp3 | Luther Vandros | 3,894KB | Audio |
| PCHAPMAN@KaZaA | R_B - (slow) - Luther Vandros_Cheryl Lynn - If This Wor... | Luther Vandross | 5,058KB | Audio |
| PCHAPMAN@KaZaA | Luther Vandros - Always and forever.mp3 | Luther Vandross | 3,814KB | Audio |
| PCHAPMAN@KaZaA | Tyrone Davis - A Woman Needs To Be Loved.mp3 | Tyrone Davis | 2,630KB | Audio |
| PCHAPMAN@KaZaA | Luther Vandross - Promise Me.mp3 | Luther Vandross | 3,309KB | Audio |
| PCHAPMAN@KaZaA | Mya feat Jayz - Best Of Me (Remix).mp3 | Jay-Z Mya | 3,666KB | Audio |

Found 1433 files    2,119,198 users online, sharing 720,127,891 files (9,384,192 GB)    Not sharing any files

3a.

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Mya Feat Jayz - Best Of Me (Remix).mp3 | Jay-z_Mya | 3,666KB | Audio |
| PCHAPMAN@KaZaA | Donell Jones - I Wanna Love You.mp3 | Donell Jones | 4,031KB | Audio |
| PCHAPMAN@KaZaA | Donell Jones - I want you to know.mp3 | Donell Jones | 3,222KB | Audio |
| PCHAPMAN@KaZaA | erykah badu - D'Angelo The Roots_Eryka Badu- Shining S... | Erykah Badu | 7,552KB | Audio |
| PCHAPMAN@KaZaA | joe_ft_jadakiss-I_want_a_girl_like_you.mp3 | 01-joe_ft_jadakiss-i_wan... | 3,766KB | Audio |
| PCHAPMAN@KaZaA | Shalamar - Somewhere There's A Love.mp3 | Shalamar | 4,146KB | Audio |
| PCHAPMAN@KaZaA | 07-alicia_keys-butterflyz_(krucialkeys_remix)-apc.MP3 | Drumline Soundtrack | 5,937KB | Audio |
| PCHAPMAN@KaZaA | Donell Jones - ONLY ONE YOU NEED.mp3 | Donell Jones | 3,574KB | Audio |
| PCHAPMAN@KaZaA | Johnny Taylor - Cheaper To Keep Her (1).mp3 | Johnnie Taylor | 3,196KB | Audio |
| PCHAPMAN@KaZaA | Johnny Taylor - Disco Lady.mp3 | johnnie taylor | 4,188KB | Audio |
| PCHAPMAN@KaZaA | Fiesta Remix.mp3 | R Kelly, 3lw, nelly, dmx... | 3,456KB | Audio |
| PCHAPMAN@KaZaA | R Kelly - A Women's Threat.mp3 | R. Kelly | 5,550KB | Audio |
| PCHAPMAN@KaZaA | 07-memphis_bleek__jay-z-roc_freestyle.mp3 | Memphis Bleek_Jay-Z | 1,740KB | Audio |
| PCHAPMAN@KaZaA | Memphis Bleek missy_jayz_twista - Is That Your Chic... | Memphis Bleek | 6,892KB | Audio |
| PCHAPMAN@KaZaA | Ying Yang Twins - ATL Eternally Feat. Lil' Jon_The Eastsid... | | 4,040KB | Audio |
| PCHAPMAN@KaZaA | Tyrone Davis - Its So Good (to be home with you).mp3 | Pastor Troy | 4,999KB | Audio |
| PCHAPMAN@KaZaA | HIP HOP_____Tu Pac - Pain (Unreleased).mp3 | Tyrone Davis | 4,259KB | Audio |
| PCHAPMAN@KaZaA | Pastor Troy - intoxicated.mp3 | Jay-Z, Memphis Bleek_... | 2,614KB | Audio |
| PCHAPMAN@KaZaA | Eric Sermon and Redman - React.mp3 | Pastor Troy | 2,688KB | Audio |
| PCHAPMAN@KaZaA | Chingy - Right Thurr.mp3 | Chingy | 3,388KB | Audio |
| PCHAPMAN@KaZaA | Eric Sermon feat Keith Murray, Redman – Music Remix.mp3 | Erick Sermon and Redman | 3,393KB | Audio |
| PCHAPMAN@KaZaA | Memphis bleek-all my ladies run this.....mp3 | Erick Sermon feat Keith M... | 5,135KB | Audio |
| PCHAPMAN@KaZaA | Eric Sermon ft Marvin Gaye - Music.mp3 | Memphis Bleek | 3,730KB | Audio |
| PCHAPMAN@KaZaA | Jay-Z F. Memphis Bleek - Hey Papi.mp3 | Erick Sermon | 4,271KB | Audio |
| PCHAPMAN@KaZaA | ti_and_p.s.c.-14-turn_it_up-ahc-hed.mp3 | Jay-Z F. Memphis Bleek | 5,919KB | Audio |
| PCHAPMAN@KaZaA | RL (of next)_Eric Sermon - Got Me A Model (Dj Saman Mix... | TI and P.S.C. | 5,326KB | Audio |
| PCHAPMAN@KaZaA | Redman, Eric Sermon, Keith Murry - Rapper's Delight.mp3 | RL and Eric Sermon | 3,132KB | Audio |
| PCHAPMAN@KaZaA | Al Green - Let's Stay Together (1).mp3 | Redman, Eric Sermon, Kei... | 4,531KB | Audio |
| PCHAPMAN@KaZaA | Shalamar - Give Me Tonight.mp3 | Al Green | 5,746KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

37

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | shalamar - Give Me Tonight.mp3 | Shalamar | 5,746KB | Audio |
| PCHAPMAN@KaZaA | Tyrone Davis - You Keep Me Holding On.mp3 | Tyrone Davis | 3,180KB | Audio |
| PCHAPMAN@KaZaA | Howard Hewitt - Heaven Sent You.mp3 | Shalamar_howard_hewitt | 5,730KB | Audio |
| PCHAPMAN@KaZaA | Shalamar - Over And Over.mp3 | Shalamar | 4,324KB | Audio |
| PCHAPMAN@KaZaA | Tyrone Davis - Are You Serious (1) (1).mp3 | Tyrone Davis | 4,385KB | Audio |
| PCHAPMAN@KaZaA | Tyrone Davis - Call Tyrone - Leavin.mp3 | Tyrone Davis | 3,870KB | Audio |
| PCHAPMAN@KaZaA | Howard Hewitt - Once, Twice, Three Times .mp3 | Howard Hewitt | 4,001KB | Audio |
| PCHAPMAN@KaZaA | rap.Instrumentals--DMX- Ruff Ryder's Anthem (Instrument... | Instrumentals | 2,366KB | Audio |
| PCHAPMAN@KaZaA | Noreaga, Jadakiss, Big Pun, Capone, etc- Oh No Rmx.mp3 | Swiss Beats | 3,010KB | Audio |
| PCHAPMAN@KaZaA | tyrone davis - Slip Away.mp3 | Tyrone Davis | 2,284KB | Audio |
| PCHAPMAN@KaZaA | 01-ludacris-act_a_fool_(dirty)-wcr.mp3 | Ludacris | 6,289KB | Audio |
| PCHAPMAN@KaZaA | Tyrese - Signs Of Love Making.mp3 | Tyrese | 5,766KB | Audio |
| PCHAPMAN@KaZaA | Tyrone Davis - Give It Up (Turn It Loose).mp3 | Tyrone Davis | 4,069KB | Audio |
| PCHAPMAN@KaZaA | Johnnie Taylor - Running Out Of Lies, Lies, Lies (1).mp3 | Johnnie Taylor | 4,626KB | Audio |
| PCHAPMAN@KaZaA | Make That Move - Shalimar.mp3 | Shalamar | 4,078KB | Audio |
| PCHAPMAN@KaZaA | 12-What Would You Do (1).mp3 | The Isley Brothers Feat R... | 4,765KB | Audio |
| PCHAPMAN@KaZaA | Disco - Shalamar - Let the Music Play.mp3 | Shannon | 5,590KB | Audio |
| PCHAPMAN@KaZaA | Swizz Beatz - Big Business Remix (featuring P. Diddy, Baby... | Swiss Beats | 3,705KB | Audio |
| PCHAPMAN@KaZaA | freeway - one for petey crack.mp3 | Peedi Crakk ft. Young Chr... | 6,354KB | Audio |
| PCHAPMAN@KaZaA | 15-r_kelly_ft_joe_budden-ignition_remix-swe.mp3 | r kelly ft joe budden | 4,464KB | Audio |
| PCHAPMAN@KaZaA | Swizz Beats - 09 - G.H.E.T.T.O Stories - styles and swiss b... | Styles and Swiss Beatz | 6,216KB | Audio |
| PCHAPMAN@KaZaA | Maxwell - Let's Not Play The Game.mp3 | Maxwell | 2,866KB | Audio |
| PCHAPMAN@KaZaA | 06-joe_buddens_feat._jay-z-pump_it_up_(remix)-wcr.mp3 | Joe Buddens Feat. Jay-Z | 7,040KB | Audio |
| PCHAPMAN@KaZaA | Jay-Z ft Swiss Beatz - I Cant Stop.mp3 | Jay-Z Feat. Swizz Beats | 3,891KB | Audio |
| PCHAPMAN@KaZaA | 1972 - Green, Al - For The Good Times.mp3 | Green, Al | 5,990KB | Audio |
| PCHAPMAN@KaZaA | Beyonce-be_with_you-.mp3 | Beyonce | 6,098KB | Audio |
| PCHAPMAN@KaZaA | Marvin Gaye and Tammi Terrell - Ain't Nothing Like The Real... | Marvin Gaye | 2,146KB | Audio |
| PCHAPMAN@KaZaA | Michael Jackson - Will You Be There (Free Willy).mp3 | Micheal Jackson | 6,128KB | Audio |
| PCHAPMAN@KaZaA | Atlantic Star - When Love Calls.mp3 | Atlantic Star | 4,294KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

38

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend

New search | Download | Search | Traffic

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Atlantic Star - When Love Calls.mp3 | Atlantic Star | 4,294KB | Audio |
| PCHAPMAN@KaZaA | Little Johnny Taylor - Everyboy Knows About My Good Thi... | Little Johnny Taylor | 3,138KB | Audio |
| PCHAPMAN@KaZaA | 10-lil_mo-so_lost_without_you-rns.mp3 | Lil' Mo | 5,602KB | Audio |
| PCHAPMAN@KaZaA | 08-lil_mo-brand_nu-rns.mp3 | Lil' Mo | 6,161KB | Audio |
| PCHAPMAN@KaZaA | 02-lil_mo-why_do_we_fall_in_love-rns.mp3 | Lil' Mo | 5,179KB | Audio |
| PCHAPMAN@KaZaA | 07-lil_mo-heaven_(interlude)-rns.mp3 | Lil' Mo | 2,616KB | Audio |
| PCHAPMAN@KaZaA | 16-lil_mo-letter_from_my_no1_fan-rns.mp3 | Lil' Mo | 6,207KB | Audio |
| PCHAPMAN@KaZaA | 13-lil_mo-get_over_it-rns (1).mp3 | Lil' Mo | 4,877KB | Audio |
| PCHAPMAN@KaZaA | 11-lil_mo-shoulda_known-rns.mp3 | Lil' Mo | 7,724KB | Audio |
| PCHAPMAN@KaZaA | 12-lil_mo-disturbing_phone_call_(interlude)-rns.mp3 | Lil' Mo | 1,866KB | Audio |
| PCHAPMAN@KaZaA | Toya - I Do.mp3 | Toya | 3,445KB | Audio |
| PCHAPMAN@KaZaA | Sasha and Sean Paul - Dat Sexy Body Deport Them .mp3 | Sasha and Sean Paul | 1,741KB | Audio |
| PCHAPMAN@KaZaA | reggae Sean Paul - She La La La La La La Boom Boom Che... | Sean Paul | 3,048KB | Audio |
| PCHAPMAN@KaZaA | eightball_mjg, kilo, juvenille, foxy brown - get it crunk.mp3 | Eightball_MJG, Kilo, Juv... | 2,914KB | Audio |
| PCHAPMAN@KaZaA | Maxwell_Sweetback - Softly Softly (2).mp3 | Maxwell | 4,215KB | Audio |
| PCHAPMAN@KaZaA | Maxwell - I wanna be your man.mp3 | Maxwell | 3,904KB | Audio |
| PCHAPMAN@KaZaA | 14 - Beyonce - Gift from virgo -21stcentury.mp3 | Beyonce | 3,872KB | Audio |
| PCHAPMAN@KaZaA | Marvin Sease - Candy Licker (XXXversion).mp3 | Marvin Sease | 3,166KB | Audio |
| PCHAPMAN@KaZaA | Jermaine Stewart_We-dont-have-to-take-our-clothes-off-... | Jermaine Stewart | 3,828KB | Audio |
| PCHAPMAN@KaZaA | George Benson - Give Me The Night.mp3 | George Benson | 4,683KB | Audio |
| PCHAPMAN@KaZaA | George Benson - On Broadway (long version).mp3 | George Benson | 9,231KB | Audio |
| PCHAPMAN@KaZaA | George Benson - Breezin'.mp3 | George Benson | 5,299KB | Audio |
| PCHAPMAN@KaZaA | Peter Gabriel - In Your Eyes.mp3 | Peter Gabriel | 5,150KB | Audio |
| PCHAPMAN@KaZaA | George Benson - Turn Your Love Around.mp3 | George Benson | 4,517KB | Audio |
| PCHAPMAN@KaZaA | Bow Wow Feat. Baby - Let's Get Down.mp3 | Lil' Bow Wow Feat. Baby | 6,029KB | Audio |
| PCHAPMAN@KaZaA | Edie Brickell - What I Am.mp3 | Edie Brickell | 4,655KB | Audio |
| PCHAPMAN@KaZaA | ti_and_psc-17-im_so_high-ah.mp3 | TI and P.S.C. | 6,277KB | Audio |
| PCHAPMAN@KaZaA | ti_and_psc-04-sum_fools_(ft (1).mp3 | TI and P.S.C. | 6,801KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

39

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Search | Search Field

Download | My Kazaa

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | T.I. - my_air_forces_(dj_jelly_mix).mp3 | TI and P.S.C. | 3,553KB | Audio |
| PCHAPMAN@KaZaA | T.I. - serv_em_hard.mp3 | TI and P.S.C. | 5,863KB | Audio |
| PCHAPMAN@KaZaA | T.I. - dope_boyz_remix_(ft_foxy_brown-ahc-hed.mp3 | TI and P.S.C. | 6,332KB | Audio |
| PCHAPMAN@KaZaA | BB King - Is You Is, Or Is You Aint.mp3 | BB King | 2,368KB | Audio |
| PCHAPMAN@KaZaA | 07 - Chingy - Gettin It - simplemp3s.mp3 | Chingy | 6,091KB | Audio |
| PCHAPMAN@KaZaA | 14-phone tap-david banner-mississippi the album.mp3 | david banner | 3,376KB | Audio |
| PCHAPMAN@KaZaA | Bonecrusher - it's me.mp3 | BONE CRUSHER/LIL JON/... | 3,180KB | Audio |
| PCHAPMAN@KaZaA | Atlantic Star - Closer Than Close.mp3 | Atlantic Star | 4,882KB | Audio |
| PCHAPMAN@KaZaA | Hiphop Dont Stop.wma | Cobalt Party Revolution | 1,536KB | Audio |
| PCHAPMAN@KaZaA | Atlantic Star - Silver Shadow.mp3 | Midnight Star | 4,690KB | Audio |
| PCHAPMAN@KaZaA | Atlantic Star - Send For Me.mp3 | Atlantic Starr | 5,168KB | Audio |
| PCHAPMAN@KaZaA | Teena Marie - Lover Girl.mp3 | Teena Marie | 5,339KB | Audio |
| PCHAPMAN@KaZaA | Dirty - Six Deep Creepin.mp3 | Dirty Boys | 4,180KB | Audio |
| PCHAPMAN@KaZaA | chico debarge - love still good.mp3 | Chico Debarge | 4,580KB | Audio |
| PCHAPMAN@KaZaA | Chico DeBarge - Not 2 Gether.mp3 | Chico DeBarge | 4,968KB | Audio |
| PCHAPMAN@KaZaA | Fourplay - After the Dance.MP3 | Fourplay | 5,704KB | Audio |
| PCHAPMAN@KaZaA | 11-50_cent-pimp-rns.mp3 | 50 Cent | 5,848KB | Audio |
| PCHAPMAN@KaZaA | 50 Cent - Crazy.mp3 | 50 Cent and G-Unit | 2,523KB | Audio |
| PCHAPMAN@KaZaA | RAP-50 Cents-Get Out The Club.mp3 | 50 Cent | 3,737KB | Audio |
| PCHAPMAN@KaZaA | 11 - 50 Cent - Wanksta - simplemp3s.mp3 | 50 Cent | 5,127KB | Audio |
| PCHAPMAN@KaZaA | 09-50_cent-blood_hound_(feat_young_buc)-rns.mp3 | 50 Cent | 5,626KB | Audio |
| PCHAPMAN@KaZaA | 12-50_cent-like_my_style_(feat_tony_yayo)-rns.mp3 | 50 Cent | 4,532KB | Audio |
| PCHAPMAN@KaZaA | Toya, Loon _50 Cent - No Matter What (Remix).mp3 | Toya, Loon _50 Cent | 3,864KB | Audio |
| PCHAPMAN@KaZaA | Chico DeBarge - 10 - The Edge.mp3 | Chico DeBarge | 4,733KB | Audio |
| PCHAPMAN@KaZaA | Nas, Bravehearts _50 Cents - Who I Rep Wit.mp3 | 50 Cent | 3,916KB | Audio |
| PCHAPMAN@KaZaA | Peabo Bryson _Roberta Flack - Tonight I Celebrate My Lo... | Peabo Bryson _Roberta F... | 3,327KB | Audio |
| PCHAPMAN@KaZaA | Roberta Flack - Killing Me Softly.mp3 | Roberta Flack | 4,448KB | Audio |
| PCHAPMAN@KaZaA | 01 - Don't Let The Sun Go Down.mp3 | Jamie Foxx | 5,147KB | Audio |
| PCHAPMAN@KaZaA | Roberta Flack _Donny Hathaway - Where Is The Love.mp3 | Roberta Flack/Donny Hat... | 2,602KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

40

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Roberta Flack_Donny Hathaway - Where Is The Love.mp3 | Roberta Flack/Donny Hat... | 2,602KB | Audio |
| PCHAPMAN@KaZaA | Roberta Flack_James Ingram - The Closer I Get To You~1... | Roberta Flack_James In... | 1,081KB | Audio |
| PCHAPMAN@KaZaA | Alexander Oneal - Everything I Miss At Home (feat. Cherel... | Cherelle_Alexander O'n... | 3,502KB | Audio |
| PCHAPMAN@KaZaA | C-Nile - bama boyz (feat. dangerous p).mp3 | Dirty Boys | 3,695KB | Audio |
| PCHAPMAN@KaZaA | Cherrelle feat Alexander Oneal - Saturday Love.mp3 | Cherrelle feat Alexander... | 4,658KB | Audio |
| PCHAPMAN@KaZaA | Lil Jon - I Dont Give A Fuck.mp3 | Lil Jon And The Eastside... | 4,261KB | Audio |
| PCHAPMAN@KaZaA | Alexander O'Neal_Cherelle - Never knew love like this.mp3 | Alexander O'Neal | 4,871KB | Audio |
| PCHAPMAN@KaZaA | David Banner f. Lil Flip - Like a Pimp.mp3 | David Banner F. Lil Flip | 2,983KB | Audio |
| PCHAPMAN@KaZaA | Alexander O'Neal - Sunshine.mp3 | Alexander Oneal | 5,646KB | Audio |
| PCHAPMAN@KaZaA | Nas - Ether (Fuck Jay Z).mp3 | Nas | 3,252KB | Audio |
| PCHAPMAN@KaZaA | Roberta Flack_Maxi Priest - Set The Night To Music.mp3 | Roberta Flack_Maxi Prie... | 4,469KB | Audio |
| PCHAPMAN@KaZaA | Roberta Flack_Donny Hathaway - Back Together Again... | Donny Hathaway | 4,491KB | Audio |
| PCHAPMAN@KaZaA | Quint Black - Shake Them Haters Off.mp3 | Chingy | 3,948KB | Audio |
| PCHAPMAN@KaZaA | Maxi Priest_Shaggy - That Girl (2).mp3 | Shaggy f. Maxi Priest | 3,282KB | Audio |
| PCHAPMAN@KaZaA | Maxi Priest - Wild World.mp3 | Maxi Priest | 3,378KB | Audio |
| PCHAPMAN@KaZaA | Maxi Priest F. Shaba Ranks - Lied To Me.mp3 | Maxi Priest ft. Shaba Ran... | 3,702KB | Audio |
| PCHAPMAN@KaZaA | 01-lil_mo-21_answers-0mni.mp3 | Lil' Mo | 4,893KB | Video |
| PCHAPMAN@KaZaA | Right Thurr (f. Chingy) [Motherchucker].mpg | Chingy | 39,494KB | Video |
| PCHAPMAN@KaZaA | Mariah Carey - Last night a DJ saved my life.mp3 | Mariah Carey | 6,334KB | Audio |
| PCHAPMAN@KaZaA | Miriah Carey - Always be my.mp3 | Mariah Carey | 3,556KB | Audio |
| PCHAPMAN@KaZaA | Amanda Perez - Angel (3).mp3 | Amanda Perez | 3,443KB | Audio |
| PCHAPMAN@KaZaA | Ashanti - Rock With U.MP3 | Ashanti | 3,314KB | Audio |
| PCHAPMAN@KaZaA | Choppa- choppa style.mpg | choppa | 38,209KB | Video |
| PCHAPMAN@KaZaA | Tu Pac - Dear Mama.mp3 | 2pac | 3,824KB | Audio |
| PCHAPMAN@KaZaA | DIRTY-BOYS - HIT DA FLOW.mp3 | Dirty Boys | 5,033KB | Audio |
| PCHAPMAN@KaZaA | do or die ft. twista and johnny p- sex appeal.mp3 | Do Or Die ft. Twista and... | 2,520KB | Audio |
| PCHAPMAN@KaZaA | 08 - Lil Jon _The Eastside Boys - Move Bitch- Featuring Th... | Lil Jon And The Eastside... | 5,164KB | Audio |
| PCHAPMAN@KaZaA | lil jon and the eastside boys- Play no games.mp3 | Lil' Jon ft. Fat Joe | 3,944KB | Audio |
| PCHAPMAN@KaZaA | 02-missy_elliott-gossip_folks_ft_ludacris-(_www._Mp3s_4-all... | Missy Elliot | 3,696kB | Audio |

Found 1433 Files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

41