Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| PCHAPMAN@KaZaA | 02-missy_elliott-gossip_folks_ft_ludacris-( www.Mp3s.4-all... | Missy Elliot | 3,696KB | Audio | Gos |
| PCHAPMAN@KaZaA | lil john and the eastside boyz ft e-40_petey pablo_bun b-r... | Lil Jon and Eastside Boys | 4,890KB | Audio | |
| PCHAPMAN@KaZaA | INOJ ft. 69 Boyz - Time After Time Remix.mp3 | Lil John and Eastside Boys | 2,317KB | Audio | Time After |
| PCHAPMAN@KaZaA | MissyElliot_WorkIt(Remix).mp3 | Missy Elliot | 4,066KB | Audio | |
| PCHAPMAN@KaZaA | Foxy Brown - Broken Silence 15 - I Don't Care.mp3 | Foxy Brown _Chyna Whi... | 2,177KB | Audio | |
| PCHAPMAN@KaZaA | Lil Jon f.Chyna White - Nothin On.mp3 | Lil Jon And The Eastside ... | 4,868KB | Audio | Nothin On Fe |
| PCHAPMAN@KaZaA | INOJ - Let Me Love You Down.mp3 | INOJ | 4,098KB | Audio | Le |
| PCHAPMAN@KaZaA | INOJ - As We Lay.mp3 | Inoj | 4,209KB | Audio | |
| PCHAPMAN@KaZaA | Copy of INOJ - Shorty Swing My Way.mp3 | INOJ | 3,680KB | Audio | |
| PCHAPMAN@KaZaA | INOJ - Time After Time (remix) fet--Lil Jon _69 Boyz.mp3 | so so def 3 | 3,392KB | Audio | time after |
| PCHAPMAN@KaZaA | Vesta Williams - Sweet, Sweet Love.mp3 | Vesta Williams | 5,289KB | Audio | |
| PCHAPMAN@KaZaA | Missy Elliot - Pussycat.mp3 | Missy Elliot | 3,194KB | Audio | |
| PCHAPMAN@KaZaA | JAM FM - Pony, My love is the shh, Love you down, Push it.. | Ginuwine + SFP + INOJ +.. | 8,793KB | Audio | |
| PCHAPMAN@KaZaA | I want to be your lady baby.mp3 | INOJ | 5,216KB | Audio | I Want to |
| PCHAPMAN@KaZaA | missy_elliott-work_it.MP3 | Missy Elliot | 3,984KB | Audio | |
| PCHAPMAN@KaZaA | Inoj - All I Want.mp3 | INOJ | 3,809KB | Audio | |
| PCHAPMAN@KaZaA | So so Def Bass All Stars - Too Much Booty In The Pants.mp3 | House Music/So so Def | 3,260KB | Audio | Too Much |
| PCHAPMAN@KaZaA | Missy Elliot Ft. Method Man- Bring The Pain.mp3 | Missy Elliott feat.Method ... | 2,729KB | Audio | |
| PCHAPMAN@KaZaA | bass Old School-Bass-L'Trimm) - Cars that go boom.mp3 | BASS MECHANIC | 3,594KB | Audio | The |
| PCHAPMAN@KaZaA | Missy Elliot feat Ludacris and Trina - Minute Man.mp3 | Missy Elliot f. Ludacris, Tri... | 4,006KB | Audio | |
| PCHAPMAN@KaZaA | Latin Hip-Hop Bass Bomb Volume II - 12 - Lizette Melendez -.. | Lizette Melendez | 5,368KB | Audio | |
| PCHAPMAN@KaZaA | So So Def Bass Allstars - Let It Burn.mp3 | Lil' Troy | 4,400KB | Audio | Lil' Tro |
| PCHAPMAN@KaZaA | lathun - Gimme What I Want.mp3 | Various Artists | 4,864KB | Audio | Lathun (Feat. Katrina |
| PCHAPMAN@KaZaA | Lil Troy - Wanna be a Baller.mp3 | Lil Troy | 3,432KB | Audio | |
| PCHAPMAN@KaZaA | 11-jonell_feat_redman-so_whassup-rns.mp3 | Jonell Feat. Redman | 5,537KB | Audio | |
| PCHAPMAN@KaZaA | lil' troy - I wanna be your man.mp3 | Lil' Troy | 3,096KB | Audio | I |
| PCHAPMAN@KaZaA | Johnnie Taylor-Stop Doggin Me Around.mp3 | Johnny Taylor | 4,002KB | Audio | Stop |
| PCHAPMAN@KaZaA | Clapton _BB King - Come Rain Or Come Shine 1.mp3 | BB King _Eric Clapton | 5,891KB | Audio | Come |
| PCHAPMAN@KaZaA | BB King _Eric Clapton - Rock Me Baby.mp3 | BB King _Eric Clapton | 6,206KB | Audio | |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

42

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| PCHAPMAN@KaZaA | BB King _Eric Clapton - Rock Me Baby.mp3 | BB King _Eric Clapton | 6,206KB | Audio | |
| PCHAPMAN@KaZaA | Johnny Taylor- SENDING YOU A KISS.mp3 | Johnnie Taylor | 4,181KB | Audio | |
| PCHAPMAN@KaZaA | Freddy King - Going down.mp3 | Freddie King | 3,116KB | Audio | |
| PCHAPMAN@KaZaA | BB King _D'Angelo - Ain't Nobody Home.mp3 | BB King | 4,961KB | Audio | |
| PCHAPMAN@KaZaA | Tyrone Davis - Love Line - 01 - Po House.mp3 | Tyrone Davis | 4,026KB | Audio | |
| PCHAPMAN@KaZaA | BB King with John Lee Hooker - you shook me.mp3 | B.B. King w. John Lee Ho... | 4,676KB | Audio | |
| PCHAPMAN@KaZaA | BB King _Eric Clapton - Three o'clock Blues.mp3 | BB King _Eric Clapton | 8,074KB | Audio | |
| PCHAPMAN@KaZaA | Stevie Ray Vaughan and BB King - Early Morning Blues.mp3 | BB King Stevie Ray Vaughn | 3,096KB | Audio | |
| PCHAPMAN@KaZaA | What Goes Up Must Come Down.mp3 | Tyrone Davis | 3,398KB | Audio | What goe... |
| PCHAPMAN@KaZaA | BB King - The Thrill Is Gone.mp3 | BB King | 5,108KB | Audio | |
| PCHAPMAN@KaZaA | various artis - Hole in the Wall by Tyrone Davis.mp3 | Various Artis | 4,009KB | Audio | Hole in the |
| PCHAPMAN@KaZaA | BB King - Woke Up This Morning.mp3 | BB King | 2,846KB | Audio | Wo |
| PCHAPMAN@KaZaA | BBKing-DoneLostYourGoodThng (1).mp3 | BB King | 4,310KB | Audio | You Done Lost |
| PCHAPMAN@KaZaA | BB King _Albert Collins - Call it Stormy Monday.mp3 | BB King | 5,981KB | Audio | Cal |
| PCHAPMAN@KaZaA | 07 - Beyonce - Yes -21stcentury.mp3 | Beyonce | 6,073KB | Audio | |
| PCHAPMAN@KaZaA | SIR CHARLES JONES - Is There Anybody Lonely.mp3 | Sir Charles Jones | 4,394KB | Audio | Is Th |
| PCHAPMAN@KaZaA | SIR CHARLES JONES - Let's Get It On (1).mp3 | Sir Charles Jones | 2,998KB | Audio | |
| PCHAPMAN@KaZaA | SIR CHARLES JONES - Hang On.mp3 | Sir Charles Jones | 3,640KB | Audio | |
| PCHAPMAN@KaZaA | Sir Charles Jones - Just Like Fire.mp3 | Sir Charles Jones | 2,958KB | Audio | |
| PCHAPMAN@KaZaA | Sir Charles Jones - Friday - trimmed.mp3 | Sir Charles Jones | 3,713KB | Audio | |
| PCHAPMAN@KaZaA | Sir Charles Jones - I'll Never Make A Promise.mp3 | Sir Charles Jones | 4,658KB | Audio | I'll N |
| PCHAPMAN@KaZaA | Wilson Meadows - still my love.mp3 | WILSON MEADOWS | 3,276KB | Audio | |
| PCHAPMAN@KaZaA | SIR CHARLES JONES - KEEP ON MOVING.mp3 | SIR CHARLES JONES | 3,557KB | Audio | |
| PCHAPMAN@KaZaA | Willie Clayton- Equal Opportunity (1).mp3 | Wilson Meadows | 3,811KB | Audio | |
| PCHAPMAN@KaZaA | Sir Charles Jones - Nothing Will Ever Take My Love.mp3 | Sir Charles Jones | 3,411KB | Audio | Nothing Wi |
| PCHAPMAN@KaZaA | Sir Charles Jones - I Can't Believe I Fell In Love.mp3 | Sir Charles Jones | 3,046KB | Audio | I Can't B |
| PCHAPMAN@KaZaA | SIR CHARLES JONES - love machine.mp3 | Sir Charles Jones | 3,305KB | Audio | |
| PCHAPMAN@KaZaA | 09.Sir Charles Jones - Ain't Nothin But A Party.mp3 | Sir Charles Jones | 3,311KB | Audio | Ain |
| PCHAPMAN@KaZaA | SIR CHARLES JONES - Just Can't Let Go.mp3 | Sir Charles Jones | 4,354KB | Audio | |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

43

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | SIR CHARLES JONES - Just Can't Let Go.mp3 | Sir Charles Jones | 4,354KB | Audio |
| PCHAPMAN@KaZaA | SIR CHARLES JONES - for better or worse.mp3 | Sir Charles Jones | 4,891KB | Audio |
| PCHAPMAN@KaZaA | tyrone davis - i had it all the time.mp3 | Tyrone Davis | 5,278KB | Audio |
| PCHAPMAN@KaZaA | Patra - Romantic Call.mp3 | Patra | 3,798KB | Audio |
| PCHAPMAN@KaZaA | jamie foxx - The Day I Married My Angel.mp3 | Jamie Fox | 1,498KB | Audio |
| PCHAPMAN@KaZaA | 08-missy_elliot-nothing_out_there_for_me-evighet.mp3 | Missy Elliot | 4,350KB | Audio |
| PCHAPMAN@KaZaA | missy elliot - This Is For My People.mp3 | Missy Elliot | 4,546KB | Audio |
| PCHAPMAN@KaZaA | Missy Elliot - I Need a Hot Boy (remix) (fet. Hot Boys, Q-Tip.. | Missy Elliot ft_q-tip ,Nas ... | 3,568KB | Audio |
| PCHAPMAN@KaZaA | 09-fabolous-sickalicious_ft_missy_elliot-wcr.mp3 | Fabolous | 5,707KB | Audio |
| PCHAPMAN@KaZaA | [tmd]deliver.us.from.eva.(verity).avi | #TMD-MOVIEZ | 130,944KB | Video |
| PCHAPMAN@KaZaA | Missy Elliot You cant resist.mp3 | Missy Elliott f. Juvenile ... | 4,322KB | Audio |
| PCHAPMAN@KaZaA | Timbaland Missy Elliot and Magoo - We Gonna Party Tonigh... | timberland, magoo, missy | 4,086KB | Audio |
| PCHAPMAN@KaZaA | Missy Elliot ft 50 Cents_Work It RMX.mp3 | Missy Elliot ft. 50 Cents | 4,603KB | Audio |
| PCHAPMAN@KaZaA | 10 - Missy elliot - Play that beat-21stcentury.mp3 | Missy Elliot | 4,334KB | Audio |
| PCHAPMAN@KaZaA | Missy Elliott-Get Your Freak On.mp3 | Missy Elliot | 3,736KB | Audio |
| PCHAPMAN@KaZaA | [tmd]friday.after.next.(pmtvcd).subbed.ts.(2of2).avi | 438TH CHEMICAL | 107,528KB | Video |
| PCHAPMAN@KaZaA | RUFF RYDER'S FIRST LADY - EVE - AINT GOT NO DOUGH F... | Eve feat. Missy Elliot | 4,016KB | Audio |
| PCHAPMAN@KaZaA | Memphis Bleek feat. Jay-Z_Missy Elliot - Is That Your chic... | Memphis Bleek feat. Jay-Z.. | 4,348KB | Audio |
| PCHAPMAN@KaZaA | 05-missy_elliot-back_in_the_day-evighet.mp3 | Missy Elliot | 6,938KB | Audio |
| PCHAPMAN@KaZaA | 13-dirty-ghetto_ride-thb.mp3 | Dirty | 7,270KB | Audio |
| PCHAPMAN@KaZaA | Lumidee - Never leave you.mp3 | LUMIDEE | 2,738KB | Audio |
| PCHAPMAN@KaZaA | Never Leave You REMIX (1).wma | Lumidee | 1,708KB | Audio |
| PCHAPMAN@KaZaA | gospel - Mississippi Mass Choir..mp3 | Mississippi Mass Choir | 2,540KB | Audio |
| PCHAPMAN@KaZaA | Mary Mary - Shackles.mp3 | Mary Mary | 3,082KB | Audio |
| PCHAPMAN@KaZaA | GOSPEL-Canton Spirituals - Lord, Hold My Hand.mp3 | Lee Williams | 2,967KB | Audio |
| PCHAPMAN@KaZaA | 01-jay-z-excuse_me_miss_again-rns (1).mp3 | Jay-Z | 4,434KB | Audio |
| PCHAPMAN@KaZaA | The Canton Spirituals featuring Albertina Walker - I Made I... | The Canton Spirituals fea... | 5,064KB | Audio |
| PCHAPMAN@KaZaA | Al Green_-_Amazing Grace.mp3 | Al Green | 3,352KB | Audio |
| PCHAPMAN@KaZaA | Betty Wright - Clean Up Woman.mp3 | Betty Wright | 2,636KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

44

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| PCHAPMAN@KaZaA | Betty Wright - Clean Up Woman.mp3 | Betty Wright | 2,636KB | Audio | |
| PCHAPMAN@KaZaA | Andrae Crouch - Revive Us Again.mp3 | Andrae Crouch | 2,036KB | Audio | |
| PCHAPMAN@KaZaA | Betty Wright - No Pain, ( No Gain ).mp3 | Betty Wright | 6,110KB | Audio | Pain |
| PCHAPMAN@KaZaA | Lee Williams and the QC's - Be Alright.mp3 | Lee Williams and the Spiri... | 5,200KB | Audio | |
| PCHAPMAN@KaZaA | COOLING WATER-MELVIN_LEE WILLIAMS (1).mp3 | Lee Williams and the Spiri... | 4,831KB | Audio | |
| PCHAPMAN@KaZaA | LEE WILLIAMS-CAN'T RUN.mp3 | Lee Williams and the Spiri... | 7,354KB | Audio | |
| PCHAPMAN@KaZaA | WOW Gospel 1999 - Disc 2 - (04) - Clean Up - Canton Spiri... | The Canton Spirituals | 4,966KB | Audio | |
| PCHAPMAN@KaZaA | Gospel - CeCe Winans - I Surrender All (1).mp3 | Ce-Ce Winans | 2,798KB | Audio | |
| PCHAPMAN@KaZaA | WOW Gospel 2001 Yolonda Adams - Still I Rise.mp3 | YOLANDA ADAMS | 5,354KB | Audio | |
| PCHAPMAN@KaZaA | Mr Big - Just To Be The Next To Be With You.mp3 | Mr. Big | 2,817KB | Audio | |
| PCHAPMAN@KaZaA | Mr Big - Time to go to trial (1) (1).mp3 | Mr Bigg | 5,148KB | Audio | |
| PCHAPMAN@KaZaA | The Last Mr. Bigg - Hoe Check.mp3 | Mr Bigg | 4,648KB | Audio | |
| PCHAPMAN@KaZaA | Jermaine Dupri and Jay Z - Money Aint A Thing.mp3 | Jermaine Dupri and Jay-Z | 3,976KB | Audio | |
| PCHAPMAN@KaZaA | Eightball_MJG-Lay It Down.mp3 | eight ball and mjg | 4,397KB | Audio | |
| PCHAPMAN@KaZaA | Kurupt - Creepin'.mp3 | Kurupt, Eightball, Too Sho.. | 4,147KB | Audio | |
| PCHAPMAN@KaZaA | Tela feat. Eightball_MJG - Sho Nuff.mp3 | Tela w/ Eightball_MJG | 4,820KB | Audio | |
| PCHAPMAN@KaZaA | Jermaine Dupri, Eightball, Too Short, Mr. Black_Young Ble... | JD Eightball_Too Short | 4,334KB | Audio | |
| PCHAPMAN@KaZaA | 01 - 13-freeway-alright_feat_allen_anthony-rns.mp3 | Allen Anthony | 5,274KB | Audio | |
| PCHAPMAN@KaZaA | Eight Ball and MJG - Space Age Pimpin'.mp3 | Eightball_MJG | 3,636KB | Audio | |
| PCHAPMAN@KaZaA | jermaine dupri - Welcome to Atlanta (Coast to Coast Remix.. | Jermaine Dupri | 4,200KB | Audio | Welcome to Atlanta (Co |
| PCHAPMAN@KaZaA | Eightball_MJG - Armed Robbery.mp3 | 8 ball_MJG | 4,380KB | Audio | |
| PCHAPMAN@KaZaA | Pharrell featuring Jay-Z - Frontin.MP3 | Pharrell feat. Jay Z | 3,766KB | Audio | |
| PCHAPMAN@KaZaA | hate in ya blood_Misc.mp3 | Jermaine Dupri | 3,218KB | Audio | Hate in your blood (Ja |
| PCHAPMAN@KaZaA | Eightball - My Homeboys Girlfriend.mp3 | Eightball | 4,342KB | Audio | My |
| PCHAPMAN@KaZaA | Tupac - I Got Five On It (Feat. Krazie Bone_Nas)__Acapel... | 2Pac_Nas feat. Krazie B... | 3,279KB | Audio | I Got 5 |
| PCHAPMAN@KaZaA | Howlin' Wolf - Built for Comfort [09-16].mp3 | Howling Wolf | 2,504KB | Audio | |
| PCHAPMAN@KaZaA | Howlin` Wolf_Muddy Waters - Rockin' Daddy.mp3 | Howling Wolf and Muddy... | 2,578KB | Audio | |
| PCHAPMAN@KaZaA | Muddy Waters_Howlin Wolf - Highway 49.mp3 | Howling Wolf and Muddy... | 3,274KB | Audio | |
| PCHAPMAN@KaZaA | Freddie King(1934-1976) - further on up the road... king-cl... | Freddie King(1934-1976) | 4,418KB | Audio | further on up the |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

45

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Freddie King(1934-1976) - further on up the road... king-cl... | Freddie King(1934-1976) | 4,418KB | Audio |
| PCHAPMAN@KaZaA | Howling Wolf - I Asked For Water (1).mp3 | Howlin' Wolf | 2,698KB | Audio |
| PCHAPMAN@KaZaA | Howling wolf - Spoonful.mp3 | Howlin' Wolf | 2,599KB | Audio |
| PCHAPMAN@KaZaA | Freddie King - Guitar Boogie.mp3 | Freddie King | 2,924KB | Audio |
| PCHAPMAN@KaZaA | Freddie King - The Sky Is Crying.mp3 | Freddie King | 3,230KB | Audio |
| PCHAPMAN@KaZaA | Freddie King - Ain't No Sunshine.mp3 | Freddie King | 3,049KB | Audio |
| PCHAPMAN@KaZaA | freddie king - funky.mp3 | Freddie King | 2,871KB | Audio |
| PCHAPMAN@KaZaA | 08-beyonce-signs_ft_missy_elliot-esc.mp3 | Beyonce | 6,999KB | Audio |
| PCHAPMAN@KaZaA | 11 - Beyonce - The closer i get to you ft luther vandross -2... | Beyonce | 6,980KB | Audio |
| PCHAPMAN@KaZaA | Patra - Action (Reggae Mix).mp3 | Patra | 5,725KB | Audio |
| PCHAPMAN@KaZaA | patra - pull up to my bumper.mp3 | Patra | 3,918KB | Audio |
| PCHAPMAN@KaZaA | George Benson - This Masquerade.mp3 | George Benson | 7,560KB | Audio |
| PCHAPMAN@KaZaA | Patra - Worker Man Remix.mp3 | patra | 3,698KB | Audio |
| PCHAPMAN@KaZaA | Al Jerreau - Moonlighting Theme.mp3 | Al Jarreau | 2,849KB | Audio |
| PCHAPMAN@KaZaA | Al Jerreau -- Roof Garden.mp3 | Al Jarreau | 5,898KB | Audio |
| PCHAPMAN@KaZaA | George Benson - Turn Your Love Around (1).mp3 | George Benson | 3,622KB | Audio |
| PCHAPMAN@KaZaA | George Benson _Al Jarreau - Nothing's Gonna Change My ... | George Benson | 3,864KB | Audio |
| PCHAPMAN@KaZaA | Al Jerreau _Oleta James - Girl From Ipanema .mp3 | Al Jarreau, Oleta Adams | 5,770KB | Audio |
| PCHAPMAN@KaZaA | Al Jerreau _Oleta James - Girl From Ipanema (1).mp3 | Al Jarreau, Oleta Adams | 5,770KB | Audio |
| PCHAPMAN@KaZaA | B2K - Uh Huh.mp3 | B2K | 3,458KB | Audio |
| PCHAPMAN@KaZaA | Al Jerreau - Mas Que Nada.mp3 | Al Jarreau | 3,684KB | Audio |
| PCHAPMAN@KaZaA | Norman Brown - rain (remix) featuring vesta.mp3 | Norman Brown | 3,900KB | Audio |
| 3 Users | g - unit-beg for mercy-stunt 101.mp3 | 50 Cent Ft. G Unit | 5,178KB | Audio |
| PCHAPMAN@KaZaA | James Ingram _Micheal McDonald - I'M GONNA BE THERE... | James Ingram _Michael ... | 4,184KB | Audio |
| PCHAPMAN@KaZaA | Najee (Featuring Vesta Williams) - I'll Be Good To You.mp3 | Vesta Williams | 1,999KB | Audio |
| PCHAPMAN@KaZaA | George Benson - Love Remembers - 09 - Somewhere Islan... | George Benson | 7,942KB | Audio |
| PCHAPMAN@KaZaA | Techno Sonique - Take Me Higher (club mix).mp3 | Sonique | 5,095KB | Audio |
| PCHAPMAN@KaZaA | The Fast And The Furious - Soundtrack - 11 - Boo And Gotti... | Boo And Gotti | 4,039KB | Audio |
| PCHAPMAN@KaZaA | Chingy - Right Thurr (DJ Jamie J Remix) (4).mp3 | Chingy | 5,164KB | Audio |

further on up the r
The Clo
Moonlighting
Nothing's Gonr
rain (rem
Take M

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

46

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Chingy - Right Thurr (DJ Jamie J Remix) (4).mp3 | Chingy | 5,164KB | Audio |
| PCHAPMAN@KaZaA | Boo_and_gotti_ft Lil Wayne-Aint it man.mp3 | boo and gotti | 3,980KB | Audio |
| PCHAPMAN@KaZaA | Sean Paul - Deport Them (extended).mp3 | Sean Paul | 5,374KB | Audio |
| PCHAPMAN@KaZaA | Mystical- Here I Go.mp3 | Mystical | 4,105KB | Audio |
| PCHAPMAN@KaZaA | Chingy - Right Thurr (Remix).mp3 | Chingy Ft. Trina, J.D. | 4,186KB | Audio |
| PCHAPMAN@KaZaA | 12-chingy-holidae_in_ft._ludacris__snoop_dogg-wcr.mp3 | Chingy | 7,371KB | Audio |
| PCHAPMAN@KaZaA | Ludacris - Booty Poppin.mp3 | Ludacris | 6,692KB | Audio |
| PCHAPMAN@KaZaA | Ying Yang Twins - Georgia Dome.mp3 | Ying Yang Twins | 8,582KB | Audio |
| PCHAPMAN@KaZaA | 112 - Cupid.mp3 | 112 | 3,966KB | Audio |
| PCHAPMAN@KaZaA | R. Kelly - Thioa Thiong.mp3 | R Kelly | 5,231KB | Audio |
| PCHAPMAN@KaZaA | R KELLY ft YOUNG BUCK - THOIA THONG (remix).mp3 | R KELLY ft YOUNG BUCK | 2,547KB | Audio |
| PCHAPMAN@KaZaA | Jagged Edge - Walked Outta Heaven.mp3 | Jagged Edge | 5,390KB | Audio |
| PCHAPMAN@KaZaA | Jamie Foxx- Mary, Mary Quite Contrary.mp3 | Jamie Foxx | 2,125KB | Audio |
| PCHAPMAN@KaZaA | Jagged Edge - Car Show (1).mp3 | Jagged Edge Ft. Outkast | 6,668KB | Audio |
| PCHAPMAN@KaZaA | 15-fam_lay_ft.lil_flip-rock_and_roll(rmx)-0mni.mp3 | Fam Lay Ft.Lil Flip | 3,647KB | Audio |
| PCHAPMAN@KaZaA | 12 - Ludacris - Black Mans Struggle (Skit).mp3 | Ludacris | 982KB | Audio |
| PCHAPMAN@KaZaA | (13) Ludacris - Hoes In My Room (ft.wma | Ludacris | 2,762KB | Audio |
| PCHAPMAN@KaZaA | Ludacris - It Wasn't Us.mp3 | Ludacris | 3,202KB | Audio |
| PCHAPMAN@KaZaA | we all die one day (feat. 50 cent, lloyd banks of g-unit and... | 50 Cent | 6,889KB | Audio |
| PCHAPMAN@KaZaA | melodicmethods+gotsometeethalbumloudversion.mp3 | Obie Trice | 3,532KB | Audio |
| PCHAPMAN@KaZaA | Ludacris - Stand Up (1) (1).mp3 | Ludacris | 5,263KB | Audio |
| PCHAPMAN@KaZaA | Dirty - Cmon (feat Pastor Troy).mp3 | Dirty | 7,260KB | Audio |
| PCHAPMAN@KaZaA | dmx grand champ-shot down featuring 50 cent and styles ... | 50 cent | 2,589KB | Audio |
| PCHAPMAN@KaZaA | 06 - Hard Times (Feat. 8 Ball, MJG.mp3 | Ludacris | 6,205KB | Audio |
| PCHAPMAN@KaZaA | we're back featuring eve and jadakiss-grand champ_dmx.... | dmx | 4,261KB | Audio |
| PCHAPMAN@KaZaA | Ying Yang Twins - Salt Shaker [1]...l Jon _The East Side B... | Ying Yang Twins | 3,914KB | Audio |
| PCHAPMAN@KaZaA | YOUNG GUNNERS- Can't Stop Won't Stop.mp3 | Young Gunners | 5,205KB | Audio |
| PCHAPMAN@KaZaA | My Baby (Feat. Jagged Edge).mp3 | Bow Wow | 3,563KB | Audio |
| PCHAPMAN@KaZaA | dmx_feat._camron-we_go_hard-wcr.mp3 | DMX feat. Cam'ron | 4,941KB | Audio |
| PCHAPMAN@KaZaA | Sade - Your Love Is King.mp3 | Sade | 3,468KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

47

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | dmx_feat._camron-we_go_hard-wcr.mp3 | DMX feat. Cam'ron | 4,941KB | Audio |
| PCHAPMAN@KaZaA | Sade - Your Love Is King.mp3 | Sade | 3,468KB | Audio |
| PCHAPMAN@KaZaA | dirty_08_i_wish_ft (1).mp3 | Dirty | 4,642KB | Audio |
| PCHAPMAN@KaZaA | 08-chingy-sample_dat_ass_ft._murphy_lee-wcr.mp3 | Chingy | 7,182KB | Audio |
| PCHAPMAN@KaZaA | Last Mr Bigg-Only if You Knew.mp3 | The Last Mr Bigg | 3,904KB | Audio |
| PCHAPMAN@KaZaA | 02 - dashboard confessional - carry this picture for luck (1)... | Da Band | 2,891KB | Audio |
| PCHAPMAN@KaZaA | Instromentalz - R. Kelly - Thoia Thong.mp3 | R. Kelly | 5,025KB | Audio |
| PCHAPMAN@KaZaA | Mr. Bigg - Next To Be With .mp3 | Mr. Bigg | 3,140KB | Audio |
| PCHAPMAN@KaZaA | 05-dirty-loose_control-thb.mp3 | Dirty | 7,965KB | Audio |
| PCHAPMAN@KaZaA | 06-chingy-wurrs_my_cash-wcr.mp3 | Chingy | 6,402KB | Audio |
| PCHAPMAN@KaZaA | 12-Dirty - My Cadillac.mp3 | Dirty | 5,401KB | Audio |
| PCHAPMAN@KaZaA | 11-dirty-chicken_hustlin-thb.mp3 | Dirty | 6,745KB | Audio |
| PCHAPMAN@KaZaA | 04-dirty-hoocie_mama-thb.mp3 | Dirty | 6,073KB | Audio |
| PCHAPMAN@KaZaA | R Kelly - Feeling On Your Booty.mp3 | R. Kelly | 3,872KB | Audio |
| PCHAPMAN@KaZaA | rkelly - Sex me III.mp3 | R. Kelly | 4,360KB | Audio |
| PCHAPMAN@KaZaA | 10-dirty-wood_grain-thb.mp3 | Dirty | 7,389KB | Audio |
| PCHAPMAN@KaZaA | R. Kelly - Sex Me.mp3 | R. Kelly | 4,646KB | Audio |
| PCHAPMAN@KaZaA | R. Kelly - Bump and Grind.mp3 | R. Kelly | 4,002KB | Audio |
| PCHAPMAN@KaZaA | R.Kelly - 02 - All I - LOVELAND(NEW).mp3 | R.Kelly | 2,368KB | Audio |
| PCHAPMAN@KaZaA | R. Kelley - My Body is Calling.mp3 | R Kelly | 3,326KB | Audio |
| PCHAPMAN@KaZaA | R Kelly - Strip for you (1).mp3 | R.Kelly | 3,418KB | Audio |
| PCHAPMAN@KaZaA | Ying Yang Twins - Salt Shaker Ft. Lil Jon Eastside Boyz.mp3 | Ying Yang Twins | 3,923KB | Audio |
| PCHAPMAN@KaZaA | Track 11.mp3 | Yin Yang Twins | 3,300KB | Audio |
| PCHAPMAN@KaZaA | Luther Vandross - So Amazing.mp3 | Luther Vandros | 3,434KB | Audio |
| PCHAPMAN@KaZaA | Sade - Hang On To Your Love.mp3 | Sade | 4,230KB | Audio |
| PCHAPMAN@KaZaA | Lil' Jon, Ying Yang Twins, Baby D - Get Lower.wma | Lil Jon feat. Baby D | 1,831KB | Audio |
| PCHAPMAN@KaZaA | Sade - Never as Good as the First Time.mp3 | Sade | 4,711KB | Audio |
| PCHAPMAN@KaZaA | nas feat. lil jon - quick to back down.mp3 | Bravehearts Ft. Lil Jon | 6,314KB | Audio |
| PCHAPMAN@KaZaA | Freddie Jackson - Jam Tonight.mp3 | Freddy Jackson | 4,270KB | Audio |

I wish ft
Sample Dat
carry
Thoia Th
N
Salt Shaker Ft.
H
Get Lo
Never as Go
Quick T

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

48