Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | Traffic | Shop | Tell A Friend

New search | My Kazaa | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | Freddie Jackson - Jam Tonight.mp3 | Freddy Jackson | 4,270KB | Audio |
| PCHAPMAN@KaZaA | Sade - Is It A Crime.mp3 | Sade | 5,879KB | Audio |
| PCHAPMAN@KaZaA | Freddy Jackson - Shake You Down.mp3 | Freddie Jackson | 3,484KB | Audio |
| PCHAPMAN@KaZaA | 05-ying_yang_twins-me_and_my_brother-esc.mp3 | Ying Yang Twins | 8,995KB | Audio |
| PCHAPMAN@KaZaA | Stacey Lattisaw - Perfect Combination with Johnny Gill.mp3 | Stacy Lattisaw and Johnn... | 3,959KB | Audio |
| PCHAPMAN@KaZaA | FREDDIE JACKSON - TASTY LOVE.mp3 | Freddy Jackson | 6,721KB | Audio |
| PCHAPMAN@KaZaA | Stacy Lattisaw - Love On A Two Way Street.mp3 | Stacy Lattisaw | 3,927KB | Audio |
| PCHAPMAN@KaZaA | 06. Me, Myself And I.mp3 | Beyonce | 7,059KB | Audio |
| PCHAPMAN@KaZaA | Sade - Best of Sade - 13 - Kiss of Life.mp3 | Sade | 3,948KB | Audio |
| PCHAPMAN@KaZaA | denise williams- silly.mp3 | Denise Williams | 5,586KB | Audio |
| PCHAPMAN@KaZaA | Hypnotic -06.mp3 | Memphis Bleek | 8,768KB | Audio |
| PCHAPMAN@KaZaA | Artist - Track 06_0803233437.mp3 | Kellis | 2,955KB | Audio |
| PCHAPMAN@KaZaA | Shabba Ranks (ft Johnny Gill) - Slow and Sexy.mp3 | Johnny Gill | 5,033KB | Audio |
| PCHAPMAN@KaZaA | Monica - Set It Off.mp3 | Monica | 6,079KB | Audio |
| PCHAPMAN@KaZaA | GoOd TiMeS - rEmIx (1).mp3 | Jay-Z | 4,531KB | Audio |
| PCHAPMAN@KaZaA | bad bitch (feat. timbaland)-cheers_obie trice.mp3 | obie trice | 4,945KB | Audio |
| PCHAPMAN@KaZaA | G-Unit - Beg For Mercy - Move(1).mp3 | 50 Cent | 4,355KB | Audio |
| PCHAPMAN@KaZaA | the neptunes present...clones-rock n roll  fam lay-the nept... | the neptunes | 7,143KB | Audio |
| PCHAPMAN@KaZaA | 18-50_cent_young_buck_and_lloyd.MP3 | G Unit | 5,436KB | Audio |
| PCHAPMAN@KaZaA | 50 cent - headz.mp3 | G-Unit ft. Eminem | 6,803KB | Audio |
| PCHAPMAN@KaZaA | 11-tony_yayo_and_g-unit-reunion-0mni.mp3 | G-Unit/50 Cent | 2,637KB | Audio |
| PCHAPMAN@KaZaA | Jay Z - The Dynasty Roc La Familia - 21 - Regrets.mp3 | Jay-z | 4,253KB | Audio |
| PCHAPMAN@KaZaA | Ying Yang Twins - Thug Walkin'.mp3 | Ying Yang Twins | 4,846KB | Audio |
| PCHAPMAN@KaZaA | Instrumentals - Instrumental Three Six Mafia Sippin On So... | Instrumentals | 1,380KB | Audio |
| PCHAPMAN@KaZaA | Da entourage - bunny hop.mp3 | Da entourage | 3,522KB | Audio |
| PCHAPMAN@KaZaA | (rap - RB) Yin Yang Twins - Woah Lil Momma.mp3 | Ying Yang Twins | 3,160KB | Audio |
| PCHAPMAN@KaZaA | Alicia Keys - You Don't Know My Name.mp3 | Alicia Keys | 8,657KB | Audio |
| PCHAPMAN@KaZaA | Bunny Hop (Dirty) (1).MP3 | Da entourage | 1,606KB | Audio |
| PCHAPMAN@KaZaA | archie - we ready (instrumental)_.mp3 | Instrumentals | 2,584KB | Audio |

2,119,198 users online, sharing 720,127,891 files (9,364,192 GB) | Not sharing any files

Found 1433 files.

49

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | archie - we ready (instrumental)_.mp3 | Instrumentals | 2,584KB | Audio |
| PCHAPMAN@KaZaA | rap Instrumental-snoop-gin n juice.mp3 | Instrumentals | 2,850KB | Audio |
| 2 Users | 01-ying_yang_twins-them_braves-esc.mp3 | Ying Yang Twins | 1,918KB | Audio |
| PCHAPMAN@KaZaA | Instrumentals - Camron - My Hood.mp3 | Camron | 4,122KB | Audio |
| PCHAPMAN@KaZaA | Devin the Dude - See What I Can Pull.mp3 | Devin the Dude | 4,528KB | Audio |
| PCHAPMAN@KaZaA | Rome - I Belong To You.mp3 | Rome | 3,794KB | Audio |
| PCHAPMAN@KaZaA | 5RB01 BRIAN MCKNIGHT Love Of My Life.mp3 | Brian McKnight | 3,765KB | Audio |
| PCHAPMAN@KaZaA | R. Kelly - It Seems Like Your Ready.mp3 | R.Kelly | 3,972KB | Audio |
| PCHAPMAN@KaZaA | Slow Jams Jodice-Feenin.mp3 | Slow Jams Jodice | 3,641KB | Audio |
| PCHAPMAN@KaZaA | Jodeci - Come and Talk 2 Me (Remix).mp3 | Jodeci | 4,507KB | Audio |
| PCHAPMAN@KaZaA | instrumental -clipse-virginia.mp3 | Instrumentals | 5,358KB | Audio |
| PCHAPMAN@KaZaA | H Town - Lick You Up.mp3 | H-Town | 5,227KB | Audio |
| PCHAPMAN@KaZaA | Misc - Track 03.mp3 | H-town | 3,724KB | Audio |
| PCHAPMAN@KaZaA | 03-ying_yang_twins-armegedon-cms.mp3 | Ying Yang Twins | 5,568KB | Audio |
| PCHAPMAN@KaZaA | What The Fuck -07-.mp3 | Ying Yang Twins | 6,910KB | Audio |
| PCHAPMAN@KaZaA | 07-ying_yang_twins-hard-esc.mp3 | Ying Yang Twins | 6,864KB | Audio |
| 2 Users | 04-ying_yang_twins-callin_all_zones-cms.mp3 | Ying Yang Twins | 7,476KB | Audio |
| PCHAPMAN@KaZaA | ying_yang_twins-03-whats_happenin_feat._trick_daddy-r… | Ying Yang Twins | 6,089KB | Audio |
| PCHAPMAN@KaZaA | 08-ying_yang_twins-pink_panther-cms.mp3 | Ying Yang Twins | 5,900KB | Audio |
| PCHAPMAN@KaZaA | LIL JON_YING YANG TWINS Get Low(Dirty).mp3 | Lil' John_Eastside Boys | 10,469KB | Audio |
| PCHAPMAN@KaZaA | 05-ying_yang_twins-grey_goose-cms.mp3 | Ying Yang Twinz | 7,817KB | Audio |
| 2 Users | Ying Yang Twins - 01 - Them Braves.mp3 | Ying Yang Twinz | 1,260KB | Audio |
| PCHAPMAN@KaZaA | dru hill.asf | Lil Jon feat. Baby D | 1,831KB | Video |
| PCHAPMAN@KaZaA | 01-r_kelly_feat.mp3 | R Kelly Feat. Cassidy | 5,839KB | Audio |
| PCHAPMAN@KaZaA | 16 1, 2 Y'all.mp3 | Memphis Bleek | 8,098KB | Audio |
| PCHAPMAN@KaZaA | Round_here (1).MP3 | Memphis Bleek | 3,677KB | Audio |
| PCHAPMAN@KaZaA | Nelly -16 - E.I.mp3 | Nelly | 9,018KB | Audio |
| PCHAPMAN@KaZaA | Trillville feat. Lil Jon, Lil Scrappy - Neva Eva.mp3 | Trillville F/Lil Jon, Lil Scra | 6,503KB | Audio |
| PCHAPMAN@KaZaA | Twista - Tattoo.mp3 | Twista | 4,332KB | Audio |

Found 1433 files | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

50

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | My Kazaa | Download | New search | Search | Theater | Shop | Traffic | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| PCHAPMAN@KaZaA | H Town - Lick You Up.mp3 | H-Town | 5,227KB | Audio |
| PCHAPMAN@KaZaA | Misc - Track 03.mp3 | H-town | 3,724KB | Audio |
| PCHAPMAN@KaZaA | 03-ying_yang_twins-armegedon-cms.mp3 | Ying Yang Twins | 5,566KB | Audio |
| PCHAPMAN@KaZaA | what The Fuck -07-.mp3 | Ying Yang Twins | 6,910KB | Audio |
| 2 Users | 07-ying_yang_twins-hard-esc.mp3 | Ying Yang Twins | 6,864KB | Audio |
| PCHAPMAN@KaZaA | 04-ying_yang_twins-callin_all_zones-cms.mp3 | Ying Yang Twins | 7,476KB | Audio |
| PCHAPMAN@KaZaA | ying_yang_twins-03-whats_happenin_feat._trick_daddy-r... | Ying Yang Twins | 6,089KB | Audio |
| PCHAPMAN@KaZaA | 08-ying_yang_twins-pink_panther-cms.mp3 | Ying Yang Twins | 5,900KB | Audio |
| PCHAPMAN@KaZaA | LIL JON_YING YANG TWINS Get Low(Dirty).mp3 | Lil' John_Eastside Boys | 10,469KB | Audio |
| PCHAPMAN@KaZaA | 05-ying_yang_twins-grey_goose-cms.mp3 | Ying Yang Twins | 7,817KB | Audio |
| 2 Users | Ying Yang Twins - 01 - Them Braves.mp3 | Ying Yang Twinz | 1,260KB | Video |
| PCHAPMAN@KaZaA | dru hill.asf | Lil Jon feat. Baby D | 1,831KB | Audio |
| PCHAPMAN@KaZaA | 01-r_kelly_feat.mp3 | R Kelly Feat. Cassidy | 5,839KB | Audio |
| PCHAPMAN@KaZaA | 16 1, 2 Y'all.mp3 | Memphis Bleek | 8,098KB | Audio |
| PCHAPMAN@KaZaA | Round_here (1).MP3 | Memphis Bleek | 3,677KB | Audio |
| PCHAPMAN@KaZaA | Nelly - 16 - E.I.mp3 | Nelly | 9,018KB | Audio |
| PCHAPMAN@KaZaA | Trillville feat. Lil Jon, Lil Scrappy - Neva Eva.mp3 | Trillville F/Lil Jon, Lil Scra | 6,503KB | Audio |
| PCHAPMAN@KaZaA | Twista - Tattoo.mp3 | Twista | 4,332KB | Audio |
| PCHAPMAN@KaZaA | Ludacris - Move Bitch Remix.mp3 | Lil' Jon_The Eastside Bo... | 5,141KB | Audio |
| PCHAPMAN@KaZaA | 02-juvenile-in_my_life_(feat_mannie_fresh)-rns.mp3 | Juvenile | 8,090KB | Audio |
| PCHAPMAN@KaZaA | LIL SCRAPPY - HEAD BUSSA.mp3 | Lil Scrappy_Trillville | 5,566KB | Audio |
| PCHAPMAN@KaZaA | dmx-grand champ-a'yo kato featuring magic and val.mp3 | dmx | 6,646KB | Audio |
| PCHAPMAN@KaZaA | David Banner ft. Too Short - Like A Pimp Remix.mp3 | David Banner Ft. Too Short | 2,680KB | Audio |
| PCHAPMAN@KaZaA | get it on the floor featuring swizz beatz-grand champ_dmx... | dmx | 6,812KB | Audio |
| PCHAPMAN@KaZaA | Kanye West feat. Murphy Lee - Drop Dead Gorgeous.mp3 | Kanye West Feat. St. Lu... | 3,202KB | Audio |
| PCHAPMAN@KaZaA | derrty versions-ride wit me (remix) (album version (explicit)... | Nelly | 6,795KB | Audio |
| PCHAPMAN@KaZaA | 15 - Timbaland And Magoo - I Got Luv 4 Ya.mp3 | Timbaland_Magoo | 5,812KB | Audio |
| PCHAPMAN@KaZaA | Three 6 Mafia - shake that jelly.mp3 | Three Six Mafia | 4,313KB | Audio |
| PCHAPMAN@KaZaA | Timbaland Feat. Magoo, Bubba Sparxx_T.I.-Lights Out.mp3 | Timbaland_Magoo | 8,330KB | Audio |

Found 1433 files. | 2,119,198 users online, sharing 720,127,891 files (9,384,192 GB) | Not sharing any files

51