**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 6, 2005

# NOTICE OF REASSIGNMENT

Re:   Capitol Records, Inc., et al. v. Harold Walls
      Civil Action No. #3:05-cv-00599-DRB

The above-styled case has been reassigned to Chief Judge Mark E. Fuller.

Please note that the case number is now #3:05-cv-00599-MEF-DRB.  This new case number should be used on all future correspondence and pleadings in this action.