IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:05-cv-599-F |
| ) | |
| HAROLD WALLS, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the Plaintiffs' Motion for Extension of Deadline (Doc. #6) and for good cause shown, it is hereby

ORDERED that the motion is GRANTED. Accordingly, the Plaintiffs shall have until December 27, 2005 to effect service on the Defendant.

DONE this 28th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE