IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CASE NO. 3:05cv599-B |
| | ) |
| HAROLD WALLS, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

Leslie E. Williams moves this Court to allow her to withdraw as counsel for the plaintiffs in the above-referenced matter as she is no longer employed with the law firm of Balch & Bingham LLP. The plaintiffs will continue to be represented by Dorman Walker and Kelly F. Pate of Balch & Bingham, LLP.

_____
Leslie E. Williams

OF COUNSEL:
Dorman Walker (WAL086)
Kelly F. Pate (FIT014)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101-0078
334/834-6500 (telephone)
334/269-3115 (fax)

163100.1

2

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing on opposing counsel by placing a coy of same in the United States Mail, first class postage prepaid, and properly addressed to the following:

Harold Walls
1000 N. Donahue Drive, Apt. 222
Auburn, AL 36832

This the 30th day of November, 2005.

*Leslie E. Williams*
Of Counsel

163100.1                                    2