IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., *et al.,* | ) |
| | ) |
|     Plaintiffs, | ) |
| v. | )   CASE NO. 3:05-cv-599-F |
| | ) |
| HAROLD WALLS, | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

Upon consideration of the Motion for Leslie E. Williams to Withdraw as Attorney (Doc. #10) filed on November 30, 2005, it is hereby

ORDERED that the motion is GRANTED.

DONE this 7th day of December, 2005.

                                                              /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE