IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CAPITOL RECORDS, INC., *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 3:05-cv-599-F |
| | ) | |
| HAROLD WALLS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On October 28, 2005, the Court granted the Plaintiffs' request for additional time to serve process on the Defendant (Doc. #7). The Plaintiff was given until December 27, 2005, over six months since the filing of the complaint in this case, to carry out this task. As of this date, service of the summons and complaint have not been made on the Defendant. For good cause, it is hereby

ORDERED that on or before **January 18, 2006**, the Plaintiff shall show cause why the above-styled action should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

DONE this the 6th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE