IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HAROLD WALLS,<br><br>Defendant. | Civil Action. No.:  3:05-cv-00599-MEF-DRB |

### PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby file this Notice of Dismissal Without Prejudice of this action and Defendant Harold Walls pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Mr. Walls has not been served with or filed an answer in response to Plaintiffs' Complaint.

Respectfully submitted this 17th day of January, 2006.

/s Kelly F. Pate

Dorman Walker  (WAL086)
Kelly F. Pate  (FIT014)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
P.O. Box 78 (36101)
Montgomery, Alabama 36104
Telephone: (334) 834-6500
Fax: (334) 269-3115

ATTORNEYS FOR PLAINTIFFS

164481.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the defendant on January 17, 2006 by leaving the copy with the clerk of the court pursuant to Federal Rule of Civil Procedure 5(b).

/s Kelly F. Pate
OF COUNSEL