IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CAPITOL RECORDS, INC., *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 3:05-cv-599-MEF |
| | ) | |
| HAROLD WALLS, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

Upon consideration of the Plaintiffs' Notice of Dismissal (Doc. #13), filed on January,

17, 2006, it is hereby ORDERED and ADJUDGED that this cause is DISMISSED

WITHOUT PREJUDICE, costs taxed as paid. The Clerk of the Court is DIRECTED to enter

this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal

Rules of Civil Procedure and close this file.

Done this 17th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE